# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Anthony Cervantes and Adam St. Amour,** on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**CRST International, Inc., CRST Expedited, Inc., and DOES 1 through 10,**<br>　　　　　　　　　　　　Defendants. | Case No.: 1:20-cv-10106-PBS |

## JOINT PROPOSED PRETRIAL SCHEDULE

Plaintiffs Anthony Cervantes and Adam St. Amour and Defendants CRST International, Inc. and CRST Expedited, Inc., (the "Parties") met and conferred on a Joint Proposed Pretrial Schedule pursuant to the Court's Notice of Scheduling Order (DE 43) and Local Rule 16.1. As a result of that conference, the Parties jointly propose the following.

## I.　Procedural Posture

Anthony Cervantes filed his complaint in this matter on January 17, 2020 on behalf of himself and a proposed class of all drivers who were classified as independent contractors by CRST under the collective action provision of the Fair Labor Standards Act, 29 U.S.C. § 216(b). DE 1. Plaintiffs amended the complaint to add Adam St. Amour as a named plaintiff on March 20, 2020. DE 27. To date, in addition to the two named Plaintiffs, 28 individuals have filed consents to sue in the action. On April 21, 2020, Defendants moved to dismiss the action for lack of personnel jurisdiction, DE 36, and to transfer venue from the District of Massachusetts to the Northern District of Iowa. DE 38 ("Motions"). Plaintiffs opposed both motions on May 29,

2020. DE 51 and 52. Defendants filed replies in support of both motions. DE 63 and 64. The Court has scheduled a hearing on Defendants' motions for the same time as the Scheduling Conference, July 8, 2020 at 2:30 p.m.

If the Court denies Defendants' Motions, Plaintiffs intend to promptly move for conditional certification of a FLSA collective action and notice to the class of the opportunity to join the action. If a conditional certification motion is granted, class members will receive notice of the opportunity to join the action and have a period of time to do so. At the end of the notice period, the Parties will know which and how many class members have joined the action and will have information necessary to develop a discovery plan and engage in settlement discussions. Should the Court grant either of Defendants' Motions, the case will either be dismissed as to some or all Defendants or transferred from this District to the Northern District of Iowa.

## II. Joint Discovery Plan and Schedule for Filing of Motions

Because the size of the class and the identity of the members are unknown at this time and because the motion to dismiss and motion to transfer are pending, the Parties respectfully request that they be permitted to submit a Joint Proposed Pretrial Statement, including a Joint Discovery Plan and Schedule for Filing of Motions, within 30 days of the Court's ruling on Defendants' Motions, if a Joint Proposed Pretrial Statement is still warranted.

## III. ESI

The Parties have expressed a commitment to work cooperatively and in good faith to the greatest extent possible, including as it relates to the exchange of electronically stored information. At this time, however, the Parties lack sufficient information about the contours of the class to develop a process or format for electronic discovery. Accordingly, the Parties

respectfully request that they be permitted to submit a Joint Proposed Pretrial Statement, including a plan for discovery of electronically stored information, within 30 days of the Court's ruling on Defendants' Motions, if a Joint Proposed Pretrial Statement is still warranted.

## IV. Privilege and Protection of Trial-Preparation Materials

The Parties will withhold privileged documents and prepare privilege logs consistent with Fed. R. Civ. P. 26(b)(5) and applicable federal law.

## V. Trial by Magistrate Judge

The Parties do not consent to trial by the magistrate judge.

## VI. Settlement

Because the size and identify of the class are unknown at this time or even whether the action will continue in this Court, the Parties are not in a position to productively discuss settlement. They respectfully request that they be permitted to comply with Local Rule 16.1(c) 30 days after the Court has ruled on Defendants' Motions and, if necessary, Plaintiffs' motion for conditional certification of a FLSA collective action pursuant to 29 U.S.C. § 216(b) and any notice period has run.

## VII. Certifications

The Parties' respectfully request that they be able to file certifications pursuant to Local Rule 16.1(d)(3) along with any future Joint Proposed Pretrial Statement.

Dated: July 1, 2020

Respectfully submitted,

By: /s/ *Michael J.D. Sweeney*

Michael J.D. Sweeney (PHV)
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, NY 12401
(845) 255-9370
dgetman@getmansweeney.com

MARTIN & BONNETT, P.L.L.C.
Susan Martin (PHV)
Michael M. Licata (PHV)
4747 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
(602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com
mlicata@martinbonnett.com

Edward Tuddenham (PHV to be filed)
23 Rue Du Laos
Paris, France
33 684 79 89 30
etudden@prismnet.com

LICHTEN & LISS-RIORDAN, P.C.
Harold L. Lichten
729 Boylston Street, Suite 2000
Boston, MA 02116
hlichten@llrlaw.com


Attorneys for Plaintiffs

By: /s/ *James H. Hanson*

James H. Hanson
(Admitted Pro Hac Vice)
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
jhanson@scopelitis.com

Adam C. Smedstad
(Admitted Pro Hac Vice)
SCOPELITIS, GARVIN, LIGHT, HANSON &
FEARY, P.C.
3214 West McGraw Street, Suite 301F
Seattle, WA 98199
P: 206-288-6192
asmedstad@scopelitis.com

Daniel R. Sonneborn (BBO #679229)
PRETI FLAHERTY BELIVEAU &
PACHIOS LLP
60 State Street
Boston, MA 02109
P: 617-226-3800
dsonneborn@preti.com

Attorneys for Defendants