IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Anthony Cervantes, on behalf of himself and
all others similarly situated,

        Plaintiffs,                      Case No.: 1:20-cv-10106-PBS

    v.

CRST International, Inc., CRST Expedited, Inc.,
and DOES 1 through 10,

        Defendants.

### Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on July 1, 2020.

                                  /s/ Anibal R. Garcia
                                  Anibal R. Garcia, Paralegal
                                  Getman, Sweeney & Dunn, PLLC
                                  260 Fair Street
                                  Kingston, NY 12401
                                  agarcia@getmansweeney.com