# EXHIBIT B

Dear Current or Former Truck Driver Who Entered into an Independent Contractor Operating Agreement with CRST Expedited, Inc.:

We previously mailed you a Notice of Right to Take Part in a Lawsuit and a Consent to Join Suit as Party Plaintiff form but have not heard from you. If you want to participate in the lawsuit against CRST Expedited, Inc. and CRST Int'l, Inc. to recover unpaid wages and liquidated damages you must return your Consent to Join Suit as Party Plaintiff form no later than [insert date] by mailing, emailing, or faxing it to the address below or submitting it electronically at www.CRSTbackpay.com. If you lost the form or have any questions, contact Getman, Sweeney & Dunn, PLLC:

**Getman, Sweeney & Dunn, PLLC**
**260 Fair Street, Kingston, NY 12401**
**Tel (845) 255-9370 / Fax (866) 543-9619**
**www.GetmanSweeney.com**
**arusso@getmansweeney.com**

Getman, Sweeney & Dunn, PLLC
Attorneys at Law
260 Fair Street
Kingston, NY 12401

# Minimum Wage Lawsuit Against CRST Int'l, Inc and CRST Expedited, Inc

This notice and its contents have been authorized by the United States District Court for the Norther District of Iowa, Cedar Rapid Division, Honorable C.J. Williams. The Court has taken no position in this case regarding the merits of the Plaintiffs' claims or of Defendants' defenses.