IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ANTHONY CERVANTES and MIKE CROSS, *individually and on behalf of all other similarly situated persons*,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,<br><br>Defendants. | No. 20-CV-75-CJW-KEM<br><br>**ORDER** |

This matter is before the Court on plaintiffs' Motion to Correct Fair Labor Standards Act ("FLSA") Collective Action Class Definition. (Doc. 156). Defendants do not oppose the motion. (*Id.*, at 3). For the reasons stated in plaintiffs' motion, the Court **grants** the motion.

Accordingly, the FLSA class definition provided in the Court's Order conditionally certifying the FLSA collection action (Doc. 147) is amended to read as follows:

> All drivers who drove for CRST Expedited, Inc. at any time on or after October 23, 2017 pursuant to an Independent Contractor Operating Agreement (ICOA) and who have not leased more than one truck at a time to CRST.

Defendants are **directed** to provide to plaintiffs the required contact information for any class members who fall within this amended class definition and who were omitted from the original data.

**IT IS SO ORDERED** this 22nd day of February, 2021.

_____
C.J. Williams
United States District Judge
Northern District of Iowa