IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

**Anthony Cervantes and Adam St. Amour,**
**on behalf of himself and all others similarly**
**situated,**

                **Plaintiffs,**        Case No.: 1:20-cv-00075- CJW-KEM

    v.

**CRST International, Inc., CRST Expedited, Inc.,**
**and DOES 1 through 10,**

                **Defendants.**

## NOTICE OF FILING CONSENTS TO JOIN

Plaintiffs, by and through undersigned counsel, hereby file the Consent to Sue form signed by the following individual:

1. Jermaine Bennett
2. Viladate Chaialee
3. Walter Chimiak
4. Raymal Crawford
5. John Dollarhide
6. Terry L. Evans
7. Michael Glatz
8. Tireak Goodwin
9. Terrell Green
10. Jayson Hannah
11. Michael Johnson
12. Norman Johnson
13. Oscar Jones
14. Isreal Loney
15. Andre Mathis
16. Dionte McVay
17. Joseph Montgomery
18. Bobby J. Moore
19. Yasser Paez
20. Kenneth W. Pascoe
21. Adrian Rafidy
22. Barry Serpa

23. Kevin Smith
24. James Stetson
25. Paul W. Strycker
26. Linwood Turner
27. Derrien Wilber
28. Victor Willis

Dated: March 11, 2021

Respectfully submitted,

BY: s/ Michael J.D. Sweeney

**GETMAN, SWEENEY & DUNN, PLLC**
Michael J.D. Sweeney (Admitted PHV)
260 Fair Street
Kingston, NY 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8749
msweeney@getmansweeney.com

MARTIN & BONNETT, P.L.L.C.
Daniel L. Bonnett
Susan Martin (Admitted PHV)
Jennifer Kroll (Admitted PHV)
Michael M. Licata (Admitted PHV)

4747 N. 32nd St. Suite 185
Phoenix, Arizona 85018
(602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com
mlicata@martinbonnett.com

Edward Tuddenham
(PHV motion to be filed)
23 Rue Du Laos
Paris, France
33 684 79 89 30
etudden@prismnet.com

**Attorneys for Plaintiffs**