| | |
|---|---|
| ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,<br><br>Defendants. | Case No. 1:20-cv-00075-CJW-KEM<br><br>Honorable Judge C.J. Williams |

**PLAINTIFFS' MOTION TO CERTIFY COUNTS 2, 3, 4, 5, AND 6 AS RULE 23 (B)(3) CLASS ACTIONS**

Comes now the Plaintiffs, individually and on behalf of all other similarly situated persons, by and through counsel of record, Getman, Sweeney & Dunn, PLLC, Martin & Bonnett, PLLC, and Edward Tuddenham, and move this honorable Court to certify Plaintiffs' Non-FLSA causes of action as Fed. R. Civ. P. 23(b)(3) class actions on behalf of the following class:

> All Lease Operators who drove for CRST Expedited Inc. as a Team Driver, Lead Driver, or Solo Driver pursuant to an Equipment Lease to lease a truck from CRST Lincoln Sales, Inc. and an Independent Contractor Operating Agreement ("ICOAs") with CRST Expedited, Inc. and who have not leased more than one truck at a time to CRST during the applicable limitations period, subject to any equitable tolling and equitable estoppel.[1][2]

---

[1] Plaintiffs sought equitable tolling of limitations as a consequence of paragraphs 7(e) and 9(F) of the ICOAs. *See* Doc. 111-1 at 17-24. While the Court did not grant tolling, it concluded that, "[i]f the Court later finds equitable estoppel proper after further discovery, plaintiffs can argue for expansion of the class at that time." Doc. 147 at 9.

[2] Plaintiffs note that the proposed Rule 23 Class Definition is narrower than the FLSA class definition defined in Doc. 157.

1

As set forth in the accompanying Memorandum in Support, the Court should grant Plaintiffs' Motion because Plaintiffs meet the requirements for class certification under Fed. R. Civ. P. 23(b)(3). This Motion is based on this Notice of Motion; the accompanying Memorandum in Support; the exhibits; the Declarations of the Named Plaintiffs, opt-in Plaintiffs, a data analyst, and counsel Michael Sweeney in Support of the Motion; and the pleadings and papers filed in this action and such further argument and matters as may be offered at any hearing ordered by the Court.

Pursuant to Local R. 7(k), Counsel for Plaintiffs have conferred with Counsel for Defendants regarding Defendants' position on this motion. Defendants do not consent to this motion.

Respectfully submitted this 15th day of December, 2021

By: */s/ Michael J.D. Sweeney*

Michael J.D. Sweeney (*pro hac vice*)
Meagan M. Rafferty (*pro hac vice*)
Rebecca King (*pro hac vice*)
Getman, Sweeney & Dunn, PLLC
260 Fair Street
Kingston, New York 12401
Telephone: (845) 255-9370
Fax: (845) 255-8649
Email: msweeney@getmansweeney.com

Susan Martin *(pro hac vice)*
Dan Bonnett *(pro hac vice)*
Jennifer Kroll *(pro hac vice)*
MARTIN & BONNETT, P.L.L.C.
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
Telephone: (602) 240-6900
Facsimile: (602) 240-2345
smartin@martinbonnett.com
dbonnett@martinbonnett.com
jkroll@martinbonnett.com

Edward Tuddenham *(pro hac vice)*
23 Rue Du Laos
Paris, France
33 684 79 89 30
etudden@prismnet.com

ATTORNEYS FOR PLAINTIFFS