IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| **ANTHONY CERVANTES and MIKE CROSS, individually and behalf of all other similarly situated persons,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,**<br><br>**Defendants.** | **Case No.: 1:20-cv-75-CJW-KEM** |

**MOTION FOR EXCESS PAGES FOR PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY COUNTS 2, 3, 4, 5, AND 6 AS RULE 23(B)(3) CLASS ACTIONS**

Plaintiffs request leave to file a brief in support of Plaintiffs' Motion to Certify Counts 2, 3, 4, 5, and 6 as Rule 23(B)(3) Class Actions that is longer than the length prescribed in Local Rule 7(h). Specifically, Plaintiffs request eleven pages in addition to the twenty (20) pages provided pursuant to L Civ. R 7(h), for a total of 31 pages. The reason for this request is that the Plaintiffs' brief addresses class certification for five separate claims. Certification of each of these five claims involves supporting facts and substantive briefing that require the excess pages to properly brief all five together. Plaintiffs included the legal arguments for each of these claims in the same brief because these issues relate to one another. The proposed memorandum is attached to this motion.

Plaintiffs' counsel conferred in good faith with counsel for Defendants concerning this motion, and Defendants consent to Plaintiffs' request on the condition that Defendants are afforded 31 pages for their brief in opposition. Recognizing that Defendants will likely have to

address Plaintiffs' arguments for class certification for each of the five separate claims, Plaintiffs consent to Defendants' request.

Respectfully submitted this 15th day of December, 2021.

By: */s/ Michael J.D. Sweeney*


GETMAN, SWEENEY & DUNN, PLLC
Michael J.D. Sweeney (*PHV*)
260 Fair Street
Kingston, NY 12401
(845) 255-9370
msweeney@getmansweeney.com

MARTIN & BONNETT, P.L.L.C.
Susan Martin (*PHV*)
Jennifer Kroll (*PHV*)
Michael M. Licata (*PHV*)
4747 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
(602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com
mlicata@martinbonnett.com

Edward Tuddenham (*PHV*)
23 Rue Du Laos
Paris, France
33 684 79 89 30
etudden@prismnet.com

ATTORNEYS FOR PLAINTIFFS