IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL, INC., and CRST EXPEDITED, INC.,<br><br>Defendants. | Case No. 1:20-cv-00075-CJW-KEM<br><br>Honorable Judge C.J. Williams |

**[PROPOSED] ORDER**

This matter is before the Court on the Plaintiffs' Motion for Excess Pages for Plaintiffs' brief in support of their Motion to Certify Counts 2, 3, 4, 5, and 6 as Rule 23 (b)(3) Class Actions and for Defendants' opposition to that motion. For good cause shown, the Court GRANTS the Plaintiffs' motion.

IT IS ORDERED that Plaintiffs are permitted to file a 31-page brief in support their Motion to Certify Counts 2, 3, 4, 5, and 6 as Rule 23 (b)(3) Class Actions, and Defendants are permitted to file a 31-page brief in opposition of that motion.

**IT IS SO ORDERED.**

Dated: ____________

_______________________________
HONORABLE C.J. WILLIAMS
UNITED STATES DISTRICT JUDGE