# EXHIBIT 2


https://web.archive.org/web/20190701192740/https://www.joincrst.com/lease-purchase-owner-operators/
https://www.joincrst.com/lease-purchase-owner-operators/
Go
4 captures
1 Jul 2019 - 28 Nov 2020
JUN JUL SEP
01
2018 2019 2020
Train to be a Driver
Recent CDL Graduates
Experienced Drivers
Lease Purchase & Owner Operators
Driver Pay & Total Rewards
PAY
PACKAGE
CRST's highly profitable Lease Purchase Program offers 70% of revenue plus fuel surcharge. Most of our fleet averages $1.60 per mile. Share your experience training student drivers and you could net over $2,000 a week. Or, turn your operation into a team with our Train Your Partner Program and double your profits.
+ CRST makes the road to ownership smooth and profitable.
APPLY TODAY
CRST
1 MILLION MILE
SAFE DRIVER
MICHAEL MCCOY