# EXHIBIT 3

**Title**: Class A CDL Lease Purchase Truck Driver

**Ad Copy:**
CRST has immediate opportunities for experienced over the road drivers to contract in a highly profitable lease purchase program (48 state operation). The program offers 70% of revenue plus fuel surcharge. Currently the fleet is earning on average $1.60+ per mile to the contractor. CRST offers this option for **teams, solos, & lead drivers** (driver trainer).

***Share your experience training student drivers. CRST lease purchase lead drivers are netting up to $2000+ per week.**
***Train your partner program – CRST offers the industry's best CDL Training. Send your partner/teammate to school and turn your operation into a team. Double your profits!**

***Same day application processing. Call today/work tomorrow! 866-716-8953**

**Program Highlights:**

- No Credit Check, No Money Down
- Settlements made twice weekly
- Low truck payments, payments deferred for first 2 weeks.
- Manageable buy out at lease's end.
- No Forced Dispatch, Compromising operation personnel.
- Driver friendly dry van freight – 70% drop &hook, 99% no touch
- Leasing well maintained late model Freightliner Cascadias.
- **Bumper to Bumper** coverage for maintenance and repairs.

With CRST Expedited, you'll be running the longest miles (1,500 mile average LOH) in the industry for some of the largest and most well-known companies in the nation. If you are a professional over the road driver looking to take your career to the next level, CRST's lease purchase program is a great high paying opportunity.

Call one of our Lease Purchase Specialists with over 30 years' experience in the industry. **866-716-8953** or apply online.

***Same day application processing. Call today/work tomorrow!**