# EXHIBIT 5

# Own, Earn, Grow. More than ever before.

CRST has opportunities available for experienced over the road drivers to join our highly profitable Lease Purchase Program. With 70% of revenue plus fuel surcharge, most of our fleet averages $1.60 per mile and has options for everyone. As the largest team carrier with the longest average miles in the industry, CRST allows you to increase your earnings even more. Due to high freight demands and increasing rates, **profit levels are at a historical high**!

## Share your experience training student drivers and you could net over $2,000 a week!

## CRST's no-hassle Lease Purchase Program makes the road to ownership smooth and profitable. No gimmicks.

Our industry-leading $0 Down Lease Purchase Program is designed to help you succeed. It's a career overhaul meant to generate profit and get you in the mindset of a small business owner. We're going strong with half a century of success, and we don't intend to slow down anytime soon. Low payments – no credit check required!

Whether you're considering ownership or you're already an Independent Contractor, CRST has your back. **Ask about our quickly paid out sign-on bonuses of $1,500 and $2,000 for teams!**

**Participants can expect:**

- 70% of revenue plus fuel surcharge
- Series 60 14.0 liter Detroit engine, Straight 10 transmissions, Jake Brakes, and 72" raised-roof sleepers
- Longest average trucking miles in the industry
- Guaranteed bumper-to-bumper maintenance
- Consistent home time
- 99% no-touch, 80% drop-and-hook freight
- Best-in-class safety program, including driver-decision shutdown policy
- $0 down
- Zero forced dispatch

CRST's extensive resources and loyal customer base will keep your truck on the move. Our support programs all contribute to substantial bottom lines and smart cost management. As America's largest team carrier, we're committed to offering the industry's finest team package.

Call one of our Lease Purchase Specialists to learn more! 866-887-9594 or apply online.

Qualified applicants with arrest and conviction records will be considered for employment pursuant to applicable federal, state, and local laws.