# EXHIBIT 6

23:00 90%

jobs.crst.com/expedited

DELIVERING PROMISES AND DRIVING SUCCESS

CRST

THE TRANSPORTATION SOLUTION

844-201-1333 Apply Now

## TEAM DRIVERS

Check out our team driving opportunities, and get the chance to earn $2,000 a week for sharing your experience training with student drivers.

## REQUIREMENTS

- Valid CDL-A License
- Minimum 6 months OTR experience

**Call an Independent Contractor recruiter NOW!**

**01-1333**

Privacy - Terms