# EXHIBIT 7

23:03 88%

## PAY AND BENEFITS

- 70% of revenue goes to the truck. The Company's fleet average equates to $.91 per mile (loaded and empty) for teams and trainer teams; and $.93 per mile (loaded and empty) for solos.
- Solo operators can expect to receive 2500 - 3000 miles per week, teams can expect to receive 5,000 miles per week plus. (Average length of haul: solo 900+, teams 1500+)
- You receive 100% of the fuel surcharge. The amount of the surcharge is based on the national average price of fuel. Our Fuel Surcharge program is one of the most aggressive in the country and provides an outstanding way for Contractors to deal with changing fuel prices.
- For fueling purposes, CRST issues its Independent Contractors Comdata fuel cards. You can save money on fuel by using CRST's assigned fuel stop network. When using these stops, you will receive the discount negotiated by the company. This discount can range from 5 to 25 cents per gallon.
- All of the accessorial pay, such as extra stop, detention, or any other surcharges are compensated to the Lease Purchase Contractor at your 70% of the revenue. Settlements are made twice per week (Tuesday and Thursday), depending on when Contractors submit their trip packs. Packs received by Friday are settled on Tuesday, and packs received by Monday are settled on Thursday.
- **NEW PROGRAM:** We utilize Independent Contractors as Lead Driver trainers. This is a very successful program since 70% of the revenue goes to the truck. CRST pays the student wage, so you do not have that as a cost. Instead, you receive the revenue generated by the student's miles. Through this program, you can double your profits. Train your spouse/family member (buddy) program and run with them as a team!

## CRST is currently hiring in the following areas:

