# EXHIBIT 8

23:00 90%

DELIVERING PROMISES AND DRIVING SUCCESS
CRST
THE TRANSPORTATION SOLUTION

844-201-1333 Apply Now

Average
$1.82 CPM

No forced
dispatch

Fuel Surcharge
on all miles

Consistent
home time

No Money
down

No credit
check

Lease to Own
Late Model Equipment

Privacy - Terms