# EXHIBIT 9

DELIVERING PROMISES AND DRIVING SUCCESS
CRST
THE TRANSPORTATION SOLUTION

## Covid-19 Notice:

The Department of Homeland Security and CISA have classified **trucking as an essential function**. CRST is still actively hiring, training, and working to get Americans the things they need most.

# Our Drivers are in it for the Long Haul.

Whether you're considering ownership or you're already an Independent Contractor, we have the career path that suits your needs.

Call Now - 866-451-2757

Fill Out an Application




## Drive for CRST Expedited

Experienced over-the-road drivers have the opportunity to join our highly profitable CRST Contractors Lease Purchase Program. At CRST, we value your experience and want to give you the opportunity to lease and own your own truck.

Details/Requirements:

- Valid CDL-A License
- Minimum 6 months OTR experience
- Average $1.82 CPM
- No forced dispatch
- Consistent home time
- Fuel Surcharge on all miles
- $0 money down and no credit check!

Call Now - 866-451-2757

Fill Out an Application

## Looking for something else?

CRST has hundreds of route types, all with unique benefits and bonuses. If this isn't the job for you, search our other open positions at jobs.crst.com.

This message is an advertisement for employment with CRST International.
Qualified applicants with arrest and conviction records will be considered for employment pursuant to applicable laws.

CRST, 201 1st St SE, Cedar Rapids, Iowa 52401
Unsubscribe Manage preferences