# EXHIBIT 10

DELIVERING PROMISES AND DRIVING SUCCESS
CRST
THE TRANSPORTATION SOLUTION

### Covid-19 Notice:

The Department of Homeland Security and CISA have classified **trucking as an essential function**. CRST is still actively hiring, training, and working to get Americans the things they need most.

## Start your own business!

Whether you're considering ownership or you're already an Independent Contractor, we have the career path that suits your needs.

Call Now - 866-451-2757

Fill Out an Application




---

## Choose your own path.

CRST Contractors offers many opportunities for experienced semi-truck drivers. When you begin a career with us, the possibilities are endless. Our CRST Contractors team has an incredibly low turnover rate. Drivers often only have one dispatcher during their entire tenure – allowing personal relationships to grow and a career with people that feel like family.

Details/Requirements:

- Valid CDL-A License
- Minimum 6 months OTR experience
- Average $1.82 CPM
- No forced dispatch
- Consistent home time
- Fuel Surcharge on all miles
- $0 money down and no credit check!

Call Now - 866-451-2757

Fill Out an Application

---

### Looking for something else?

CRST has hundreds of route types, all with unique benefits and bonuses. If this isn't the job for you, search our other open positions at jobs.crst.com.

This message is an advertisement for employment with CRST International.
Qualified applicants with arrest and conviction records will be considered for employment pursuant to applicable laws.

CRST, 201 1st St SE, Cedar Rapids, Iowa 52401
Unsubscribe Manage preferences