# EXHIBIT 12

# Call and Application flow

## Phase 1: Introduction:

**A.) Who are we?** CRST.
**B.) Who am I?** Give the applicant your name
**C.) Who am I speaking with?** Get the caller's name and spelling too, if needed.
**D.) How can I help you get a job with CRST?** Find out if they have a Class A CDL, need training or have experience. Plant the seed that we want to hire the caller.
**E.) Where are they calling from?** Find out their location too.

***Start phone app if not already in Tenstreet! This includes every call, even if they don't qualify or they are not interested.**

Be warm, welcoming and professional!

Example: "Thank you for calling CRST Recruiting, this is _________, who am I speaking with? How can I get you started in a career with CRST? Do you have a Class A CDL, or are you looking to get one with us?"

**EVERY caller needs to be entered into Tenstreet!**

## Phase 2: What Type Of Career CRST Can Offer You:

**-Based on above questions D and E, give applicant *brief* overview of what we have to offer them.** Hit the high points of our program, selling point of CRST and pay. Make sure to mention we do OTR, team driving! Sell them on what we can offer!
**-Ask applicant if the are interested.** If so, proceed to Phase 3! If they are not interested, find out why. GIVE THEM A REBUTTAL. Try and resell them on our program.

**Emphasize CRST's selling points!**
**Give a rebuttal!**

## Phase 3: Pre-qualify:

**-Get to the major qualifying questions.** Update app while asking questions.
- -Criminal
- -Accidents
- -Violations
- -Drug/Alcohol

**-Assess if applicant appears to qualify.** If applicant appears to meet our guidelines, move to Phase 4! If they do not, end call.
*****Management needs to review ALL criminal before approval/denial.*****

**ALL criminal is reviewed by management on a case by case basis!**

## Phase 4: Close The Deal!:

**-Offer the applicant the earliest time to get started.** Try and get them to start next week, not push it out.
**-Create urgency.** Tell the applicant we have a "few" spots open. Our school and orientation will fill up quickly. We can only schedule a couple of weeks out.
**-Do a firm follow of next steps.** Set a specific time and date to follow up with applicant. Treat it like an appointment. Give a clear picture of what is next (finalize app, run reports, travel, etc)

**Get start date from applicant!**
**Firm follow up!**