# EXHIBIT 13

REDACTED

[redacted]

From: <MatthewYoung@crst.com>
Date: Friday, December 29, 2017
Subject: CRST Orientation and Car Information
To: anthonygcervantes@gmail.com

Hello Anthony.

The attached link will provide valuable information regarding the orientation process.

Please review and contact me with any questions. Please remember your drivers license, medical card, and social security card.

http://startcrst.com/orientation-iowa/

The rental is in your name and paid for by CRST. Please show your ID and they will get you set with the car. Please decline any extra fees and insurance. The car can be picked up anytime after 8am on Monday, Jan 1, 2018.

National Rent a Car
Will Rogers World Airport
5201 S Meridian Ave
Oklahoma City, OK 73119
(844) 370-3137

CONFIRMATION-293447775COUNT

The rental car is due back to National at the Eastern Iowa Airport in Cedar Rapids on Tuesday, Jan 2.

**Where is the CRST Expedited Terminal located in Cedar Rapids?**

The training building is at:

3750 16th Avenue, SW
Cedar Rapids, Iowa 52404
319-390-2838

Please check in at the training center and let them know you are here for Lease Purchase orientation. They will get you checked into your room and help with the car return.

Orientation starts at 7am on Tuesday morning at the training center in Classroom #1.

Matt Young -- Driver Recruiter
CRST Expedited
3930 16th Ave SW
Cedar Rapids, Iowa 52406
Office: (319) 731-5697
Fax: (319) 731-6610
www.joincrst.com

--
Anthony G Cervantes