# EXHIBIT 14

# CRST Expedited
# Independent Contractor Orientation

Truck #: 114030 Fleet Manager: Phillip Klopp

Driver ID: EV44 Owner ID: 3977

- **Thursday:**
  - Attend Lead Driver Class (8 AM in Seminar Room)
  - AFTER 11 AM - pick up ID from Training Center 2nd floor
  - pick up Comdata cards (2) from Expedited Building (activate)
  - see Licensing to pick up permit pack for truck
- **Friday:**
  - Attend Lead Driver Class (8 AM Seminar Room)
  - Check to make sure all paperwork has been completed
- **Prior to Leaving Cedar Rapids:**
  - Make plan for the weekend with your Fleet Manager
  - Find out exact location of truck, confirm location will be open over weekend
  - If assigned to a rental car, have fleet manager put money on card for travel if needed.
  - If your truck is not at a terminal, make sure to get copy of truck key from the shop.

**Important Phone Numbers:**

Fleet Manager #: ______________ CRST: 800-736-CRST (2778)

Accident Hotline: 800-515-2778 Comdata: 866-660-4238

Payroll: 800-733-9362 Contract/Lease: 319-731-3890

Recruiting: 800-767-6918 ATBS: 888-640-4829

Maintenance: 800-366-4028 Health Insurance: 800-877-9637

Lease Payoff/Payment Questions: Fawn Vozenilek: 800-726-2778

**To view paystubs online** – driverpay.crst.com
Username: Owner ID (not driver ID)
Password: Full Social Security #
(if you have a federal ID-that will be your password)