# EXHIBIT 17

CRST
EXPEDITED

## CRST Lease Purchase Information Packet




CRST has immediate openings available for experienced professional drivers interested in taking their career to the next level. We offer some of the **highest miles** in the industry, which translates into **high revenue** for your business. If you have current over the road experience, a good work history and safety record, you may qualify for one of the industry's best lease purchase programs.

For more information, or to ask questions, call **Jon Brown 319-390-2805**

### Program Highlights

- Contractors earn 70% of the revenue!
- 97% of the fuel surcharge!
- $0 money down and no credit check!
- 20 days notice will end the lease with no financial penalty to you!
- Late model Freightliner Cascadia's for lease with the majority being 2015 - 2016. There are some 2014's available that will have approximately 500K-650K miles.
- All of CRST's lease purchase units come with a guaranteed bumper-to-bumper maintenance program.
- Lease lengths vary depending on the year of the tractor, typically running between 2 and 4 years.
- Buyout option after the term of the lease is completed. An affordable $5000 balloon/buyout payment is all that stands between you and owning the tractor outright. You have the option to pay the balloon payment in full or set up a weekly payment plan.

## Truck Specifications

- 2014, 2015 & 2016 Freightliner Cascadia's
- 435 HP, 14-Liter Detroit DDC engine
- Eaton Fuller straight 10 speed transmission
- 70" raised roof double-bunk sleeper cab
- Rear axle gear ratio of 3.58
- Engine RPM 1450 at 65mph
- Tire size of 295/80R 22.5 low profile
- The trucks are thoroughly cleaned and detailed before they are moved from the company fleet to the lease purchase fleet. Since leaving the assembly line floor these tractors have been well maintained by CRST's professional fleet service.
- ***Automatic transmission equipment coming in October 2018***

## Contractor Compensation

- Independent contractors are paid 70% of the gross revenue on each load, plus 97% of the fuel surcharge. Currently, 70% equals approximately $1.30/mile. The amount of the fuel surcharge is based on the national fuel price. This ensures that in times of soaring fuel prices you will be able to hold your profit margins and in many cases increase them.

- Continued rate increases are being awarded to CRST by its customers and as the rates increase, so do YOUR PROFITS!

- An additional .04/mile when hauling all Haz-Mat placarded loads.

- All **accessorial pay** such as extra stop, detention, or any other type of pay built into the company compensation will be settled at **70%** to the independent contractor.

- Independent contractors receive a **fuel discount** similar to the CRST company trucks. You can save money on fuel by using CRST's assigned fuel stop network. When using Loves, Petro, Pilot, Road Ranger and TA you will receive between 3 and 6 cents per gallon off of the cash price of diesel. Each contractor is issued a ComData fuel card for convenience.

- Settlements are made twice per week through ComData (every Tuesday and Thursday) depending on when your trips trans-flow documents are received. Trip information received by Friday @ midnight will be settled on Tuesday and trip information received by Tuesday @ midnight will be settled on Thursday.

## General Information

While CRST does **not force dispatch**, we do ask our independent contractors to be available for at least 2 weeks at a time, but how much time you take off will be up to you.

- CRST, one of the largest team companies in the industry, offers multiple options with their lease purchase program, ranging from teams, lead drivers (trainers), to solos. CRST hauls freight in all of the lower 48 states. The average length of haul for solos is 900 miles with teams and lead drivers enjoying greater than 1500

miles! Our freight is predominantly no touch and drop and hook. This means you will spend the majority of your time behind the wheel, earning revenue!

- Optional health insurance benefits are offered through **True Choices Personal Insurance for Owner Operators and Their Families**. If you have specific questions about what they have to offer, please call **800-877-9637** to speak with a counselor

- CRST does have a **pet allowance**. One cat or one dog that weighs no more than 40 lbs is allowed on the truck for a $250 deposit which will be payroll deducted. $25 per week.

- While you do **NOT** need a **hazmat endorsement** to start. Hazmat endorsed teams experience up 15% more freight/revenue.

## Our Business Model

- **Lead Driver Program** – The Company utilizes independent contractors as lead drivers, or trainers, for new drivers making their way into the industry. The independent contractors pay $0.12 cents/mile(tax deductible) for all loaded miles when they have a student. If the contractor and the student run 4000 miles this translates to $480/week. On a percentage based (70%) program this means that a driver trainer can nearly double their profits if they are willing to help usher in the next generation of drivers. Refer to page 7 to see the net profit increase!

- **Train your spouse/partner program** – This program allows the independent contractor to train their spouse/partner if they are a recent graduate from trucking school (90 days) or have been driving a tractor trailer but have not been over-the-road. CRST also has the ability to help your spouse/partner earn their class A CDL. We offer over **50%** off our training program to anyone bringing in their own co-driver. The total expense for you is **$3000**, which includes tuition, the cost of transportation, drug test, physical, and housing while in school for **three weeks**. Once the student has been hired, CRST will make settlement deductions of $50/week from the independent contractor's settlement until the tuition has been paid in full. The only money required upfront is for incidentals ie food, laundry etc. CRST typically recommends that the student bring enough money with them when they begin school to cover these costs.

