# EXHIBIT 24

CRST EXPEDITED

**Congratulations!  You've just taken the first step toward a great future!**

Thank you for contacting CRST Expedited, Inc. for career information. We are extremely proud of our company's reputation which exceeds 50-years and believe that our success can be attributed to the professional drivers we employ and the excellent staff and management team which cares about our drivers.  CRST Expedited is the nation's largest team carrier and has been recognized as one of the top dry van trucking companies in America. We are committed to hiring qualified individuals who are dedicated to driving safely and meeting the needs of our customers.

CRST Expedited, Inc. has opportunities for everyone, including:

- Individuals who need training in order to obtain a Class A CDL
- Recent graduates of accredited trucking schools
- Experienced drivers, trainers (lead drivers)
- Owner-operators, lease-purchase independent contractors
- Experienced drivers who would like to train their spouse or friend

Advantages to driving in a team environment:

- Both drivers are able to earn a higher income than if they were driving solo
- Able to run more miles, giving you more confidence as you gain more experience
- Safer because you have another set of eyes and ears in the truck
- Co-driver to assist you with trip planning, navigating and sharing the workload

Ask any experienced driver and you'll learn that your first job is the most important.

# Start it right!

## How to Become a Lead Driver

If you are an experienced driver with a desire to earn more money and to help new truck school graduates learn what it's like to be an OTR driver, you may qualify to be a lead driver (trainer). If you qualify, you would take a recent graduate on the road for 28 days of on-the-job training, and then you would take 4 days off at home. You would then repeat the cycle and would train approximately 9 to 10 students per year. This is a very rewarding position at CRST and you can earn substantially more income.

To qualify, you would need to have a minimum of 6 months of OTR experience. This must include four months of winter driving in the last twelve months, to include driving OTR between the months of November and March. You also need the approval of our Operations and Safety Departments. Once approved, you would attend a brief Lead Driver Class where we would teach you how to train a student with a new CDL.

Some "summer lead drivers" do not have winter driving experience – they just go back to being a Co-driver for the winter.

## Preparing For Orientation

As a recent truck school graduate (contract student or non-contract student) or an experienced driver, you will attend our Orientation. Your Orientation will consist of 3 or 4 days of learning CRST policies and procedures, including a road test. Orientation starts every Monday at each terminal (and on Thursday ay the Cedar Rapids location).

***Please remember that all drivers are expected to immediately start driving with either their lead driver or co-driver following Orientation***.

To find out which Orientation site you will be attending please ask one of our recruiters or you may refer to the Orientation checklist on our website www.joincrst.com. If you have any questions before or during Orientation please contact us.

You must have the following ***IMPORTANT DOCUMENTS*** with you:

1. **Valid United Sates Driver's License**
2. **Valid Social Security Card** (Must be original and in good condition, copies not accepted)
3. **Acceptable immigration documentation** if you are not a US citizen
4. **Any employment documentation required to complete the CRST Expedited driver application** (unemployment records, tax forms for self-employment, notarized letters, etc. These documents are very helpful for the Referencing Department during the hiring process.)
5. **Voided Check** for transfer to your bank accounts. (If you do not have a void check, you can use a letter from your bank, on bank letterhead, containing the name of the account holder, account number, and the bank routing number.)