# EXHIBIT 25

# CRST EXPEDITED, INC.

# INDEPENDENT CONTRACTOR OPERATING AGREEMENT

Rev. October 2019

***THIS AGREEMENT CONTAINS INDEMNIFICATION PROVISIONS, WHICH ARE HIGHLIGHTED IN <u>BOLDFACED UNDERLINED TYPE</u>.***

**Page 2** – Summary

Talks about subleasing. CRST does not generally allow you to sublease your truck. If there is an occasion when you want to speak to someone concerning this possibility, a meeting can be scheduled here in Cedar Rapids with the appropriate person.

**Page 3** – Skip

More information on subleasing