**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,<br><br>Defendants. | Case No. 1:20-cv-00075-CJW-KEM<br><br>Honorable Judge C.J. Williams<br><br>PLAINTIFFS' MOTION TO CERTIFY COUNTS 2, 3, 4, 5, AND 6 AS RULE 23 (B)(3) CLASS ACTIONS |

**DECLARATION OF JASON KANDEL**

I, Jason Kandel, declare under penalty of perjury as follows:

1. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

2. I am an employee of the firm of Getman, Sweeney & Dunn, PLLC ("GSD") in Kingston, New York, Plaintiffs' counsel herein.

3. I joined the data science department at GSD in early 2015. In addition to my work at GSD, I have performed analysis in the fields of chemistry, biostatistics, and finance leading to the publication of several peer-reviewed journal articles over the last decade. My work focuses on development of programming techniques utilizing languages such as Java, Python, SQL, and VBA, which are necessary to accommodate the millions of data points that are generated in GSD's cases. These advanced analytical techniques allow GSD to create the complex damage models, scour and clean data from seemingly incoherent sources, perform in-depth data driven forensic investigations, and create user friendly tools to explore data trends—which ensure that our clients

receive fair and equitable recoveries. I graduated from Marist College with a Bachelor of Science in Chemistry 2005; I received a M.S. in Chemistry in 2008 from the University of Delaware; and a M.S. in Computer Science from SUNY New Paltz in 2015.

4. Defendants produced electronically stored data for Plaintiffs in discovery from their Legacy and LME systems. This data has been analyzed as part of my work at GSD. These sources can be used to determine (1) the weekly miles that Defendants credited individual Drivers with driving; (2) individual Drivers' weekly earnings; (3) the weekly operating expenses Defendants recorded for individual Drivers; (4) the account of daily hours the Defendants reported to the U.S. Department of Transportation for individual Drivers; (5) and the individual loads assigned to and hauled by individual Drivers.

Dated: December 15, 2021
Kingston, New York.

Jason Kandel

Jason Kandel
Getman, Sweeney & Dunn, PLLC
260 Fair Street
Kingston, NY 12401
(845) 255-9370
jkandel@getmansweeney.com