# EXHIBIT 11

# GETMAN, SWEENEY & DUNN, PLLC

Getman, Sweeney, & Dunn PLLC
260 Fair Street
Kingston, NY 12401
845-255-9370
Fax 845-255-8649
www.getmansweeney.com

<u>VIA EMAIL</u>                                                                                      May 24, 2022

James H. Hanson
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
jhanson@scopelitis.com

Re: *Cervantes, et al. v. CRST International, Inc. et al*, 1:20-cv-00075-CJW-KEM

Dear Jim,

I write in response to your April 5, 2022 letter regarding the parties' discussion during our meet and confer on March 15, 2022. In a final effort to resolve the parties' dispute regarding Plaintiffs' Second Set of Requests for Production, Nos. 5-7, Plaintiffs will agree to limit the time period and scope of the requests. Specifically, Plaintiffs will limit Request Nos. 5-7 to the time period of September 18, 2015 to September 18, 2020. Additionally, Plaintiffs limited Request Nos. 5 and 7 to the responsive "legal analysis or opinion," and Request No. 6 to responsive "legal or financial analysis or opinion."

Accordingly, Plaintiffs' revised requests are as follows:

**Request No. 5**: From September 18, 2015 to September 18, 2020, all documents containing or concerning any legal analysis or opinion of FLSA lawsuits brought against other carriers based on their classification of drivers as independent contractors, including but not limited to lawsuits against Western Express, Swift Transportation Co., and Central Trucking, Inc.

**Request No. 6**: From September 18, 2015 to September 18, 2020, all documents concerning any legal or financial analysis or opinion pertaining to: (a) the value, efficiency, viability, and benefit to CRSTX of the Lease Purchase Program; (b) the value, efficiency, viability, and benefit to CRSTX of the Lead Driver Program; (c) CRSTX's determination of Drivers' base compensation rates.

**Request No. 7**: From September 18, 2015 to September 18, 2020, all documents containing or concerning any claim, complaint, governmental communication, audit, award, legal analysis or opinion pertaining to the legality or propriety of CRSTX's Lead Driver Program as it pertains to the Drivers.

If possible, Plaintiffs request that the parties discuss whether Defendants will agree to Plaintiffs' narrowed requests at the parties' meet and confer scheduled for Thursday, May 26th, at 3:30pm ET.

Sincerely,

*s/ Mike Sweeney*

Mike Sweeney