IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,<br><br>Defendants. | Case No. 1:20-cv-00075-CJW-KEM<br><br>Honorable Judge C.J. Williams<br><br>DECLARATION OF MICHAEL J.D. SWEENEY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

I, Michael J.D. Sweeney, declare under penalty of perjury that the following is true:

1. I make this declaration in support of Plaintiffs' Motion to Compel Production of Documents.

2. I am a partner in Getman, Sweeney & Dunn, PLLC, Plaintiffs' Counsel in this case.

3. Counsel, in good faith, has conferred via Zoom with opposing counsel in an attempt to resolve or narrow by agreement the issues raised in the Motion to Compel;

4. The lawyers have been unable to resolve the issues.

5. The nature of the disagreement is whether Defendants are required to search for relevant documents despite Defendants' claim that the type of document would be privileged and produce a privilege log for any relevant documents that they withhold based on privilege.

June 17, 2022

*/s/ Michael J.D. Sweeney*

Michael J.D. Sweeney (*pro hac vice*)
GETMAN, SWEENEY & DUNN PLLC
260 Fair Street
Kingston, NY 12401
Phone (845) 255-9370
msweeney@getmansweeney.com

*Attorneys for Plaintiffs*