IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL, INC., and CRST EXPEDITED, INC.,<br>Defendants. | Case No. 1:20-cv-00075-CJW-KEM<br>Honorable Judge C.J. Williams |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs Cervantes and Cross move, pursuant to Rule 56, for an order:

(1) Granting partial summary judgment that the members of the Fair Labor Standards Act Collective and the members of the Iowa Minimum Wage Rule 23 Class were employees of CRST for purposes of those statutes; and

(2) Granting summary judgment that CRST violated 49 C.F.R. § 376.12(g) and as a result of that violation, Plaintiffs and members of the Rule 23 Class were underpaid.

This motion is based on the Statement of Uncontested Facts and evidence supporting that Statement together with the Memorandum in Support of this Motion filed herewith.

Respectfully submitted this 31st day of January, 2024.

By: */s/ Rebecca King*

GETMAN, SWEENEY & DUNN, PLLC
Rebecca King (*PHV*)
Michael J.D. Sweeney (*PHV*)
Anamaria Segura (*PHV*)

260 Fair Street
Kingston, NY 12401
(845) 255-9370
rking@getmansweeney.com
msweeney@getmansweeney.com
asegura@getmansweeney.com

MARTIN & BONNETT, P.L.L.C.
Dan Bonnett (*PHV*)
Susan Martin (*PHV*)
Jennifer Kroll (*PHV*)
Michael M. Licata (*PHV*)
4747 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
(602) 240-6900
dbonnett@martinbonnett.com
smartin@martinbonnett.com
jkroll@martinbonnett.com
mlicata@martinbonnett.com

Edward Tuddenham
23 Rue Du Laos
Paris, France
33 684 79 89 30
edwardtuddenham@gmail.com

ATTORNEYS FOR PLAINTIFFS