## Orientation

CRST conducts orientation for the lease purchase program Monday through Friday of each and every week. Orientation is held at our corporate headquarters in Cedar Rapids, IA. CRST will arrange your transportation via rental car and reimburse your fuel cost. We will also provide you with lodging ($0 expense) paid for by the company. Meals-Breakfast and lunch will be available free of charge provided by the company.
As you can see, when it comes to a great lease purchase program, CRST has got it all covered! An industry leader since 1955, CRST has used its 60 years of experience in implementing the most profitable lease program in the business.

## CRST Minimum Qualifications

- Must be at least 21 years old.
- Must pass a DMV/DOT physical and a pre-employment drug screen.
- If you are diagnosed with sleep apnea you must prepared to provide CRST with a compliance report (printout) from your machine covering the last 30 days.
- You must have a good driving record and have been licensed in the United States for a minimum of 18 months out of the last 3 years.
- No DUI, DWI, or open container violations in the last 5 years. No more than 1 DUI in the last 15 years and no more than 2 DUI's in your lifetime.
- All Criminal Convictions will be reviewed by CRST management on a case by case basis.

## Weekly Fixed Costs/Deductions

| Deduction | Amount | Details |
|---|---|---|
| Truck Payment<br>Trailer Rental | $449/week<br>$25/Week | Deducted for the term of the lease (2-4 years). |
| Base Plates and Permits | $75/week | Deducted for 6 months ($2,070/year). Indiana based plates. |
| Escrow(Interest Bearing)<br><br>2nd Escrow | $75/week<br><br>$25/week | Deducted for 26 weeks until account has reached $2000. Deducted for 10 weeks until account has reached $250 |
| Federal Highway Use Tax (2290) | $10.58/week | Deducted each week of the year for a total of $550 |
| Physical Damage Insurance | $60.58/week Based on a unit valued @ $70K | Calculated at 4.5% of the truck's value. |
| Bobtail Insurance<br><br>Trailer, Cargo & Clean up Insurance | $30/month- $6.92/week<br>$42/month- Michigan Res<br><br>$34.62/Week | Deducted the 3rd week of each month. |
| Qualcomm Satellite Rental | $16.63/week | Provides for unlimited use of the Qualcomm unit. |
| Trans-Flo Fee | $15/month- $3.46/week | Deducted the 3rd week of each month. |
| **Total** | **$781.79/week** | **Total fixed costs/week** |

- **No truck payment will be deducted for the first 2 weeks of the lease!** Along with getting settlements twice per week, this means that you have the opportunity have cash flow into your bank account quicker.

As an independent contractor running under our authority, CRST will calculate the fuel tax owed quarterly for each truck. While the majority of fuel tax is paid at the pump, if any additional amount is owed it will be deducted at a rate of $100/week once the quarterly calculations have been made. Lead drivers & residents of the states of CO, KS, MA, MS, NH, NJ, NV, NC, NY and SC are required by law to carry occupational health and accident insurance which will be deducted at $35.54/week. This coverage is also required for all employees of independent contractors.

## Variable costs

- The single largest variable cost for each lease purchase driver in the CRST fleet will be fuel. Our aggressive sales staff will benefit you by negotiating a top tier fuel surcharge (FSC). Example - As an independent contractor at CRST you will receive 97% of the fuel surcharge billed to the customer. 2018 has average ranged from 27-43 cpm.

- Each independent contractor is responsible for the cost of their tolls and scales.

- Each lease purchase unit is backed by our reputable maintenance program. On a standard 3 or 4 year lease CRST will provide 2 years on a 3 year lease and 3 years on a 4 year lease of guaranteed bumper-to-bumper maintenance for $0.15/mile. Regardless of the length of the lease, the last 12 months will cover all preventative, routine and standard wear and tear maintenance for $0.13/mile. During the last 12 months the tractor will still be covered for things such as oil changes, tires, brakes, clutch, alternator, belts and hoses and AC and heating components. For a complete list of what is and is not covered during the last year of the lease please ask your recruiter.

**Next pages give example Profit/Loss statements comparing the different driving positions vs. weekly miles.**

## CRST Contractor Weekly Net Income Sample- All miles included(Team Drivers)

| Team Drivers | | | | |
|---|---|---|---|---|
| **Revenue** | | | | |
| Loaded Miles/Week | | | **4000** | |
| Average RPLM(70%) | | | $1.85 | $5,180.00 |
| FSC/Mile(97%) | | | $0.43 | $1,668.40 |
| **Revenue Subtotal** | | | | **$6,848.40** |
| **Expenses** | | | | |
| Fixed | | Lease payment, escrow, | | $815.00 |
| | 7% DH | DEF, Maintenance | | $810.07 |
| Variable | 6 cpg discount | Fuel (6.5 mpg ) | $3.25 | $2,100.49 |
| **Expense Subtotal** | | | | **$3,725.56** |
| **Net Income** | | | | **$3,122.84** |

| Team Drivers | | | | |
|---|---|---|---|---|
| **Revenue** | | | | |
| Loaded Miles/Week | | | **6000** | |
| Average RPLM(70%) | | | $1.87 | $7,854.00 |
| FSC/Mile(97%) | | | $0.43 | $2,502.60 |
| **Revenue Subtotal** | | | | **$10,356.60** |
| **Expenses** | | | | |
| Fixed | | Lease payment, escrow, | | $815.00 |
| | 7% DH | DEF, Maintenance | | $1,215.11 |
| Variable | 6 cpg discount | Fuel (6.5 mpg ) | $3.25 ppg | $3,150.74 |
| **Expense Subtotal** | | | | **$5,180.85** |
| **Net Income** | | | | **$5,175.75** |

***Examples- Team drivers based on a 4000 & 6000 mile week.***

## CRST Contractor Weekly Net Income Sample- All miles included (Lead Drivers)

| Lead Drivers | | | | |
|---|---|---|---|---|
| **Revenue** | | | | |
| Loaded Miles/Week | | | **3500** | |
| Average RPLM(70%) | | | $1.85 | $4,532.50 |
| FSC/Mile(97%) | | | $0.43 | $1,459.85 |
| **Revenue Subtotal** | | | | **$5,992.35** |
| **Expenses** | | | | |
| Fixed | | Lease payment, escrow, | | $815.00 |
| | 7% DH | DEF, Maintenance, Student | | $1,128.81 |
| Variable | 6 cpg discount | Fuel (6.5 mpg ) | $3.25 ppg | $1,837.93 |
| **Expense Subtotal** | | | | **$3,781.74** |
| **Net Income** | | | | **$2,210.61** |

| Lead Drivers | | | | |
|---|---|---|---|---|
| **Revenue** | | | | |
| Loaded Miles/Week | | | **5000** | |
| Average RPLM(70%) | | | $1.85 | $6,475.00 |
| FSC/Mile(97%) | | | $0.43 | $2,085.50 |
| **Revenue Subtotal** | | | | **$8,560.50** |
| **Expenses** | | | | |
| Fixed | | Lease payment, escrow, | | $815.00 |
| | 7% DH | DEF, Maintenance, Student | | $1,612.59 |
| Variable | 6 cpg discount | Fuel (6.5 mpg ) | $3.25 ppg | $2,625.62 |
| **Expense Subtotal** | | | | **$5,053.21** |
| **Net Income** | | | | **$3,507.29** |

***Examples- Lead drivers based on a 3500 & 5000 mile week.**

## CRST Contractor Weekly Net Income Sample- All miles included (Solo Drivers)

| Solo Drivers | | | | |
|---|---|---|---|---|
| ***Revenue*** | | | | |
| *Loaded Miles/Week* | | | ***1800*** | |
| *Average RPLM(70%)* | | | *$1.85* | *$2,331.00* |
| *FSC/Mile(97%)* | | | *$0.43* | *$750.78* |
| ***Revenue Subtotal*** | | | | ***$3,081.78*** |
| ***Expenses*** | | | | |
| *Fixed* | | *Lease payment, escrow,* | | *$815.00* |
| | *7% DH* | *DEF, Maintenance* | | *$364.53* |
| *Variable* | *6 cpg discount* | *Fuel (6.5 mpg )* | *$3.25 ppg* | *$945.22* |
| ***Expense Subtotal*** | | | | ***$2,124.75*** |
| ***Net Income*** | | | | ***$957.03*** |

| Solo Drivers | | | | |
|---|---|---|---|---|
| ***Revenue*** | | | | |
| *Loaded Miles/Week* | | | ***3000*** | |
| *Average RPLM(70%)* | | | *$1.85* | *$3,885.00* |
| *FSC/Mile(97%)* | | | *$0.43* | *$1,251.30* |
| ***Revenue Subtotal*** | | | | ***$5,136.30*** |
| ***Expenses*** | | | | |
| *Fixed* | | *Lease payment, escrow,* | | *$815.00* |
| | *7% DH* | *DEF, Maintenance* | | *$607.55* |
| *Variable* | *6 cpg discount* | *Fuel (6.5 mpg )* | *$3.25* | *$1,575.37* |
| ***Expense Subtotal*** | | | | ***$2,997.92*** |
| ***Net Income*** | | | | ***$2,138.38*** |

***Examples- Solo drivers based on a 1800 & 3000 mile week.***

Are you ready to start earning 70% of all revenue, running the industry leading miles? We are excited to speak with you on our great opportunities at CRST!

For more information, or to ask questions, call **Jon Brown 319-390-2805**

