IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

ANTHONY CERVANTES, et al., )
)
Plaintiffs )
)
vs. ) Case No.
) 1:20-cv-00075-CJW-KEM
)
CRST INTERNATIONAL, et al., )
)
Defendants. )
---------------------------------- )

REMOTE DEPOSITION OF

JENNIFER ABERNATHY

Friday, October 28, 2022

8:57 a.m.

Reporter: Barbara J. Carey, RPR
Job No. 218557

# DIRECT EXAMINATION BY PLAINTIFFS

Expedited would be being an employee driver; correct?

A. If it was experience only, then yes. If it was a, you know, speeding ticket or something of that nature that puts them outside of our guidelines, then we would not -- they'd have to return when they were qualified.

Q. Is the application process, the employment history you mentioned, the application process, the info -- well, let me just ask.

Is the employment history and application process the same whether you are applying to be an experienced employee driver or an independent contractor?

A. Yes, the DOT requires the same of us in both settings.

Q. And your company requirements that someone has to meet in order to be hired as an experienced employee driver or lease-operator are the same?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. No.

BY MR. TUDDENHAM:

Q. How are they different?

A. Being an independent contractor for Expedited would require them to have at least six months of

over-the-road driving experience, so that would be something they would be required to have that would be different.

Q. How much -- to be an employee driver, you know, I'm not talking about students who are trying to get their CDL, but a driver who has experience, how many -- how much experience do they have to have in order to get qualified to be hired?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. So for CRST Expedited, as long as they -- so they would -- they don't -- we don't require any experience to become an employee driver. They would just -- it's whether or not they would require training. And so if they don't require training, that's usually at least one-plus month of experience.

BY MR. TUDDENHAM:

Q. But assuming a driver applicant has six months of experience, then the additional requirements he has to meet to be a lease-operator or an employee driver are the same; correct?

A. Yeah, the safety qualifications are the same; correct.

Q. Well, are there any other kinds of

qualifications?

A. No, not that I can think of.

Q. And has that been true for the entire period 2015 to the present?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. Yes.

BY MR. TUDDENHAM:

Q. The Independent Contractor Recruiting Team, do they receive the same training as their Company Driver Recruiting Team?

A. At hire, they would receive the same training. Our Independent Recruiter Contractor Team is typically more experienced recruiters, so they would then learn the independent contractor side if they were chosen to be on that team.

Q. And in your advertising, if I remember correctly -- and correct me if I misremember, a driver interested in working at CRST can check a box or show interest in being a student, an employee driver, a lease-operator, or an owner-operator; is that correct?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. That is correct.

Q. So in the on-boarding the first day, employee and lease-operators all together; correct?

A. Correct.

Q. Second day, employees and independent contractors have separate classes?

A. Correct.

Q. And then the third day, if they want to be lead drivers, the employees and independent contractors would be back in the same class; correct?

A. Correct.

Q. The first day when you talked about HAZMAT testing and various other things, is that where the agility test would be given?

A. Correct. If there was an agility test, it would be during the road test when they're out exhibiting the skills to drive.

Q. So the first day, employees, independent contractors have to do a road test.

Is that the first day?

A. Correct.

Q. Employees, independent contractors have to pass the medical, the agility test; correct?

MR. SMEDSTAD: Compound.

Go ahead and answer.

A. Correct. Everything required from an FMCSA would be covered that first day for both sets of drivers.

BY MR. TUDDENHAM:

Q. The FMCSA doesn't require an agility test; does it?

A. I'm not sure. They require a road test of skills, hours of service, testing and training, so there's other pieces that are required.

Q. Right. And there are pieces that -- that CRST requires; correct?

A. Yes.

Q. The second day of training where there is employee-specific training and independent contractor-specific training, can you tell me, I guess, first, what is the training that is given to the independent contractors?

A. So the second day of on-boarding for independent contractors would involve operations, spending time with them reviewing kind of the Business 101, how to assess, you know, how to -- how to look at your profit, your revenue generation, the impact of fuel. So much more in the realm of how to be successful running a business, especially for those that may be doing it for the first time, but they cover the highlights. They have -- they'll

all together?

A. Yes.

Q. And was that discussed with the drivers?

A. I'm not aware of it being covered in detail. They were either given access to a paper copy or a link to find it digitally in their driver portal.

Q. And they were told that they should review it at some point?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. Yes.

BY MR. TUDDENHAM:

Q. Same with the Safety and Operations Handbook; you distributed and informed people, the drivers, that they should read it; correct?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. I believe so, yes.

BY MR. TUDDENHAM:

Q. And there's something called a Driver Employee Handbook.

Was that distributed to all drivers?

A. So my under -- I'm not sure what book you were speaking to, "over-the-road," but that was what I was

referring to when you said the "Over-the-Road Handbook." So I don't know of a third.

So yes, the Employee Driver Handbook or the Driver Handbook was handed out, I believe, to all drivers.

Q. And again, with an instruction that you should read this?

MR. SMEDSTAD: Object to the form; asked and answered.

Go ahead and answer.

A. Yes.

BY MR. TUDDENHAM:

Q. I didn't say this again, but any time you want to take a break, Ms. Abernathy, this is not a marathon. So just say if any time you want to take a five-minute break or so; okay?

A. Okay.

(Whereupon, Exhibit 7, CRST Driver Recruiter Training Manual, was marked.)

BY MR. TUDDENHAM:

Q. Do you have Exhibit 7 there? It's a recruiting manual. It has no Bates stamp numbers on it because this was sent to us just last night.

A. I just need to get logged back in. One second.

MR. TUDDENHAM: I certainly will.

BY MR. TUDDENHAM:

Q. Ms. Abernathy, the notes that you have just mentioned, are those notes from conversations with your attorney or notes of conversations with the other Expedited people you mentioned that you talked to?

A. They were involved in all. So they're combined. They're combined. So the notes I took with my attorneys and then any subsequent notes are combined.

Q. Okay. But you could separate them out?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. Yes.

BY MR. TUDDENHAM:

Q. And you said you reviewed some documents.

Did you take any notes on the document you reviewed?

A. No, I reviewed them digitally.

Q. I would ask that you preserve the notes that you made because we're going to send a request to see them.

A. Okay.

Q. Okay. So now turn to Exhibit 7, and look at page 4.

A. Okay.

Q. This is a flow chart on the recruitment process, as I understand it; is that correct?

A. Yes, this is a general flow for a company driver being recruited.

Q. Well, this would be the general flow for an independent contractor being recruited also; wouldn't it?

MR. SMEDSTAD: Object to -- object to the form; mischaracterizes testimony.

Go ahead and answer.

A. Yes. This -- this handbook is targeted around company recruitment, but this process would be very much the same for independent contractors.

BY MR. TUDDENHAM:

Q. Okay. And if you looked at page 5, "Types of Applicants," you have an S/T code for student, an R code for non-contract, and an E code for experienced.

What does "non-contract" refer to?

MR. SMEDSTAD: Beyond the scope of designation.

Go ahead and answer.

A. So non-contract is an inexperienced driver that does not attend CRST's training program, so they

being an independent contractor recruiter would have gotten Exhibit 7 when he started his training; correct?

A. Correct.

Q. Turn to page 6 where it talks about qualifying an applicant.

Is the process for qualifying a lease-operator essentially the same as what is listed here?

A. Yes.

Q. And if you look at page 7, the hiring guidelines at a glance, what does DMS refer to?

A. "Does not meet standards."

Q. Oh, okay. And are the hiring guidelines at a glance on page 7 and 8, would those also be the hiring guidelines, at least among the hiring guidelines for lease-operators?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. Yes, these would apply from a qualification of a -- of an IC, also.

BY MR. TUDDENHAM:

Q. And on page 9 and 10, there is consideration of criminal offenses.

Would those considerations apply equally to employees and independent contractor applicants?

MR. SMEDSTAD: Object to the form.
Go ahead and answer.
A. Yes.
BY MR. TUDDENHAM:
Q. And then if you look at page 12, which are the additional qualifications for lead drivers, are those the additional qualifications for both employee lead drivers and lease-operator lead drivers?
A. Yes.
Q. Can you tell me what -- if you look at the various bullet points, the third one, "Cannot have a CSA score above 80 points."
What is a CSA score?
A. CSA score is a record of inspections or violations a CDL holder would accumulate over their time as a CDL holder. So they -- we would get their PSP report which would show any violations, and then we would score it in a system to, based off of the types of infractions that they have received.
Q. Can you explain to me what the difference between a DOT preventable accident is and preventable non-DOT accidents?
MR. SMEDSTAD: Beyond the scope of designation.

training manual. It's not the hiring qualifications. In practice, they would use the hiring qualifications and guidelines when they're doing this, and this is -- and this is kind of in the training manual of how to understand it. In practice, they would use the true guidelines and then it would be much more clear.

Q. Okay. And if you'll turn to page 25.

Based on what you just said, the hiring guidelines that they would refer to would be the same for employee and lease-operators?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. Yeah, the hiring qualification guidelines are the same with the exception of that experience qualifier we just discussed.

BY MR. TUDDENHAM:

Q. Six-month requirement?

A. Correct.

Q. Look at page 25.

A. Okay.

Q. Goes over to 26.

This is, am I correct, a description of the agility test that all drivers, employee and lease-operators, have to pass?

record at 10:27 a.m.
BY MR. TUDDENHAM:
Q. Ms. Abernathy, can you grab Exhibit 8, which is a fat package of paper.
MR. SMEDSTAD: Are we done with 7?
MR. TUDDENHAM: I think so, for the moment, yeah.
(Whereupon, Exhibit 8, 2/3/2020 – CRST Road Test, was marked.)
A. Okay.
BY MR. TUDDENHAM:
Q. And this is Bates Stamped 23119 through 23287; is that correct?
A. Mine is digital. Hang on. Yes.
Q. This was produced for us by CRST Expedited. They indicated this was the application file for a driver named Anthony Whisenton.
You don't know Mr. Whisenton, I assume?
A. I do not.
Q. He applied to be a lease-operator and was a lease-operator for a period of time.
Can you flip through this and confirm for me that this is a fairly typical application file for someone who wants to become a lease-operator?

J. Abernathy

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

Also beyond the scope of designation.

Go ahead and answer.

A. A lot of pages. I'll scan through them.

BY MR. TUDDENHAM:

Q. Take your time.

A. Yes, this appears to be a file similar to any lease purchase driver that was -- that applied and then went through an on-boarding with CRST.

Q. Take a look at page 23201.

A. Okay.

Q. Which is titled, "Disclosure and Acknowledgment of Prohibition of Harassment in the Workplace."

And if you look, there are five boxes that are checked indicating that he received the Driver Over-the-Road Handbook, the CRST driver employee handbook, a document called, "In This Together and Creating a Positive Work Environment," and he read the CRST International positive work environment policy?

Those are all things that are given to employee and lease-operator applicants?

A. Yes, or access to.

J. Abernathy

Q. Right. And all of them are, at some point in the on-boarding process, asked to sign that they received them and have read the positive work environment policy?

MR. SMEDSTAD: Object to the form; compound.

Go ahead and answer.

A. Yes.

BY MR. TUDDENHAM:

Q. Okay. And if you will flip to 23207, which is an IRS form 8850.

Am I correct this is a document that all applicants, employee, and lease-operators are asked to sign?

A. Yes.

Q. And if you will flip to 23209, this is an acknowledgment of the violation policy. Again, this would be an acknowledgment that all drivers, employee, and lease-operators would be asked to sign at some point in the on-boarding process?

MR. SMEDSTAD: Compound.

Go ahead and answer.

A. Yes.

BY MR. TUDDENHAM:

Q. And then the following page, 23210 where it

J. Abernathy

BY MR. TUDDENHAM:

Q. Okay. If you look at lower right-hand corner of 23250, you see the page Number 1?

A. Yes.

Q. And then the following page, there's two, it goes on 3, 4, 5, 6, all the way up to -- up to 28 on page 23277?

A. Yep.

Q. Can you tell me what that document is, those 28 pages?

A. This is the driver application and the releases signed during the application process.

Q. And is this filled out by employee applicants and lease-operator applicants?

A. Yes.

Q. Same document for both?

A. Yes, the application has requirements by the FMCSA that are the same for both.

Q. Okay. And if you look at page 2 on 23251, there's an, "OVER-THE-ROAD DRIVER JOB DESCRIPTION"?

MR. SMEDSTAD: Object to the form.

A. Yes.

BY MR. TUDDENHAM:

Q. And that job description would apply whether

J. Abernathy

you're applying to be an employee driver or lease-operator?

MR. SMEDSTAD: Beyond the scope of designation.

Go ahead and answer.

A. Yeah, that job description would be in the application regardless of what they're doing.

BY MR. TUDDENHAM:

Q. And then on page 3, which is Bates 23252, just below the middle of the page, there are CRST job position descriptions for company driver, lease purchase, and owner operator.

Do you see that?

A. Yes.

THE REPORTER: I'm sorry, can you repeat your question?

MR. TUDDENHAM: Oh, sorry.

BY MR. TUDDENHAM:

Q. In the middle of page 3, which is Bates 23252, there's a section titled, "CRST Position Descriptions" and there are three positions, company driver, lease purchase, owner operator.

Do you see that?

A. Yes.

J. Abernathy

Q. And then the very next box asked the applicant what he is applying for?

A. Yes.

Q. And in this case, Mr. Whisenton is applying to be a lease purchase driver?

A. Correct.

Q. And CRST has used an application form more or less like this for the whole period 2015 to the present?

A. Yes.

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. Yes.

BY MR. TUDDENHAM:

Q. At what point in the process is this 28-page application filled out?

A. It depends on the applicant and where they apply from. It could be the very first one they fill out, it could be if they called in or filled out a very short form, it might be as they pursue more interest and they've talk to a recruiter. So it's before they arrive, before anyone reports, but it's in that, you know, interest stage. But they could fill this one out from the very, very beginning, or they could fill it out later after filling out a shorter form.

Q. Is it available online?

A. Yes.

Q. And it is this application that the recruiter would review to at least make an initial determination of whether the applicant is qualified for what he is applying for?

A. Yes.

Q. Then with the authorizations that are attached to this document, the recruiter can do the record check that's necessary, and if those records don't turn up anything disqualifying, the driver would then be offered a position?

MR. SMEDSTAD: Compound.

Go ahead and answer.

A. So the recruiter would speak to the applicant and validate also they're a good fit, but assuming nothing was found in the application, their conversation or in any of the reports that returned and they met qualifications, and had interest in the position, the recruiter would proceed, yes.

Q. And I won't make you go through all of these releases for documents, but I didn't see in there anything where CRST does a credit check on the driver.

Is that correct -- you don't do a credit

check.

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. Correct. We do not do a credit check.

BY MR. TUDDENHAM:

Q. And do you inquire of lease-operators whether they have had -- lease-operator applicants, whether they have ever had any experience either as a lease-operator or running a business?

A. So for a CDL holder, we would be required to understand up to 10 years of previous work, and so in that process, we would understand whether that was as an employee driver or as an independent contractor.

Q. Yes. My question was badly worded.

CRST Expedited doesn't -- it's not a qualification to be a lease-operator that you have previously been a lease-operator; is it?

A. No.

Q. And you don't have to have ever run a business of any kind to be a lease-operator?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. No, that is not a qualification.

qualifications to be a lease-operator.

And is there anything other than 5A, B, C, D, E and six months of over-the-road experience that is required?

A. So this is not our requirements, so I'm not -- I can't tell you there's something different. 5 is instructions for the recruiter in the training process of how to generally do this, like go over driving record is not a qualification. There would be an entire hiring qualification, at least in qualification guidelines we use that all of those would need to be checked, and those are the same for employee drivers and independent contractors. The safety record is the same.

Q. Well, then let me ask it this way:

Is there anything that is different in the qualifications for an experienced employee driver and a lease-operator other than the requirement of six months' over-the-road driving for the lease-operator?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. There is no qualification that is different with the exception of the over-the-road.

BY MR. TUDDENHAM:

Q. If you can look back at Exhibit 8, page 23192.

MR. SMEDSTAD: Beyond the scope of designation.

Go ahead and answer.

A. I do not.

BY MR. TUDDENHAM:

Q. And final question on Exhibit 8.

Do you -- the very first page, 23119, is this the scorecard for the road test that all applicants have to take?

A. Yes.

Q. Do you know -- I think you said this was -- do you know if these are Department of Transportation standards, CRST standards, or some combination of the two?

MR. SMEDSTAD: Object to the form; beyond the scope.

Go ahead and answer.

A. I don't know.

(Whereupon, Exhibit 9, CRST Questionnaire, was marked.)

BY MR. TUDDENHAM:

Q. Okay. If you could look at Exhibit 9.

A. Okay.

Q. And this is a much shorter document. This is Bates Stamped 386 through 401.

A. Okay.

Q. Do you see in the lower left corner, it's referred to as, "Hire Packet 1"?

A. Yes.

Q. Are you familiar with Hire Packet 1?

A. Yes.

Q. It's page numbered 1 through 16.

Is that what a typical Hire Packet 1 looks like?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. Yes.

BY MR. TUDDENHAM:

Q. Is that yes?

A. Yes.

Q. At what point in the process is Hire Packet 1 filled out?

A. Hire Packet 1 is typically filled out, I believe, on Day 1 of on-boarding.

Q. All employee, lease-operator, drivers would fill out a Hire Packet 1?

A. Yes.

Q. If you will look at page 392.

A. Okay.

Q. That is a description of CRST's footwear policy.

That is something you want all drivers to acknowledge and comply with?

MR. SMEDSTAD: Compound.

Go ahead and answer.

A. I don't know the execution of the policy, but it is, in this form, one that we want them to acknowledge, yes.

BY MR. TUDDENHAM:

Q. And that would be both employee and lease-operators?

A. Correct.

Q. And then if you will look at Exhibit 10.

(Whereupon, Exhibit 10, CRST – Disclosure and Acknowledgment of Prohibition of Harassment in the Workplace, was marked.)

A. Okay.

BY MR. TUDDENHAM:

Q. This is in the lower left-hand corner says, "Hire Packet 2"?

A. Yes.

Q. And it's paginated 1 through 15?

A. Yes.

Q. Which is Bates 402 to 416.
A. (No audible response.)
Q. Yes? Is it Bates -- the lower right-hand is it CRST 402 to 416?
A. Yes.
Q. Okay. Are you familiar with this Hire Packet 2?
A. Yes.
Q. And is this something that is also given to employee and lease-operators the first day of orientation?
A. Yes, the first day of on-boarding.
Q. On-boarding. At page 3 at Bates 404, am I correct in understanding all drivers, employee, lease-operators have to acknowledge the alcohol policy, the dropped trailer authorization, the emergency response guidebook, the various things listed on this form?
A. Yes.
Q. Turn to next page 4, which is Bates 405. There is a proper backing and use of ground guides policy. And again, this is a policy that all drivers, employee, lease-operator are told about and required to acknowledge?
MR. SMEDSTAD: Object to the form; compound.
Go ahead and answer.

J. Abernathy

A. Yes, they all acknowledge both independent contractors and employee drivers.

BY MR. TUDDENHAM:

Q. And they're all expected to comply with this policy; right?

MR. SMEDSTAD: Beyond the scope of designation.

Go ahead and answer.

A. I don't know how they're upheld.

BY MR. TUDDENHAM:

Q. Well, they're expected to comply; aren't they?

MR. SMEDSTAD: Beyond the scope of designation, asked and answered, foundation.

Go ahead and answer.

A. Again, I don't -- I'm not in operations or safety.

BY MR. TUDDENHAM:

Q. Well, do you know why this policy would be given to employee and lease-operators during the on-boarding process?

MR. SMEDSTAD: Is that a question? Is that the end of your question?

MR. TUDDENHAM: That is a question.

MR. SMEDSTAD: Okay. Beyond the scope

J. Abernathy

department. I can't give you a name right now.

BY MR. TUDDENHAM:

Q. Okay. So would you agree with me that there would be no purpose in having people acknowledge receipt of a policy if there wasn't an expectation that they would comply with the policy?

MR. SMEDSTAD: Object to the form; beyond the scope of designation, speculation.

Go ahead and answer.

A. I agree we would want them to adhere to a policy.

BY MR. TUDDENHAM:

Q. Turn to page 6 on 407.

A. Okay.

Q. This is the violation policy. I think we may have talked about this before, but employees, lease-operators, they all have to acknowledge receipt of that policy; right?

A. Yes.

Q. And we've done that one.

Look at page 415. That's Bates 415. It's page 14 of the document.

A. Yes.

Q. This is an acknowledgment of a receipt of the

BY MR. TUDDENHAM:

Q. Other than Brian, can you think of any other names?

MR. SMEDSTAD: Beyond the scope of designation.

Go ahead and answer.

A. I know Jeff has trained in the past. I'd be speculating on who were trainers and who were managers, so no.

BY MR. TUDDENHAM:

Q. And you don't know Jeff's last name?

A. No.

Q. And is it during the second day of the on-boarding process that lease-operators are presented with the independent contractor operating agreement and the lease?

A. Yes.

Q. And is that sort of the last topic of that day?

A. No, my understanding is that operations goes first, and then the administrator comes in second. So it would be in the morning.

Q. It's operations that explain the operating agreement and the lease?

J. Abernathy

MR. SMEDSTAD: Object to the form; asked and answered, mischaracterize prior testimony.

Go ahead and answer.

A. So the independent contractor administrator who reports into operations reviews that -- those documents.

BY MR. TUDDENHAM:

Q. And who is that?

A. Today is Ashley Baker.

Q. Ashley Baker.

And it would be Ms. Baker who actually explains the terms of the operating agreement to these applicants?

A. Ashley would cover in the high level, but the expectation is the independent contractor would review in detail prior to signing.

Q. Okay. Is there anybody else at Expedited during the on-boarding process that provides an explanation of the operating agreement, high level, low level, whatever level, other than Ashley Baker?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. If there are questions, Ashley will answer them. If she's unable to answer them, then Ben Lizer

typically would also assist if needed.

BY MR. TUDDENHAM:

Q. And is he there during the second day of your on-boarding process?

A. He presents the first portion, and then he could come back in to answer questions if needed.

Q. Okay. About how much time is devoted to Ms. Baker's explanation of the operating agreement?

MR. SMEDSTAD: Beyond the scope of designation, foundation.

Go ahead and answer.

A. I would estimate approximately an hour.

BY MR. TUDDENHAM:

Q. And am I correct in understanding that the actual operating agreement has not been presented to these drivers prior to that day?

A. Correct. They would receive it that morning in their packet, but they would have not gotten before. Today, they get it in PandaDocs, I believe, the night they arrive to Day 2, but it's -- it'd when they are onsite they are delivered those documents.

Q. And when did this PandaDocs come into play?

A. I believe that's an e-signature document. They put that in play this year, 2022.

Q. So prior to 2022, the drivers got the operating agreement, the morning of Day 2 when it's going to be explained to them?

A. Correct.

Q. And is the same true with the lease?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. Yes.

BY MR. TUDDENHAM:

Q. And in that hour you were talking about, is that the explanation of both the operating agreement and the lease?

MR. SMEDSTAD: Beyond the scope of designation.

Go ahead and answer.

A. Yes, my understanding is they review both.

BY MR. TUDDENHAM:

Q. And you said that the operating agreement would be in their packet.

What else is in that packet?

A. They have both the independent contractor operating agreement, the lease. In the past, they had an example of fixed costs or examples of costs for things like truck payments and variable costs, like insurance. I

designation.

Go ahead and answer.

A. I don't know that there's a further explanation of the lease, but they would see the terms specific to their unit, so how many -- what's the, you know, price or the value, what's the loan, you know, number of weeks to pay it off. That would then be specific to the truck for them.

(Whereupon, Exhibit 16, CRST EXPEDITED, INC. INDEPENDENT CONTRACTOR OPERATING AGREEMENT, was marked.)

BY MR. TUDDENHAM:

Q. Take a look at Exhibit 16, which is Bates Stamped 5006 through 5068.

A. Okay.

Q. Now, this appears to be an operating agreement, but it has -- have you seen this document before, by the way?

A. Yes.

Q. Okay. Can you tell me -- it's got handwriting and various things in addition to just being the operating agreement.

Can you tell me what this document is?

A. This document would have been a version, the

independent contractor administrator uses during their review, so it's kind of their sheet to talk through their speaking point as they walk through it.

Q. Do you know if this is the one that Ashley Baker used?

A. This is not.

Q. It would have been somebody before Ashley Baker?

A. Correct.

Q. Do you know who that would have been?

A. I would be speculating. I think it was Deb Kent.

Q. I didn't hear that.

A. I said I would be speculating; but I believe Deb Kent would have used this version.

Q. Deb Kent. And when did Deb Kent do the presentation of the ICOA, approximately?

A. I would estimate her in the 2017 to 2020. I'm not sure of her dates of employment.

Q. Okay. And then Ashley Baker's been doing it since then?

A. No there was a gal in-between. I don't recall her name, and then a gentleman named Nick who covered until Ashley reported a few months ago.

J. Abernathy

Q. How long has Ashley been doing it?
A. Less than two months.
Q. Okay. Are the summaries and handwritten comments in here, are they essentially the way the operating agreement is still presented to drivers?
MR. SMEDSTAD: Object to the form; beyond the scope of designation, foundation.
Go ahead and answer.
A. Generally, I would say yes. I would want to review both, though.
BY MR. TUDDENHAM:
Q. Well, you can take all the time you need to review this if that would help. And you can also, if you want, look at Exhibit 17, which is another document with handwriting on it that appears to be something that was used to explain the operating agreement.
(Whereupon, Exhibit 17, CRST THE TRANSPORTATION SOLUTION, INC INDEPENDENT CONTRACTOR OPERATING AGREEMENT EXPEDITED DIVISION, was marked.)
A. Document 17 is what Ashley uses today.
BY MR. TUDDENHAM:
Q. Oh, okay.
Do you know why in Exhibit 16 on page 3, it's

designation.

Go ahead and answer.

A. I do not know.

BY MR. TUDDENHAM:

Q. Flip back to page 5012 on Exhibit 16.

A. Okay.

Q. Now, these -- this is not part of the operating agreement. These are, I gather, notes of the presenter?

MR. SMEDSTAD: Objection to the form, asked and answered.

Go ahead and answer.

A. Correct. These are their notes for speaking points.

BY MR. TUDDENHAM:

Q. Okay. Do you see the very first one, "Page 2 - Summary," talks about subleasing. "CRST does not generally allow you to sublease your truck. If there is an occasion when you want to speak to someone concerning this possibility, a meeting can be scheduled here in Cedar Rapids with the appropriate person."

Is that what is told to drivers now?

MR. SMEDSTAD: Beyond the scope of

J. Abernathy

designation.

Go ahead and answer.

A. I'm looking at the other document. I don't see any speaking points in today's document about subleasing.

BY MR. TUDDENHAM:

Q. Do you know whether Ms. Baker says anything about it to drivers?

MR. SMEDSTAD: Beyond the scope of designation.

Go ahead and answer.

A. I don't know that she says anything, no.

BY MR. TUDDENHAM:

Q. And do you know what she would say if a driver asked a question about it?

MR. SMEDSTAD: Foundation, beyond the scope of designation.

Go ahead and answer.

A. They, when asked, refer them to set up time to discuss how to sublease. It sounds like an incredibly complicated procedure for a driver, and the carrier, and so Ashley would refer them to, likely, Ben Lizer to discuss how to execute subleasing if they wanted to pursue it.

J. Abernathy

Q. Where -- can you point me to it?

A. On 17, on Document 17. It's towards the bottom. It's not Bates stamped. There is an addendum for alternate uses of equipment.

Q. Okay. Let me try and find that. One second. I'll catch up with you.

A. It's after the ATBS portion. Yes.

MR. SMEDSTAD: Edward, would it help to have her identify the page of the document? I know the document is 70 pages long. Perhaps the blank of 70.

MR. TUDDENHAM: Well, the problem is that this was produced for us without Bates stamp numbers, and in addition, it's not numbered.

BY MR. TUDDENHAM:

Q. But I found the page, so it's the page that says, "ADDENDUM FOR ALTERNATE USES OF VEHICLE" underlined; correct?

A. "ADDENDUM FOR ALTERNATIVE USES OF EQUIPMENT."

Q. Right. And what is it that you are referring to on that page?

A. So there's two items. If you wish to use the equipment for alternative use, the request must be submitted and reviewed. Do you see that the areas highlighted, it says, "Sublease."

And then it does cover, though, about three to four pages later in the "Sublease of Equipment," it says, "We do not generally allow you to sublease, but if you wish to speak to someone concerning this, a meeting can be arranged with the appropriate person." So that would be how Ashley would describe that.

Q. Going back to 16, if you look at Bates 5038.

A. Okay.

Q. Which is the equipment receipt. It just is he at the top, "I'll fill in this information after the truck is assigned"; correct?

A. Correct.

Q. So at the time the lease and operating agreement are explained to the drivers, that information is not there?

MR. SMEDSTAD: Asked and answered.

Go ahead and answer.

A. Their specific equipment receipt is not filled out at that time.

BY MR. TUDDENHAM:

Q. Look at Exhibit 17, the next-to-the-last page.

A. Okay.

Q. Do you know whether Ashley actually explains this addendum to the drivers? Or does she just tell them

J. Abernathy

during the explanation of the ICOA?

MR. SMEDSTAD: Object to the form; beyond the scope of designation.

Go ahead and answer.

A. I don't know.

BY MR. TUDDENHAM:

Q. And the same questions for Ms. Kent; you don't know whether she had ready answers to questions that frequently came up?

MR. SMEDSTAD: Object to the form; beyond the scope of designation.

Go ahead and answer.

A. I don't know.

BY MR. TUDDENHAM:

Q. I'm looking at 17 Appendix A. It's sort of halfway through the document. Yeah, Appendix A.

MR. SMEDSTAD: May I assist in getting you to the page?

A. It's right after the equipment receipt; correct? Does it say, "EXPEDITED DIVISION"?

BY MR. TUDDENHAM:

Q. Yeah, it's right after the equipment receipt.

You got that?

A. I got that.

Q. And then item -- can you confirm for me that under Items 2, 3, 4, and 5 on that page, the word "Initial" appears, and in each of those instances, Option 2 is highlighted?

MR. SMEDSTAD: Object to the form; mischaracterizes the exhibit, beyond the scope of designation.

Go ahead and answer.

A. That is what the form shows, yes.

BY MR. TUDDENHAM:

Q. Do you know why Ms. Baker would highlight Option 2?

MR. SMEDSTAD: Beyond the scope of designation.

Go ahead and answer.

A. So she walks through those options. The ones that are highlighted are the ones that would then require, you know, more steps on our side because it's taking, you know, our ELD or, you know, our permitting, those processes, so that's -- they're highlighted because there's -- you know, they then take action from CRST.

BY MR. TUDDENHAM:

Q. Does she give additional explanation?

MR. SMEDSTAD: Object to the form;

beyond the scope of designation, foundation.

Go ahead and answer.

BY MR. TUDDENHAM:

Q. Let me rephrase the question.

Are they highlighted to remind her to give further explanation to the drivers?

MR. SMEDSTAD: Beyond the scope of designation, foundation.

Go ahead and answer.

Also asked and answered.

A. So they're highlighted as the choices that are the CRST options. I'd have to go back through and see each section to say if there's speaking points about each of those in a different section, but there's -- she reviews this page with them and says that, you know, initial Option 1 or Option 2. Option 2 are the ones provided by CRST if they so choose.

BY MR. TUDDENHAM:

Q. Did she highlight them because they're the options that CRST recommends or prefers?

MR. SMEDSTAD: Object to form; foundation, compound, beyond the scope of designation, speculation.

Go ahead and answer.

J. Abernathy

A. They're highlighted because those are the options that CRST provide also. I can't tell you if it's preferred or not.

BY MR. TUDDENHAM:

Q. And the same question with respect to Exhibit 16, page 5040, for example?

MR. SMEDSTAD: Object to the form; beyond the scope of designation.

Go ahead and answer.

MR. TUDDENHAM: I haven't asked the question yet.

MR. SMEDSTAD: You did. You said, "Same question with respect to 5040."

BY MR. TUDDENHAM:

Q. Ms. Abernathy, do you have 5040 in front of you?

A. Yes.

Q. Am I correct that Option 2 is highlighted in two places on this one?

A. Yes.

Q. And is it highlighted in yellow or red or what?

MR. SMEDSTAD: Object to the form; mischaracterizes the document.

A. It's black and white, but you can see there's a mark on the Option 2 for both of mine.

BY MR. TUDDENHAM:

Q. Okay. And do you know why the presenter who used these notes highlighted those two options?

MR. SMEDSTAD: Beyond the scope of designation.

Go ahead and answer.

A. That person doesn't work for CRST, but in talking with Ashley, the reason she was explained, are these are the CRST option, and that's why they're highlighted.

MR. SMEDSTAD: Edward, whenever you get to a good breaking point. We've been going for about -- almost two hours.

MR. TUDDENHAM: Sure, I'm happy to take a break.

MR. SMEDSTAD: Five minutes?

MR. TUDDENHAM: Sure. Whatever you like.

THE REPORTER: We're off the record at 11:50 a.m.

(Whereupon, a recess was taken from 11:50 a.m. to 12:03 p.m.)

trucks, but I don't know the process at which they flow through or where they go from there.

BY MR. TUDDENHAM:

Q. Do you know if employee trucks tend to be newer trucks than the ones that are available for lease?

MR. SMEDSTAD: Beyond the scope of designation.

Go ahead and answer.

A. Typically, a lease truck is at least three years old -- not always but we would have employees that would be in new trucks down to two, three years old.

BY MR. TUDDENHAM:

Q. And who would know how the pool of trucks for employees and pool of trucks for -- available for lease, how those two pools are determined?

MR. SMEDSTAD: Foundation, beyond the scope of designation.

Go ahead and answer.

A. I would assume Chad Brueck would know.

BY MR. TUDDENHAM:

Q. And his title is what?

MR. SMEDSTAD: Asked and answered.

Go ahead and answer.

A. He's the president of Expedited Solutions.

**The Driver Recruiter**

As a Driver Recruiter for CRST Expedited, it is your job to offer employment to new and experienced drivers and help us meet and exceed CRST Expedited hiring goals. You are an important part of the growth of CRST as we continue to be a profitable company.

Recruiting, training, and hiring a driver is an involved process, one that you are a part of from beginning to end.

As a recruiter, it will be your job to take applications from multiple sources (phones, internet, faxes, walk-ins, etc.) and then work to qualify the applicant to begin our program, either as a student or as an experienced driver.

Qualifying an applicant entails asking questions, running and reviewing reports, and using a little bit of intuition. After all, you are the one that will be putting drivers into CRST trucks. These are the very same trucks that share the road with you, your friends, and your families. You want to put the very best and safest possible driver behind the wheel.

The diagram to the right illustrates the basic process that you will use to qualify these candidates as students and drivers. While there is a lot to each step, the final outcome will either put the candidate in our program or will result in a DMS (Doesn't Meet Standards).

It will be primarily up to you, based on our guidelines, to make that final decision on where the candidate ends up.



## Qualifying an Applicant

1. Clear the lead – make certain we do not already have a file started on the applicant.
2. Check the application for immediate red flags, obvious disqualifiers (refer to hiring guideline sheet)
3. Check hiring area to ensure applicant is in our hiring zone (refer to hiring map)
4. Find out what type of driver the applicant is –contract, non contract, experienced
5. Pre-qualify the applicant:
    a. Ensure applicant is at least 21 years old
    b. Ensure applicant has held a valid driver's license for at least 18 months
    c. Go over driving record
    d. Go over criminal record
    e. Capture the last 3 years of the applicant's employment
6. If applicant meets qualifications run reports if they are ready to start ASAP. If they are not ready right away do not run reports until they are ready, also send the applicant our information packet via email.
7. If applicant's reports come back and they are qualified, make plans to schedule the applicant for school or orientation.
8. If applicant does not qualify, inform them when they call back and if needed send DEV-AAL tool.

## Qualified Applicants Ready to Start

1. Make sure tenstreet file is complete
2. Input applicant into STMS (data entry)
3. Tag applicant in tenstreet
4. Set tenstreet file "Approved/Scheduled"
5. Order bus ticket and book applicant into school or orientation
6. Follow up the Friday before they start to ensure they are good to go

## CRST hiring Guidelines-At A Glance

**License qualification: must hold a license for a minimum of 18 months (time with permit included)**

**Regular Moving Violations**

NO MORE than 3 in 3 years, with *NO MORE than 1 of the 3 items listed in **RED** in a 3 year period*

****Also those in RED must be 3 years old if they held a Class A CDL at the time of the violation**

- Driving without license
- Driving with a suspended license
- Failure to obey signal (red light violation)
- Driving in carpool/HOV lane illegally
- Speeding
- Speeding in school zone
- **-Distracted Driving (cell use/texting)****
  **-15-18 MPH Speeding****
  **-Speeding in a Work/Construction zone**
- **Seat belt ticket (none in the last 6 months and no more than 1 in the last 3 years)**
- **11-14 over speeding (must be 6 months old for CDL holders)**

**DMS for 3 years**

-Improper/erratic lane change
-Following too closely
-No license for type of vehicle
-Railroad crossing violation

-Driving CMV while suspended
-19+ speeding ticket
-Leaving the scene of acc

**DMS for 5 years**

- Careless/Reckless/Negligent driving/Inattentive
- DUI/DWI/OWI/OUI
  -If driver has 1 DUI it MUST be 5 years old
  -If driver has 2 DUI's… First one MUST be at least 15 years old/Second MUST be 5 years
- Violations of regulation 383.51 resulting in 60 Day Suspension (CDL holder)

**DMS FOREVER**

- No DUI or refusal ever if in a CMV
- Has more than 2 DUI's
- Violations of regulation 383.51 resulting in 120 Day Suspension (CDL holder)

**Work History Requirement**

- No more than 3 jobs in the last 12 months and no more than 6 jobs in the last 3 years
  **exceptions on a case by case basis

**Accidents**

- *Safety/Management Approval on ALL *At Fault* accidents in the last 3 years/leaving the scene of an accident*
- Need accident report/insurance claim on all accidents that show on MVR in the last 3 years
- Loss of Control (if stayed on roadway) must be 12 months old
- No rollover, rear end, or ran off roadway accidents in the last 3 years (POV)
  - Rear end and loss of control with proof of under $1500 in damage will be reviewed case by case

- No at fault intersection or lane change accident in the last 2 years
- No jackknife accidents in the last 2 years
- No roll over accidents EVER in a CMV
  - -Roll over accidents in a personal vehicle will be considered *after 3 years with a copy of the accident report*
- *Any preventable DOT recordable (an accident involving injury or requiring tow-away of vehicle) needs approval from the safety department*
- No at fault fatal accidents ever. All non-preventable fatal accidents require an accident report and safety approval
- NO MORE than 2 preventable accidents in the last 3 years

**High Risk Insurance (SR22 or FR44)**

- Will not be considered eligible for hire until this insurance program is complete (case by case)

**Suspensions**

- No single suspension greater than 12 consecutive months in the last 3 years. Would be eligible if suspension was on former license and applicant held valid license in another state during the suspension period.
- Cannot have a total of 15 months of total suspension time in the last 3 years
- For non-CDL holders, applicants cannot have more than 5 suspension periods in the last 3 years
- For CDL holders, applicants cannot have more than 2 actual suspension periods in the last 3 years
- If an applicant has a suspended license from another state, that suspension would have to be resolved before the applicant can attend school or orientation

**Safety will review all applicants for demonstrated patterns of habitual offenses. Habitual offenders will generally be denied employment until they can demonstrate an extended period of safe driving. Contact safety if you have any questions about whether or not an applicant would be disqualified because of this.**

***Remember, when in doubt, ask!***

**CONSIDERATION OF CRIMINAL OFFENSES**

**All criminal offenses will require Management approval.** Multiple offenses of the same crime or different crimes will be reviewed on a case-by-case basis, considering the entire record of the candidate/employee.

# Recruiting Criminal Background Scripting

**Q:** Is my criminal conviction acceptable?

**A:** All applications are reviewed on a case by case basis by management.

**Q:** Why is my application denied?

**A:** Every application is reviewed by management on a case by case basis. At this time management has declined your application due to better qualified candidates.

**Q:** Why are others more qualified? What can I do to be considered?

**A:** I can not disclose why the other applicants are more qualified. I would suggest gaining more driving experience and reapplying at a later date.

## Questions to Consider When Applicant Discloses Criminal Convictions

- Describe, in detail, the nature of the offense for which you were convicted (detail the specific conduct that resulted in the conviction).
- What are the circumstances surrounding the offense? Age at the time of conviction and/or release?
- How long has it been since the offense for which you were convicted occurred?
- How old were you at the time the offense was committed?
- How long were you incarcerated for this offense?
- How long since you were released from incarceration?
- How old were you at the time of your release from incarceration?
- Have you committed any other offenses for which you were convicted?
- Have you undertaken any type of rehabilitation (e.g., drug treatment, behavioral modification/anger management, treatment for alcoholism, therapeutic counseling) since your conviction?
- Detail your work history since your release from incarceration-have you performed any driving work or work for a trucking or transportation company? Get all details.
- What rehabilitation efforts have been put forth since the conviction?
- What does your driving history look like over the past 3 years? (accidents? tickets?)
- Is there anyone that could give you a character or employment reference? Whom and can you get the reference for us?

Asking similar questions in different ways can result in a better understanding and reveal inconsistencies/consistencies in information provided. Further questions may include discussion of specific dates to clarify the timeline of events.

**Script for Verbal Notification Regarding Background Reports** (mandatory to read before running any reports <u>if</u> non-intelli app)

*One of the requirements of our employment process is to advise you that CRST may obtain background reports about you from HireRight, a consumer reporting agency. These background reports may contain employment history, motor vehicle records, and criminal background checks.*

*You have the right to obtain from HireRight within 60 days, a free copy of any of the background reports we obtain. You also have the right to dispute with HireRight, the accuracy or completeness of the information contained in the background reports. To request a free copy of any reports or to dispute the report, you can contact HireRight by phone at 800-381-0645 or by mail at:*

*HireRight*

*PO Box 33181*

*Tulsa, OK 74153*

*Please be aware that HireRight does not make any employment decisions for CRST and will not be able to provide you with any information regarding any decision made by CRST.*

**Script is within Tenstreet**



SAFETY ALWAYS MATTERS SAM CRST

# CRST Road Test

Test Start Time: ______________ Test Completion Time: ______________

Driver Name: Anthony Whisenton DATE: 2/3/2020

Driver ID: ____________ Type Of Test: (O1) O2 O3 PT OPS Request DDC/SAFETY

Fleet Manager: ______________ Recruiter: ______________

Truck # test was conducted on ____________ Transmission Type** : AUTO Manual

**if auto is used driver will only be allowed to driver automated manuals

Length of Test: 2.5 Miles Minimum (*Subject to current CRST standard – See CRST Road Test Guidelines current revision)

| Driving Skills Test | | | |
|---|---|---|---|
| **Pre-Driving Checks** Mirrors / Seat adjusted, Seatbelt fastened, Safe-Start | (Pass) | Fail | * |
| **Left Turns** Traffic check, Mirrors, Signal, Lane, Both hands, Gears, Wide/Short, didn't curb vehicle | (Pass) | Fail | * |
| **Right Turns** Traffic check, Mirrors, Signal, Lane, Both hands, Gears, Wide/Short, didn't curb vehicle | (Pass) | Fail | * |
| **Intersections** Traffic check, Coast, Lane, Stop Line, Gap, Gears, Yield | (Pass) | Fail | * |
| **City Driving** Traffic checks, Vehicle in Lane, Speed, Mirrors, Following distance | (Pass) | Fail | |
| **Expressway Driving** Merge: on / off, Traffic checks, Vehicle in Lane, Speed, Mirrors, Signal, Ramp speed, Spacing | Pass | Fail | N/A |
| **Lane Changes** Traffic check, Signal, Space, Mirrors, Smooth change Left and Right | (Pass) | Fail | * |
| **Drive Down Grade** In Proper Gear, Proper Braking, Steady Speed, Traffic checks | (Pass) | Fail | |
| **Stop / Start on a Grade** Traffic checks, Mirrors, 4 Ways, Not Roll, Not Stall engine | (Pass) | Fail | * N/A if auto |
| **Curve** Traffic checks, Mirrors, Speed: enter / through, Stays in Lane | (Pass) | Fail | |
| **Emergency Pull Off** Traffic check, Signal: on / off, 4 Ways, Parking Brake, Parallel | Pass | Fail | N/A |
| **Signs** Bridge: weight / clearance, Speed Limit, Roadway | (Pass) | Fail | |
| **Used Clutch Properly** Shifting, Double clutched, didn't ride | (Pass) | Fail | * N/A if auto |
| **Used Gears Properly** Over-rev / lug engine, Clash gears, Coast | (Pass) | Fail | * N/A if auto |
| **Used Brakes Properly** Smooth braking, No riding or pumping | (Pass) | Fail | * |
| **Proper Steering** Both hands on wheel, No over / under control | (Pass) | Fail | |
| **General Driving Behavior** Obeyed all traffic signs & signals, and did not violate regulations, or laws | (Pass) | Fail | |
| **Commentary Driving** | (Pass) | Fail | |
| **Use of 3-point Contact System** | (Pass) | Fail | |

**Backing Skills Test:** Mandatory for all Post Training Road Test, and DDCs that involved backing.

| | | | |
|---|---|---|---|
| **Set-Up / Backing Concept** | Pass | Fail | |
| **Straight-line Backing** | Pass | Fail | * |
| **45 / 90 degree Backing** | Pass | Fail | |
| **Mirror usage** | Pass | Fail | |
| **Excessive pull-ups** | Pass | Fail | |
| **Use of G.O.A.L.** | Pass | Fail | |

Evaluator's Name: Jeffrey B. Lefler *(Safety Trainer)* Evaluator's Signature: [signature]

**Road Test Score:** Pass ✓ Fail ___ Driver's Signature (Acknowledgement of Score): [signature]

No road test shall ever be conducted until a Safety Trainer or a Training Supervisor determines the circumstances for the road test. All reasons for a road test must be documented on the road test evaluation form, and all supporting documentation shall be included in the final paperwork submitted to the Safety Department. Copies of student's Orientation Road Tests shall be provided to the student, and the student's respective Lead Driver. Endangerment of CRST equipment, someone's life, or being involved in a preventable accident is always a failure on any road test. Any asterisk item resulting in a fail, constitutes a complete failure on the road test. All non-applicable items should be marked "N/A".

Revision 2018

Exhibit 8

| Company Questions | |
|---|---|
| **By my signature at the end of this application, I confirm that I have read the Consumer Reports Disclosure and Authorization Documents.** | Yes |

## OVER-THE-ROAD DRIVER JOB DESCRIPTION

An over-the-road driver must be able to pick up, transport and deliver product in a safe, professional, courteous and timely manner, driving a semi-tractor in the contiguous 48 states, with up to a 53' trailer.

The driver is the single direct contact responsible for good public relations with the motoring public and with existing and prospective clients and customers. The driver must be able to communicate orally and in writing with others including company representatives, fellow drivers, and customers. The driver must be able to read, write and do basic math to properly complete bills of lading, tripsheets, logs, accident, and cargo claims paperwork. The driver must be able to read and understand maps.

The driver must know and understand Department of Transportation rules and regulations pertaining to over-the-road drivers, equipment, and cargo listed in the Federal Motor Carrier Safety Regulations. The driver must understand and comply with company policies and procedures.

The driver must have a basic mechanical knowledge of a tractor/trailer. The driver must be able to perform DOT equipment inspections, hook/unhook trailers, and enter and exit the tractor and trailer. The driver must be able to shift manual transmission engines, control the steering wheel, operate the brake and accelerator pedals, and be able to back and park a tractor-trailer unit.

The driver must have a long history of honesty; display safe behaviors at all times and have the ability to get along with others. Felony convictions involving safety, drugs or crimes against persons will be subject to review and may, based on the circumstances involved, disqualify you for a driving position with CRST.
The driver must meet DOT standards for physical exam, drug test, and commercial drivers' license as well as company standards.

The driver must be able to drive up to a 10 hour shift and up to 70 hours per week. In the coast-to-coast team operation, the driver must work effectively with their co-driver to perform their job responsibilities while working relatively long hours and performing repetitive work in a tractor. This may require the driver to be away from home 21 days or more at a time, work with variable work/rest cycles due to frequent deadlines and meeting delivery schedules, be exposed to environmental extremes, and encounter day-to-day stressful situations.

Drivers on occasion must load and unload trailers handling weights of up to 75 pounds and be able to mount snow chains on tires. Drivers may be required to use loading/unloading devices such as electric floor jacks and hand dollies.

This job description is intended to accurately state the working conditions and the tasks that must be performed for this job. However, the description is not an exhaustive list and the driver may be required to perform other tasks or other work from time to time as assigned to the driver by his supervisor or management.

CRST

**Acknowledgement of Receipt of Alcohol/Controlled Substance Policy**

By my signature at the bottom of this page, I have received a copy of the CRST Expedited "Policy Concerning the Misuse of Alcohol and Use of Controlled Substances" which includes educational materials explaining the requirements of CFR-49, Part 382 as mandated in Part 382, Subpart F.

**Dropped Trailer Authorization**

By my signature at the bottom of this page, I acknowledge that I have been instructed it is a violation of CRST Expedited company policy to leave CRST owned or leased equipment unattached without receiving prior approval from the Operations Department. I further acknowledge violation of this policy is subject to disciplinary action up to and including termination of employment, lease, or contract as a CRST driver.

**Federal Motor Carrier Regulations Book**

By my signature at the bottom of this page, I hereby acknowledge the requirement to have the Federal Motor Safety Regulations Pocketbook detailing federal safety regulations as prescribed by the U.S. Department of Transportation in Title 49 of the U.S. Code, Chapter 3, Subchapter B, Part 383, 387, 390-399. This manual will be on each tractor in the CRST Expedited fleet. Replacement copies are available at any terminal.

**Hazardous Material Compliance Book**

By my signature at the bottom of this page, I hereby acknowledge the requirement to have the Hazardous Materials Compliance Pocketbook (120-ORS) which details driver responsibilities and duties in the transportation of hazardous materials, as prescribed by the U.S. Department of Transportation in Title 49 CFR 107, 171-180 and 390-397. This manual will be on each tractor in the CRST Expedited Fleet. Replacement copies are available at any terminal.

**Requirement for the Emergency Response Guidebook**

By my signature at the bottom of this page, I hereby acknowledge the requirement to have in the tractor a copy of the Emergency Response Guidebook (14-ORS-14) detailing emergency response procedures prepared by the staff of Transport Canada, the U.S. Department of Transportation and the Secretariat of Communication and Transport of Mexico. This manual will be on each tractor in the CRST Expedited Fleet. Replacement copies are available at any terminal.

**CRST Expedited Qualification Cards**

By my signature at the bottom of this page, I hereby acknowledge and understand the qualification cards issued to me to drive CRST Expedited owned or leased equipment are the property of CRST Expedited. These cards include, but are not limited to, the medical/road test card, the driver's certification ID card and the hazardous material training card. I understand failure to turn any one of these cards into CRST Expedited may result in a delay of final settlement.

**Certification of Driver Processing**

By my signature at the bottom of this page, I hereby acknowledge and certify I have undergone the training and orientation course given to all drivers operating equipment owned or issued to CRST Expedited.

Anthony [illegible] ______________________ [illegible] ______________

Print Name — Hire Date

[signature] ______________________

Driver's Signature

CRST

## Violation Policy Acknowledgement

I (Print Name) ______________________________ have received information in regard to the CRST Expedited Company Policy pertaining to violations that include, but are not limited to making U-turns, right turn on red, speeding; parking on the shoulder of a public road, rear-end accident, and loss of control of vehicle. CRST drivers must understand that if involved in any of the violations listed below the driver is subject to Termination or a Safety Review/DDC.

- All driving for CRST must comply with Federal, State, and Local regulations/laws.
- Any Compliance, Safety, and Accountability (CSA) BASIC category violation may result in termination.
- Operation of a CMV, which results in a citation, warning, or CSA violation, may result in termination.
- Any operation of a CMV in a dangerous or careless manner which results in a CSA Unsafe Driving Violation Severity Weight of 7 or more, including speeding in excess of 10 mph, speeding in construction zones, failing to use seat belt, failure to observe a traffic control device, reckless driving, texting, or cell phone use (See CRST Cell Phone Policy), will result in termination.
- Operating a CMV while ill or fatigued, or driving after being declared Out-of-Service under the Hours of Service regulations, will result in termination.
- Operating or having access to a CMV while in possession of alcohol or illegal drugs, or impaired due to alcohol, illegal drugs, or misuse of prescription or over-the-counter medication will result in termination. (See CRST Alcohol/Controlled Substance Policy).
- Operating a CMV declared and marked "Out-of-Service Vehicle" without all completed repairs required by the "Out of Service Notice" will result in termination.
- Any serious accident, including loss of control, rear-end, lane change, intersection, or run-under will result in termination. This also applies to U-turns on a public roadway without a collision involved.
- Any roadside inspection with violations may result in termination based on severity and time weight of an individual's Driver Safety Measurement System (DSMS) total.

*Speeding is determined by report of moving violations (citation or warning), driver's Record of Duty Status, and/or from Engine Control Module (ECM) reports. The ECM is accessed during each maintenance service. The ECM printed report shows high speed, high RPM, time and date.

I understand and will adhere to the CRST Expedited Violation Policy

______________________________
Print Name

______________________________
Driver's Signature

______________________________
Hire Date

**Page 1** - Summary

Contractor's Equipment and Service

This explains that you are the lessee of the truck and will provide CRST use of the equipment and professional truck driving services. You must maintain the equipment so that is safe an din efficient operating condition.

To meet CRST's customer's needs as a team carrier, you have entered into a lead driver program addendum or you are signing on as a team.

This page also states that CRST does not guarantee any specific number of loads or revenue to you and you are free to accept or reject any specific shipment offered. You are not prohibited from seeking broker freight but your Fleet Manager must be notified before a broker load is authorized. An authorized broker list will be provided for you in your folder with your final paperwork.

Page 2 – Summary

Talks about subleasing. CRST does not generally allow you to sublease your truck. If there is an occasion when you want to speak to someone concerning this possibility, a meeting can be scheduled here in Cedar Rapids with the appropriate person.

Page 3 – Skip

More information on subleasing

Page 8 – Summary

You are free to select any route you wish to take as long as it meets timely and safe delivery of the load. Notification must be made to CRST when a shipment is picked up, delivery has been made and if there is going to be a delayed pickup or delivery.

Page 9 – Summary

Obtaining and properly displaying the license plate and ensuring that all permits and licensed necessary to operate lawfully will be expected of you. CRST will provide all of these for you and you will be charged the $75 a week fee for 6 months of every year. I will have your permit book to for you to take with you when you get your final paperwork from me.

Skip to Page 12

Contractor's Equipment and Service

This explains that you are the lessee of the truck and will provide CRST use of the equipment and professional truck driving services. You must maintain the equipment so that it is safe and in efficient operating condition.

To meet CRST's needs as a team carrier, you agree to operate the equipment and services are performed as a two-driver team unless permission is given otherwise.

This page also states that CRST does not guarantee any specific number of loads or revenue to you and you are free to accept or reject any specific shipment offered. You are not prohibited from seeking broker freight but your fleet manager must be notified before a broker load is authorized. An approved broker list will be provided for you in your blue folder with your final paperwork. If there is freight in the area of ours needing to be moved and not enough trucks to cover them won't you broker a load

Settlement Period and Documentation

Compensation for picking up and delivering shipments will be paid out to you according to your submission of properly completed logs and paperwork. Paperwork sent in via Maven by 23:59 Saturday will pay the following Friday. So any loads delivered Sun-Sat will pay the following Friday if paperwork is transflowed in by Sunday midnight.

Must have a signed BOL (If not than you will not get paid)

## APPENDIX A

## CONTRACTOR ELECTION FORM

1. **EQUIPMENT.** The commercial motor vehicle equipment ("Equipment") governed by this Agreement consists of:

| Equipment Type (*Specify* Tractor or Trailer) | Year | Make | Model | Serial (VIN) # | Carrier Unit # |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2. **BASE PLATES AND PERMITS**

2(A). **Base Plates**. If Contractor so elects (by initialing OPTION 1, "Carrier shall obtain base plate...," below), Carrier shall initially pay the amount owed to the issuing jurisdiction for the base plate(s) and deduct or otherwise recover pursuant to Section 6(A) of this Agreement that expense, plus an administrative fee to Carrier. If this Agreement is terminated prior to Contractor's complete reimbursement of Carrier's expense, Carrier is hereby authorized to deduct or otherwise recover pursuant to Section 6(A) of this Agreement any remaining amount. If Contractor removes and returns the base plate(s) to Carrier upon the termination of this Agreement and if Carrier then receives a refund or credit for the base plate(s) or resells the plate(s) to another contractor, Carrier shall refund to Contractor a prorated share of the amount received by Carrier, less any transfer or replacement fees owed to the plating jurisdictions.

CONTRACTOR SHOULD INITIAL <u>ONE</u> OF THESE TWO OPTIONS:

initial

_____ <u>OPTION 1:</u> **Carrier shall obtain Indiana (if Contractor has title to the vehicle) or Iowa International Registration Plan base plate for Contractor's tractor and charge the cost back to Contractor. The annual cost shall consist of the amount Carrier paid the issuing State for the plate (estimated initially and then adjusted up or down to match the actual amount billed to Carrier by the State), plus a ten percent (10%) administrative fee to Carrier.**

_____ <u>OPTION 2:</u> **Contractor shall obtain own base plate for tractor.**

2(B). **Permits**. Certain governmental permits and licenses, which are the financial responsibility of Contractor under Sections 5(F) and (G) of this Agreement, must be maintained to authorize Contractor to provide services to Carrier legally.

2(B)(1). <u>Unified Carrier Registration Fee</u>. In 2005, Congress enacted the Unified Carrier Registration ("UCR") fee as a replacement for numerous states' Single-State Registration System ("SSRS") fees, effective with the 2007 calendar year. The UCR fee is assessed against a motor carrier based on the number of trucks in the carrier's fleet. Carrier shall deduct once a year, or otherwise recover pursuant to Section 6(A) of this Agreement, a pro rata share of this fee whatever fee is set under the law for the year divided by the number of trucks in Carrier's fleet, with no administrative fee paid to Carrier).

2(B)(2). <u>IFTA Permit and Fuel Tax Reporting</u>. Under the International Fuel Tax Agreement ("IFTA"), an annual fuel tax permit must be obtained, and quarterly fuel taxes must be reported and paid to the IFTA base state, for the Equipment's operations nationwide. Contractor may, by initialing the line to the left of OPTION 1 below, elect to obtain the IFTA permit and perform (or have a third-party vendor perform) all fuel tax reporting with respect to the Equipment, in accordance with Section 5(F)(2)(a) of this Agreement. Alternatively, Contractor may, by initialing the line to the left of OPTION 2 below, elect to have Carrier obtain the IFTA permit and perform all fuel tax reporting with respect to the Equipment, in accordance with Section 5(F)(2)(b) of this Agreement.

CONTRACTOR SHOULD INITIAL ONE OF THESE TWO OPTIONS:

_____ **OPTION 1: Contractor shall obtain the IFTA permit, and perform all fuel tax reporting services, with respect to the Equipment at Contractor's expense.**

Initial _____ **~~OPTION 2~~: Carrier shall obtain the IFTA permit, and perform all fuel tax reporting services, with re-~~spect to~~ the Equipment, and shall deduct or otherwise recover pursuant to Section 6(A) of this Agreement the permit fee (with no admin. fee to Carrier), and any additional fuel tax that Contractor may owe.**

2(B)(3). Other Required Permits. To make Contractor eligible to handle shipments in States served or transited by Carrier, Carrier shall obtain all permits required by law with respect to the Equipment and deduct or otherwise recover pursuant to Section 6(A) of this Agreement the cost (with no Carrier administrative fee).

2(B)(4). Return of Permits. All permits and licenses issued in Carrier's name shall be returned to Carrier upon termination of this Agreement. No refund shall be made to Contractor by Carrier of the permit costs upon termination of this Agreement, even if returned permits are reused by Carrier. Contractor shall be liable to Carrier for all expenses incurred by Carrier due to Contractor's failure to return all such permits.

2(C). Settlement Deductions. Carrier shall deduct or otherwise recover pursuant to Section 6(A) of this Agreement seventy-five dollars ($75.00) per week until the total cost of base plate(s), permits, and/or fuel tax reporting (not including any additional fuel tax that Contractor may owe) under this Appendix are fully paid. The deductions shall begin immediately for current Contractors and the third full week after a Contractor first enters into this Agreement for new Contractors.

2(D). Itemization Available. Contractor may, upon request, obtain an itemization of the base plate and/or permit fees Carrier has advanced for Contractor pursuant to this Appendix, the portion of the total already paid by Contractor and the portion remaining.

3. COMMUNICATIONS SYSTEM/EOBR. In accordance with Section 4(C)(3) of this Agreement *(CONTRACTOR SHOULD INITIAL ONE OF THESE TWO OPTIONS):*

***CONTRACTOR SHOULD INITIAL ONE OF THESE TWO OPTIONS:***

_____ OPTION 1: Contractor shall furnish and install Contractor's own compatible Communications System/EOBR the Equipment.

Initial _____ OPTION 2: Carrier shall arrange, at its expense, to have a Communications System/EOBR installed in the Equipment and shall deduct or otherwise recover pursuant to Section 6(A) of this Agreement the weekly rent set forth in Section 4 of this Appendix. ***IF CONTRACTOR INITIALS THIS OPTION, CONTRACTOR SHALL ALSO SIGN THE ATTACHED OMNITRACS, LLC, SYSTEM RECEIPT.***

Under either **OPTION 1** or **OPTION 2**, Carrier shall deduct or otherwise recover pursuant to Section 6(A) of this Agreement a network usage charge of the amount per week shown in Section 4 of this Appendix (such amount being based on the average per-truck messaging usage charges to Carrier by Omnitracs, LLC, with no mark-up or administrative charge to Carrier).

4. **DEDUCTIONS TABLE**. Pursuant to Section 6(A) of this Agreement, Contractor hereby authorizes Carrier to charge back or deduct – from Contractor's gross compensation under Section 2 of this Agreement, from Contractor's Escrow Fund, or from other amounts Carrier owes to Contractor at the time of settlement with Contractor – amounts that, under this Agreement or any addendum, Contractor owes to Carrier, as set forth in the Deductions Table immediately below:

| CODE | CHARGE-BACK OR OTHER DEDUCTION ITEM | AMOUNT OF DEDUCTION OR METHOD OF COMPUTATION |
|---|---|---|
| AQ | **Accounting services** if Contractor elects to obtain them from American Truck Business Services by signing the American Truck Business Services Addendum. | *See* the American Truck Business Services Addendum. |
| AD, WC | **Advance Card** -- Advances in compensation not yet earned loaded by Carrier, at Contractor request, on Carrier's advance card ("CRST Advance Card"). | 1. Amount Carrier loaded on Contractor's CRST Advance Card at Contractor's request, plus a $4 per-Card-load fee (comprising both the amount charged by the CRST Advance Card issuer and an admin. fee to Carrier).<br><br>2. For each Carrier cash-load onto the Advance Card, the |



Skip to page A-8

| CODE | CHARGE-BACK OR OTHER DEDUCTION ITEM | AMOUNT OF DEDUCTION OR METHOD OF COMPUTATION |
|---|---|---|
| | | third-party issuer of the Card will debit the Card a transaction fee for each direct-deposit or registration of a preauthorized check drawn from the Card after the first two debits. Also, each time Contractor uses the Advance Card to obtain cash from an automated teller machine, to make a purchase (at any truck stop or other vendor honoring such cards), or to make certain other transactions, the third-party issuer of the Card will deduct a per-transaction fee. None of the revenue from the Card-issuer's fees shall be shared with Carrier. All Advance Card transactions are governed by Card-issuer rules, which, together with Card-issuer transaction fee information, shall be available to Contractor by contacting the Card issuer's Internet web address listed on the Card or the Card issuer's Customer Service telephone line, 1-800-226-3870.<br><br>3. For use of the *credit*-card feature of the CRST Advance Card for fuel purchases, *see* "Fuel Purchases" row below. |
| SA, AD | **Advance check** | If Contractor elects, with Carrier's prior written consent, to use a Carrier advance check to pay any of Contractor's expenses under this Agreement, Carrier shall charge back the amount advanced, plus a $4 per-transaction fee (comprising both the fee charged by issuer of Carrier's advance checks and an admin. fee owed to Carrier). |
| — | **Alternative Uses of Equipment Fee** to help defray Carrier's administrative, regulatory, state tax, and possible insurance costs in connection with each Alternative-Use-of-Equipment trip. | For Exempt Motor Carriage, a $250-per-trip Alternative Use Fee. For all other Alternative Uses of Equipment, a $150-per-trip Alternative-Use-Fee |
| — | **Cash-on-Delivery freight revenue** from shippers, sublease carriers, or others that was not collected, or was collected but not remitted, by Contractor to Carrier when such actions were required by this Agreement. | Amount of freight revenue not collected, or collected but not remitted, to Carrier in violation of this Agreement. |
| KZ | **Co-Driver Schooling Charges** if Contractor elects, by executing the Co-Driver Schooling Deductions Addendum, to have Carrier provide driver training, and qualify, a relative or friend as a co-driver with Contractor. | *See* the Co-Driver Schooling Addendum. |
| LM, TO, ER, MR | **Collection costs** | Amount Carrier pays a collection agency to collect past-due amounts under § 19 of Agreement. |
| — | **Communications equipment - Charges** for loss of or damage to the Communications System/EOBR under § 4(C)(3) of this Agreement, if Contractor elects, by so indicating in **Appendix A (Contractor Election Form)**, § 3, to have Carrier install such equipment in Contractor's tractor Equipment at Contractor's expense. | Amount paid to third-party vendor or otherwise incurred by Carrier. |
| | **Communications System/EOBR rental charges**, if Contractor elected to have Carrier install a Communications System/EOBR in the Equipment pursuant to § 4(C)(3) of Agreement and § 3 of **Appendix A (Contractor Election Form)**. | $7.63 per week |
| S6 | **Communications Systems/EOBR network charge** for unlimited messaging using communications equipment pursuant to § 4(C)(3) of Agreement. | $9 per week |
| AC, CC | **Damages, losses,** fines, penalties, court costs, | To extent the Damages are subject to the indemnity limits |

| CODE | CHARGE-BACK OR OTHER DEDUCTION ITEM | AMOUNT OF DEDUCTION OR METHOD OF COMPUTATION |
|---|---|---|
| | attorneys' fees, and other expenses (together "Damages") Carrier incurs in connection with Contractor's obligations under this Agreement or breach thereof **arising out of Contractor's negligence, gross negligence, willful misconduct, or other culpable acts or omissions** under this Agreement, pursuant to § 7 of Agreement, subject to indemnity limits set forth in §§7(B)(1)-(2) of Agreement. | set forth in §§ 7(B)(1)-(2) of Agreement, Carrier shall deduct or otherwise recover pursuant to § 6(A) of Agreement up to $100 per week, until fully paid, for the up-to-$1,000 in Damages owed by Contractor for each accident claim (AC, A1, A2, A3, A4); and up $100 per week, until fully paid, for the up-to-$1,500 in Damages owed by Contractor for each non-accident claim (CC, C2, C3, C4). If the Damages are governed instead by § 7(B)(3) of Agreement, the full amount of the Damages may be deducted immediately or on whatever schedule Carrier sets. |
| AR | **Deficit payment:** Amounts deducted to retire debt to Carrier from previous settlement(s), plus interest | Amount Contractor owes Carrier, plus interest at a rate of 1.5% per month (18% per annum), unless applicable state law requires a lower rate. |
| EF | **Detention, accessorial, and other customer-charge revenue** not collected by Carrier from its customer because of Contractor's failure to transmit to Carrier the necessary documentation supplied by the shipper or consignee | Amount Carrier was unable to collect from customer as a result of Contractor's failure to transmit to Carrier the necessary documentation supplied by the customer, provided that no charge-back shall be made to Contractor if he/she contacted Carrier's dispatch regarding issue prior to departure from customer (consignor or consignee) location. |
| | **Driver Recruiting** charges pursuant to Driver Recruiting Addendum if Contractor elects to employ or contract to obtain the driving services of a Carrier employee-driver | *See* Driver Recruiting Addendum. |
| EY, JF | **Earnings Correction** - Credit to, or deduction from, Contractor's settlement compensation to reflect difference between the amount originally billed to the shipper and the amount ultimately collected from the shipper after correction of any errors on the bill | Amount credited or deducted shall be determined by applying Contractor's compensation rate(s) from **Appendix B (Contractor Compensation)** to the difference between the amount originally billed to the shipper and the amount ultimately collected from the shipper after correction of any errors on the bill |
| NZ, | **Equipment lease payments** if Contractor elects, by executing the Equipment Lease Charges Addendum and the Equipment Lease appended to it, to lease the Equipment from CRST Lincoln Sales, Inc. or One-Call Transportation, Inc. | *See* Equipment Lease and Equipment Lease Charges Addendum. |
| — | **Escort fee** pursuant to § 4(D)(4) of this Agreement if Contractor's driver lacks a TWIC and therefore needs a suitably-credentialed escort in order to make a pickup or delivery at a port | Amount Carrier paid to escort. |
| FE | **Express mail** or other package delivery services if Contractor charges them to Carrier's account with the delivery service vendor | Amount Carrier paid to U.S. Postal Service or other package delivery service vendor. |
| FD | **Fines, penalties,** including traffic tickets and related court costs, attorneys' fees, and other legal expenses that § 5(F)(3) of Agreement makes Contractor responsible for | Amount Carrier paid or otherwise incurred. |
| TX | **Fuel and mileage taxes** | In connection with quarterly computation and submission of fuel and mileage tax reports and payments to the various taxing jurisdictions, any net fuel or mileage tax owed at that time with respect to Contractor's operations in all taxing jurisdictions combined shall be deducted at $100 per week until fully paid,. Carrier shall credit Contractor at next settlement with any net fuel or mileage tax credits or refunds due Contractor with respect to Contractor's operations in all taxing jurisdictions combined. *See also* of **Appendix A (Contractor Election Form),** § 2(B) regarding possible charge-backs for IFTA Fuel Tax Permit. |
| FU | **Fuel purchases** | 1. When Contractor elects to purchase fuel from third-party vendors using the credit-card feature of the CRST |

| CODE | CHARGE-BACK OR OTHER DEDUCTION ITEM | AMOUNT OF DEDUCTION OR METHOD OF COMPUTATION |
|---|---|---|
| | | Advance Card, Carrier shall deduct – and show on Contractor's settlement statement – or otherwise recover pursuant to § 6(A) of Agreement an amount no greater than the price posted at the fuel vendor's pump (plus the Card-issuer's transaction fee in certain instances – *see* Item 3 below). The amount deducted or otherwise recovered, if less than the cash (pump) price, is the result of a cents-off-retail discount to Contractor that Carrier has negotiated with the fuel vendor. Discount amounts available to Contractor are as indicated in Supplement 1 ("CRST Fuel Purchasing Program") to this Appendix. Carrier shall deduct or otherwise recover pursuant to § 6(A) of Agreement the cents-off-retail discount price (that is, the price posted at the fuel vendor's pump, less the cents-per-gallon discount negotiated by Carrier, at time of Contractor's purchase). In the event of any changes in Supplement 1, Carrier shall provide Contractor with an updated version before the changes take effect.<br><br>2. If Carrier receives any discount on Contractor's fuel purchases or if the fuel purchases of all Carrier's contractors combined reach certain volumes resulting in Carrier's receiving rebates from some fuel vendors, Carrier shall retain all such discounts and rebates and NOT share them with Contractor or other contractors.<br><br>3. If Contractor elects to purchase fuel, using the CRST Advance Card, at a truck stop that is not listed in Supplement 1 to this Appendix and thus does <u>not</u> offer Carrier's contractors a cents-off-retail discount, Contractor will be charged back whatever transaction fee the Advance Card issuer charges to Carrier.<br><br>4. Contractor is under no obligation to use the CRST Advance Card for fuel or other purchases, and may instead use cash, checks, or other credit or charge cards. |
| ZA, ZB, ZC, ZD, ZE, ZF (etc.), GA | **Garnishment orders** (including but not limited to child-support orders) by courts and tax liens against Contractor or Carrier compensation | $100 per week or the amount Carrier paid in compliance with any lawfully issued order or lien, a copy of which Carrier shall supply to Contractor at or before the first deduction relating to it, plus an admin. fee to Carrier (the amount to be determined by the law of the jurisdiction issuing the order or lien, or, if such state does not address admin. fees, the law of the State of Iowa). After termination of, but not during, this Agreement, Carrier shall deduct from Contractor's Escrow Fund (after all deductions authorized by this Deductions Table) the portion of any garnishment or lien amount due that exceeds the balance in Contractor's Settlement Compensation. |
| BD | **General Escrow Fund** (former Performance Bond) contributions by Contractor | *See* **Appendix A (Contractor Election Form)**, § 8(A) |
| MZ | **Inspection of Equipment** to the extent the financial responsibility is Contractor's under Agreement, § 4(A) | Amount Carrier paid outside vendor. If Contractor elects to obtain inspections from Carrier's maintenance facility, the amount Carrier incurred for parts and labor resulting in a price competitive with other maintenance vendors in the relevant market |
| BT, 7S, DP, PJ, | **Insurance coverages** Contractor elects, via the CERTIFICATE OF INSURANCE in § 6(A) of Ap- | *See* **Appendix A (Contractor Election Form)**, § 5<br>The costs stated in **Appendix A (Contractor Election** |

| CODE | CHARGE-BACK OR OTHER DEDUCTION ITEM | AMOUNT OF DEDUCTION OR METHOD OF COMPUTATION |
|---|---|---|
| PP, IB, GP | **pendix A (Contractor Election Form)** and/or by executing a CRST International "Passenger Accident Program Enrollment Form," to have Carrier facilitate or that Carrier maintains at its expense because Contractor failed to provide proper evidence of the purchase or maintenance of the required coverages under § 10(E) of Agreement | **Form)**, § 5, are amounts the insurer(s) charged for the required and optional coverages Contractor selected (and for those required coverages with respect to which Contractor failed to provide Carrier proper evidence of Contractor's purchase and maintenance of them), including, where indicated, profit to Carrier's affiliated insurance company and/or an admin. fee to Carrier. The costs are subject to possible increases (*see* § 10(F) of Agreement). |
| LI, LE | **Licensing (base plate fees)**, if Contractor elected, by so indicating in § 2 of **Appendix A (Contractor Election Form)** or an Addendum, to have Carrier pay the fees in advance | *See* **Appendix A (Contractor Election Form)**, § 2(A), or an Addendum, regarding partial refunds of base plate fees Carrier shall provide Contractor under certain circumstances. |
| LI, LE | **Licensing (permit fees)** under § 7(B) Agreement and § 2 of **Appendix A (Contractor Election Form)** or an Addendum, but not including overdimensional permit fees | *See* **Appendix A (Contractor Election Form)**, § 2(B) or an addendum. |
| IL | **Loan payments** if Contractor elects, by so indicating on Loan Addendum, to borrow an amount of $1,000 or more from Carrier to cover cost of maintenance, repairs, or other expenses | Weekly payments of at least $250/week based on principal and interest agreed to by Contractor and Carrier, as reflected in Loan Addendum. |
| DU | **Logo Store clothing and other items** that Contractor elects to purchase at Carrier's store | Amount Carrier incurred, plus markups resulting in prices (which shall be provided to Contractor upon request at the time he/she purchases or places order for items) competitive with other vendors in the relevant market(s). |
| R8 | **Maintenance and Other Reserve Fund** contributions by Contractor | *See* **Appendix A (Contractor Election Form)**, § 8(B). |
| RJ, RH, P9, M2, ML, RG, RG, RI, RJ, RK, RL | **Maintenance, repairs, parts, and replacement tires** that Contractor elects, and Carrier each time agrees, to have Carrier advance funds for the purchase from third-party maintenance providers and charge Contractor back for it | Amount Carrier paid maintenance provider. If Contractor elects to obtain products or services from Carrier's third-party maintenance provider, the amount Carrier incurred for parts and labor, plus an administrative fee of $5 per hour, resulting in a price competitive with other maintenance vendors in the relevant market. If Contractor elects to pay the outside vendor directly using a Carrier Advance Check or Card, *see* "Advance Check" or "Advance Card" rows above. |
| MC | **Motel/hotel guestroom and other charges** if Contractor elects to have Carrier advance such charges | Amount Carrier paid outside vendor or, if Contractor elects to stay in Carrier's hotel, the amount Carrier incurred, plus a markup resulting in a price (which shall be provided to Contractor upon request at the time he/she checks into the hotel) competitive with other hotel/motel vendors in the relevant market |
| MC | **Operating expenses not otherwise listed** in this table for which Contractor is responsible under this Agreement and regarding which Carrier receives a purchase order or invoice is otherwise requested by Contractor to make an expenditure in the first instance. | Amount Carrier paid or otherwise incurred. For use of Advance Card to pay for maintenance, repairs, or tires, *see* "Advances Card" row above. |
| MC | **Parking charges** Carrier paid outside vendor for parking | Amount Carrier paid outside vendor. |
| RQ | **Personal Insurance Program**, including medical, dental, vision, critical illness, disability, and permanent life coverages. | *See* the Personal Insurance Program Addendum. |
| PY | **Physical examinations** for Contractor's drivers | Amount Carrier paid outside vendor. See also "Co-Driver Schooling Addendum, if applicable. |
| IL | **Previous deficit payment plan**: Payments by Contractor to retire debt owed to Carrier from operations under a previous independent contractor operating agreement pursuant to a Loan Addendum. | *See* Loan Addendum. |

| CODE | CHARGE-BACK OR OTHER DEDUCTION ITEM | AMOUNT OF DEDUCTION OR METHOD OF COMPUTATION |
|---|---|---|
| FI | **Routing and/or Fuel Optimization Services** if Contractor elects, by initialing **OPTIONS 2 or 3** in **Appendix A (Contractor Election Form)**, § 7, to purchase such services from or through Carrier | *See* **Appendix A (Contractor Election Form)**, § 7 |
| FC | **Sublease payments** to Carrier if Contractor elects to use the Equipment to handle trip-leased loads pursuant to § 1(E)(2)(b) of Agreement | *See* § 1(E)(2)(b) of Agreement. |
| MC | **Travel cost** (bus, air, taxi, or other passenger fares) if Contractor needs to travel due to an accident or for other Carrier-approved trips. | Amount Carrier paid outside vendor. |
| MC | **Termination-related expenses** pursuant to § 14 of Agreement, including without limitation reasonable attorneys' fees, involved in seeking the return of, replacing, or having to forego refunds, credits, or sale proceeds relating to Carrier's base plates, permits, identification, and other property, including trailers, paperwork, satellite communications equipment, and freight | Amount Carrier paid or otherwise incurred. |
| RJ, RH, P9, M2, ML, RG, RG, RI, RJ, RK, RL | **Tire purchases** if Contractor elects to purchase tires at discount from retail prices through Carrier's National Account Programs | Amount Carrier paid to outside vendor plus a $10 per tire admin. fee to Carrier |
| T0 | **Tolls** for highways, bridges, tunnels, ferries, and other facilities | Amount Carrier paid to the toll authorities, plus any related fines, penalties, and fees |
| —— | **Trip-completion additional expense and/or damages**, pursuant to § 12 of Agreement | Amount Carrier paid or otherwise incurred beyond the amount of Contractor's forgone compensation pursuant to § 12 of Agreement |
| T8 | **TRANSFLO Express® charges** if Contractor elects to use Carrier's account with TRANSFLO Express® to send correspondence to Carrier's offices or those of its affiliates on an expedited basis | $15 per month for unlimited dispatches, comprising both the amount Carrier paid to TRANSFLO Express® and an admin. fee to Carrier. |
| MZ | **Truck washes** if Contractor uses Carrier's account | Amount Carrier paid outside vendor. |
| TU | **Usage charge for Carrier's Trailer(s)**, pursuant to § 5(H) of Agreement | $25 per week |

5. <u>**CERTIFICATE OF INSURANCE**</u>. Contractor hereby requests Carrier, through Carrier's insurer, to facilitate on Contractor's behalf (if they are available) the insurance coverages Contractor has selected by placing Contractor's initials in the right-hand column below:

| TYPE OF COVERAGE | | INITIAL "YES" TO REQUEST COVERAGE |
|---|---|---|
| 1. **Non-Trucking (Bobtail) Liability Insurance:** | | |
| Name of Insurer: | Great Plains Casualty, Inc. | ____ YES Initial<br>____ NO |
| Policy No: | GPNTIA030 and GPENTIA031 | |
| Effective Date(s): | From the effective date (below) of this Certificate of Insurance through the next succeeding June 1, and each subsequent annual renewal period, subject to Contractor's payment of insurance cost and other policy terms and conditions | |
| Amount of Coverage: | $500,000 combined single limit | |
| Cost to Contractor: | **$30 per Unit of Equipment per month**<br>*Includes profit to Carrier's affiliated insurance company* | |
| Deductible: | $0 per occurrence | |
| If Contractor domiciled in Michigan: | | |
| Name of Insurer: | Hudson Insurance Co. | |
| Policy No: | TIS40101-127674 | |
| Effective Date(s): | From the effective date (below) of this Certificate of Insurance through the next succeeding October 1, and each subsequent annual renewal period, subject to Contractor's payment of insurance cost and other policy terms and conditions | |
| Amount of Coverage: | $500,000 combined single limit | |
| Cost to Contractor: | **$44.17 per Unit of Equipment per month**<br>*Includes profit to Carrier's affiliated insurance company* | |
| Deductible: | $0 per occurrence | |
| 2. Workers' Compensation Insurance *(CONTRACTOR SHOULD INITIAL "YES" IN THE COLUMN TO THE RIGHT OF ONLY ONE OF THE FOLLOWING TWO OPTIONS -- A OR B):* | | |
| A. **By initialing "YES" in the column to the right, CONTRACTOR ELECTS TO PURCHASE WORKERS' COMPENSATION COVERAGE FOR HIMSELF/HERSELF AND CONTRACTOR'S DRIVERS OR OTHER EMPLOYEES (IF ANY) FROM AN INDEPENDENT SOURCE NOT FACILITATED BY CARRIER. CONTRACTOR HAS PROVIDED CARRIER WITH A COPY OF THE INSURANCE POLICY DECLARATIONS PAGE EVIDENCING SUCH COVERAGE IN ACCORDANCE WITH SECTION 10(B)(2)(d) OF THIS AGREEMENT.** | | ____ YES |
| B. **By initialing "YES" in the column to the right, Contractor attests that HE/SHE HAS NO EMPLOYEES AND that he/she is NOT a resident of, and the work is NOT principally localized in, KANSAS or any state whose statutes, regulations, or case law Carrier interprets to deem owner-operators to be employees absent worker's compensation coverage secured by the owner-operator, and CONTRACTOR HAS ELECTED NOT TO OBTAIN WORKERS' COMPENSATION COVERAGE FOR HIMSELF/HERSELF INDEPENDENTLY.** | | ____ YES |

| TYPE OF COVERAGE | INITIAL "YES" TO REQUEST COVERAGE |
|---|---|
| 3. **Occupational Accident Insurance**<br><br>WHERE STATE LAW ALLOWS AND CARRIER APPROVES<br><br>Name of Insurer: Zurich NA<br><br>Policy No: OCA5465030<br>Effective Date(s): From the effective date (below) of this Certificate of Insurance through the next succeeding November 1, and each subsequent annual renewal period, subject to Contractor's payment of insurance cost and other policy terms and conditions<br><br>Amount of Coverage: Up to $1,000,000 per occurrence based on schedule of benefits available to Contractor upon request (benefits are reduced for individuals over 70 years old)<br><br>Cost to Contractor: **$161.00** per covered individual per month (including an administrative fee to Carrier), deducted at **$37.15 per week** for 52 weeks. *All costs include profit to Carrier's affiliated insurance company*<br><br>Deductible: $0 | _____ YES<br>_____ NO<br>Initial |
| 4. **Physical Damage Insurance:**<br><br>Name of Insurer: Great Plains Casualty, Inc.<br><br>Policy No: GPPYIA040<br><br>Effective Date(s): From the effective date (below) of this Certificate of Insurance through the next succeeding September 1, and each subsequent annual renewal period, subject to Contractor's payment of insurance cost and other policy terms and conditions<br><br>Amount of Coverage: Contractor-specified value of Unit of power-unit Equipment of $_____________ (any Tractor Equipment claims, however, shall be paid at only the actual cash value of insured Tractor Equipment at time of occurrence, in accordance with insurance policy)<br><br>Cost to Contractor: **4.5%** of Contractor-specified value of Tractor Equipment, deducted weekly for **52 weeks**<br>*Includes profit to Carrier's affiliated insurance company and administrative fee to Carrier*<br><br>Deductible: **$1,000 per occurrence** | _____ YES<br>_____ NO<br>Initial |

| TYPE OF COVERAGE | INITIAL "YES" TO REQUEST COVERAGE |
|---|---|
| **5. Insurance for Cargo, Carrier's Trailer(s), and Related Expenses** | _____ YES<br>_____ NO |
| Name of Insurer: Great Plains Casualty, Inc. | |
| Policy No: GPPYIA022 | |
| Effective Date(s): From the Effective Date as stated in Section 2(a) of this Agreement through the next succeeding September 1st, and each subsequent renewal period. | |
| Amount of Coverage: $75,000 combined single limit per occurrence for damage to cargo, Carrier's Trailer(s), and related towing and clean-up costs. For more details regarding coverage, see insurance policy. | |
| Cost to Contractor: $34.62 per week<br>*Includes profit to Carrier's affiliated insurance company* | |
| Deductible: $1,000 per occurrence | |

Initial

6. CERTIFICATE OF WORKERS' COMPENSATION INSURANCE **(If Contractor Elects NOT To Have Coverage Facilitated By Carrier)**

**If Contractor has elected NOT to have Carrier facilitate workers' compensation (or, where permitted, occupational accident) insurance coverage,** Contractor hereby certifies that the statement below, to the left of which Contractor's undersigned authorized representative has inscribed Contractor's initials, is true and correct (**Contractor SHOULD INITIAL ONLY ONE BOX**):

| CONTRACTOR: Please Initial ONE Box Below If Statement Is TRUE | STATEMENT |
|---|---|
| _____ | 1. Contractor has NO employees; and he/she IS domiciled in a state whose statutes, regulations, or case law Carrier interprets to deem owner-operators to be employees absent worker's compensation coverage secured by the owner-operator. Accordingly, as REQUIRED by Section 10(B)(2) of this Agreement, **Contractor HAS purchased workers' compensation insurance coverage for himself/herself.** Attached hereto is the certificate of insurance, and the declarations page from Contractor's workers' compensation insurance policy, showing principal coverage in Iowa and in the state in which the work will be principally localized (as required by Sections 10(B)(2) and 10(C) of this Agreement is attached hereto; **OR** |
| _____ | 2. Contractor has NO employees; and he/she IS domiciled in Kansas, Mississippi, or Utah. Accordingly, as REQUIRED by Section 10(B)(2) of this Agreement, **Contractor HAS purchased workers' compensation insurance coverage or occupational accident insurance coverage for himself/herself.** The certificate of insurance and declarations page from Contractor's insurance policy (as required by Section 10(C) of this Agreement) is attached hereto; **OR** |
| _____ | 3. Contractor has NO employees; and he/she IS NOT domiciled in Kansas, Mississippi, Utah, or any state whose statutes, regulations, or case law Carrier interprets to deem owner-operators to be employees absent worker's compensation coverage secured by the owner-operator. **Contractor has elected NOT to purchase workers' compensation insurance coverage for himself/herself.** NOTE: In some states (consult Carrier as to which ones), workers' compensation coverage under this Agreement shall be mandatory if Contractor is a corporation or limited liability company; **OR** |
| _____ | 4. Contractor has NO employees; and he/she IS NOT domiciled in a state whose statutes, regulations, or case law Carrier interprets to deem owner-operators to be employees absent worker's compensation coverage secured by the owner-operator. **Contractor has nonetheless elected to purchase workers' compensation insur-** |

CRST will provide base plates, permits, fuel mileage/fax, ELD and deduct from pay

## APPENDIX A (EXPEDITED DIVISION)

### CONTRACTOR EQUIPMENT, ELECTIONS, AND DEDUCTIONS

1. **EQUIPMENT.** The commercial motor vehicle equipment ("Equipment") governed by this Agreement consists of:

| Equipment Type *(Specify Tractor or Trailer)* | Year | Make | Model | Serial (VIN) # | Carrier Unit # |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2. **BASE PLATES.** Contractor must elect **ONE** of the following options pursuant to Section 5(E) of this Agreement.

_____ **OPTION 1:** Contractor shall obtain own base plate for tractor.

Initial _____ **OPTION 2:** Carrier shall obtain Indiana (if Contractor has title to the vehicle) or Iowa International Registration Plan base plate for Contractor's tractor and deduct or otherwise recover the amount stated in the Deductions Table.

3. **FUEL AND MILEAGE TAX REPORTING.** Contractor must elect **ONE** of the following options pursuant to Section 5(C) of this Agreement.

_____ **OPTION 1:** Contractor shall obtain the IFTA permit, and perform all fuel tax reporting services, with respect to the Equipment at Contractor's expense.

Initial _____ **OPTION 2:** Carrier shall obtain the IFTA permit, and perform all fuel tax reporting services, with respect to the Equipment, and shall deduct or otherwise recover the amount stated in the Deductions Table.

4. **CONTRACTOR-ELIGIBLE PERMITS.** Contractor must elect **ONE** of the following options pursuant to Section 5(E) of this Agreement.

_____ **OPTION 1:** Contractor shall obtain Contractor-eligible permits.

Initial _____ **OPTION 2:** Carrier shall obtain Contractor-eligible permits, and Carrier will deduct or otherwise recover the amount stated in the Deductions Table.

5. **ELD.** Contractor must elect **ONE** of the following options pursuant to Section 4(C)(3)(a) of this Agreement.

_____ **OPTION 1:** Contractor shall furnish and install Contractor's own compatible ELD for the Equipment.

Initial _____ **OPTION 2:** Carrier shall arrange, at its expense, to have an ELD installed in each unit of the Equipment and shall deduct or otherwise recover the amount stated in the Deductions Table. ***IF CONTRACTOR INITIALS THIS OPTION, CONTRACTOR SHALL ALSO SIGN THE ATTACHED OMNITRACS, LLC, SYSTEM RECEIPT.***

6. **DEDUCTIONS TABLE.** Pursuant to Section 6(A) of this Agreement, Contractor authorizes Carrier to charge back or deduct or otherwise recover items in the Deductions Table immediately below. Where no dollar figure is listed, the deductions will vary in amount and will be computed as indicated. As used in this Agreement, "Carrier Markup" means any amount that exceeds the actual cost incurred by Carrier, whether such excess amount is retained by Carrier to offset administrative costs, as profit, or for any other purpose. Except as otherwise indicated: (a) Carrier shall charge Contractor no Carrier Markup and (b) Carrier shall credit Contractor with all rebates, discounts, credits, or refunds that correspond to particular charge-backs or deductions and that Carrier receives while this Agreement is in effect or, in the case of taxes and fees, even after this Agreement is terminated.



Skip to Page A-6



The next page is deduction table codes of what is charged back

| CODE | CHARGE-BACK OR OTHER DEDUCTION ITEM | AMOUNT OF DEDUCTION OR METHOD OF COMPUTATION |
|---|---|---|
| AQ | **Accounting services** if Contractor elects to obtain them from American Truck Business Services by signing the American Truck Business Services Addendum. | *See* the American Truck Business Services Addendum. |
| EY, JF | **Adjustment** to compensation | *See* **Appendix B** § 3 |
| ADV | **Advance Card** – Advances in compensation not yet earned loaded by Carrier, at Contractor request, on Carrier's advance card ("CRST Advance Card" or "Card"). | 1. Amount Carrier loaded on Contractor's CRST Advance Card at Contractor's request, plus a $4 per-Card-load fee (comprising both the amount charged by the CRST Advance Card issuer and a Carrier Markup).<br><br>2. For each Carrier cash-load onto the CRST Advance Card, the third-party issuer of the Card will debit the Card a transaction fee for each direct-deposit or registration of a preauthorized check drawn from the Card after the first two debits. Also, each time Contractor uses the Card to obtain cash from an automated teller machine, to make a purchase (at any truck stop or other vendor honoring such cards), or to make certain other transactions, the third-party issuer of the Card will deduct a per-transaction fee. None of the revenue from the Card-issuer's fees shall be shared with Carrier. All Card transactions are governed by Card-issuer rules, which, together with Card-issuer transaction fee information, shall be available to Contractor by contacting the Card issuer's Internet web address listed on the Card or the Card issuer's Customer Service telephone line, 1-800-226-3870.<br><br>3. For use of the *credit*-card feature of the CRST Advance Card for fuel purchases, *see* "Fuel Purchases" row below. |
| AC, CC | **Carrier Damages** (defined in § 7(A) of this Agreement) and other indemnity obligations owed by Contractor to Carrier under this Agreement | For each claim or incident of Carrier Damages, the amount of Carrier Damages that Carrier paid or otherwise incurred, subject to the applicable limits under § 7(A)(1) of Agreement. |
| — | **C.O.D. charges** under § 4(I) of this Agreement | Amount of charges owed by Carrier's Customer and not collected by Contractor's worker, or collected but not remitted, to Carrier, when collection and remittance is required for a shipment. |
| REF | **Co-Driver Schooling Charges** if Contractor elects, by executing the Co-Driver Schooling Deductions Addendum, to have Carrier provide driver training, and qualify, a relative or friend as a co-driver with Contractor. | *See* the Co-Driver Schooling Addendum. |
| LM, TO, ER, MR | **Collection costs** | Amount Carrier pays a collection agency to collect past-due amounts under § 19 of Agreement. |
| SMF | **Communications**<br><br>1. **Charges** for loss of or damage to ELD<br><br>2. **Rental charges** for ELD<br>3. **Network charges** for ELD | <br><br>1. Amount paid to third-party vendor or otherwise incurred by Carrier.<br>2. $7.63 per ELD per week<br>3. $9.00 per ELD per week |
| | **Deficit payment:** Amounts deducted to retire debt to Carrier from previous settlement(s), plus interest | Amount Contractor owes Carrier, plus interest at a rate of 1.5% per month (18% per annum), unless applicable state law requires a lower rate. |
| DET | **Detention, accessorial, and other Customer-charge revenue** not collected by Carrier from its Customer because of Contractor's failure to transmit to Carrier the necessary documentation supplied by the shipper or consignee | Amount Carrier was unable to collect from Customer as a result of Contractor's failure to transmit to Carrier the necessary documentation supplied by the Customer, provided that no charge-back shall be made to Contractor if Contractor contacted Carrier's dispatch regarding issue prior to departure from Customer (consignor or consignee) location. |
| | **Driver Recruiting** charges pursuant to Driver Recruiting Addendum if Contractor elects to employ or contract to obtain the driving services of a Carrier employee-driver | *See* Driver Recruiting Addendum. |
| LSP | **Equipment lease payments** if Contractor requests, by executing the Addendum for Equipment Lease Payment Deduction and Remittance Authorization | *See* Addendum for Equipment Lease Payment Deduction and Remittance Authorization |

| CODE | CHARGE-BACK OR OTHER DEDUCTION ITEM | AMOUNT OF DEDUCTION OR METHOD OF COMPUTATION |
|---|---|---|
| | **Escort fee** pursuant to § 4(D)(4) of this Agreement | Amount Carrier paid to escort. |
| FE | **Express mail** or other package delivery services if Contractor charges them to Carrier's account with the delivery service vendor | Amount Carrier paid to U.S. Postal Service or other package delivery service vendor. |
| FND | **Fines, penalties**, including traffic tickets and related court costs, attorneys' fees, and other legal expenses that § 5(D) of Agreement makes Contractor responsible for | Amount Carrier paid or otherwise incurred. |
| FUT | **Fuel and mileage taxes** pursuant to § 5(C) of this Agreement | In connection with quarterly computation and submission of fuel and mileage tax reports and payments to the various taxing jurisdictions, a prorated portion of the IFTA permit cost, plus any net fuel or mileage tax owed at that time with respect to Contractor's operations in all taxing jurisdictions combined shall be deducted at $100 per week until fully paid. Carrier shall credit Contractor at next settlement with any net fuel or mileage tax credits or refunds due Contractor with respect to Contractor's operations in all taxing jurisdictions combined. |
| FUP | **Fuel purchases** | 1. When Contractor elects to purchase fuel from third-party vendors using the credit-card feature of the CRST Advance Card, Carrier shall deduct – and show on Contractor's Settlement Statement – or otherwise recover an amount no greater than the price posted at the fuel vendor's pump (plus the Card-issuer's transaction fee in certain instances – *see* Item 3 below). The amount deducted or otherwise recovered, if less than the cash (pump) price, is the result of a cents-off-retail discount to Contractor that Carrier has negotiated with the fuel vendor. Discount amounts available to Contractor are as indicated in Supplement 1 ("CRST Fuel Purchasing Program") to this Appendix. Carrier shall deduct or otherwise recover the cents-off-retail discount price (that is, the price posted at the fuel vendor's pump, less the cents-per-gallon discount negotiated by Carrier, at time of Contractor's purchase). In the event of any changes in Supplement 1, Carrier shall provide Contractor with an updated version before the changes take effect.<br><br>2. If Carrier receives any discount on Contractor's fuel purchases or if the fuel purchases of all Carrier's contractors combined reach certain volumes resulting in Carrier's receiving rebates from some fuel vendors, Carrier shall retain all such discounts and rebates and NOT share them with Contractor or other contractors.<br><br>3. If Contractor elects to purchase fuel, using the CRST Advance Card, at a truck stop that is not listed in Supplement 1 to this Appendix (i.e., a truck stop for which there is no cents-off-retail discount), Contractor will be charged back whatever transaction fee the CRST Advance Card Issuer charges to Carrier.<br><br>4. Contractor is under no obligation to use the CRST Advance Card for fuel or other purchases, and may instead use cash, checks, or other credit or charge cards. |

| CODE | CHARGE-BACK OR OTHER DEDUCTION ITEM | AMOUNT OF DEDUCTION OR METHOD OF COMPUTATION |
|---|---|---|
| GAC | **Garnishment orders** | Amount Carrier paid in compliance with any lawfully issued order or lien, a copy of which Carrier shall supply to Contractor at or before the first deduction relating to it, deducted at $100 per week until satisfied in full, plus a Carrier Markup (the amount to be determined by the law of the jurisdiction issuing the order or lien, or, if such state does not address admin. fees, the law of the State of Iowa). After termination of, but not during, this Agreement, Carrier shall deduct from Contractor's Escrow Fund (after all deductions authorized by this Deductions Table) the portion of any garnishment or lien amount due that exceeds the balance in Contractor's Settlement Compensation. |
| BND | **General Escrow Fund** | *See* **Appendix A** § 10(A) |
| MCB | **Inspection of Equipment** to the extent the financial responsibility is Contractor's under Agreement, § 4(A) | Amount Carrier paid outside vendor. If Contractor elects to obtain inspections from Carrier's maintenance facility, the amount Carrier incurred for parts and labor resulting in a price competitive with other maintenance vendors in the relevant market |
| BOB<br>OCC<br>PHS-TRK<br>PHS<br>PAS<br>GAP<br>HIO | **Insurance coverages** | *See* **Appendix A** § 7; Passenger Accident Program Enrollment Form; Personal Insurance Program Addendum |
| LIC | **Licensing (base plate fees)** pursuant to § 5(E) of this Agreement | Carrier will deduct or otherwise recover the amount Carrier paid the issuing State for the plate (estimated initially and then adjusted up or down to match the actual amount billed to Carrier by the State), plus a ten percent (10%) Carrier Markup |
| LIC | **Licensing (permit fees)** pursuant to § 5(E) of this Agreement | 1. For Contractor-eligible permits, the amount Carrier paid issuing jurisdiction or otherwise incurred for the permit.<br>2. For all other permits, the amount Carrier paid issuing jurisdiction or otherwise incurred for the permit.<br>3. For permit change fees, the amount Carrier paid issuing jurisdiction or otherwise incurred in relation to the change. |
| LOA | **Loan payments** if Contractor elects, by so indicating on Loan Addendum, to borrow an amount of $1,000 or more from Carrier to cover cost of maintenance, repairs, or other expenses | *See* Loan Addendum |
| LIN | **Logo Store clothing and other items** that Contractor elects to purchase at Carrier's store | Amount Carrier incurred, plus markups resulting in prices (which shall be provided to Contractor upon request at the time Contractor purchases or places order for items) competitive with other vendors in the relevant market(s). |
| | **Maintenance and Other Reserve Fund** | *See* **Appendix A** § 10(B) |
| MCB | **Maintenance, repairs, parts, and replacement tires** that Contractor elects, and Carrier each time agrees, to have Carrier advance funds for the purchase of from third-party maintenance providers | Amount Carrier paid maintenance provider. If Contractor elects to obtain products or services from Carrier's third-party maintenance provider, the amount Carrier incurred for parts and labor, plus a Carrier Markup of $5 per hour, resulting in a price competitive with other maintenance vendors in the relevant market. If Contractor elects to pay the outside vendor directly using a Carrier Advance Check or Card, *see* "Advance Check" or "Advance Card" rows above. |
| MC | **Motel/hotel guestroom and other charges** if Contractor elects to have Carrier advance such charges | Amount Carrier paid outside vendor or, if Contractor elects to stay in Carrier's hotel, the amount Carrier incurred, plus a markup resulting in a price (which shall be provided to Contractor upon request at the time Contractor checks into the hotel) competitive with other hotel/motel vendors in the relevant market |
| MC | **Operating expenses not otherwise listed** in this Deductions Table for which Contractor is responsible | Amount Carrier paid or otherwise incurred. For use of Advance Card to pay for maintenance, repairs, or tires, *see* "Advances Card" row above. |

| CODE | CHARGE-BACK OR OTHER DEDUCTION ITEM | AMOUNT OF DEDUCTION OR METHOD OF COMPUTATION |
|---|---|---|
| | under this Agreement and which Contractor requests that Carrier pay initially on Contractor's behalf. | |
| FIN | **Parking charges** | Amount Carrier paid outside vendor. |
| | **Physical examinations** for Contractor's drivers | Amount Carrier paid outside vendor. See also Co-Driver Schooling Addendum, if applicable. |
| LOA | **Previous deficit payment plan**: Payments by Contractor to retire debt owed to Carrier from operations under a previous independent contractor operating agreement pursuant to a Loan Addendum. | *See* Loan Addendum. |
| MC | **Travel cost** (bus, air, taxi, or other passenger fares) if Contractor needs to travel due to an accident or for other Carrier-approved trips. | Amount Carrier paid outside vendor. |
| MC | **Termination-related expenses** pursuant to § 14 of Agreement, including without limitation reasonable attorneys' fees, involved in seeking the return of, replacing, or having to forego refunds, credits, or sale proceeds relating to Carrier's base plates, permits, identification, and other property, including trailers, paperwork, satellite communications equipment, and freight | Amount Carrier paid or otherwise incurred. |
| RJ, RH, P9, M2, ML, RG, RG, RI, RJ, RK, RL | **Tire purchases** if Contractor elects to purchase tires at discount from retail prices through Carrier's National Account Programs | Amount Carrier paid to outside vendor, plus a $10 per tire Carrier Markup |
| T0 | **Tolls** for highways, bridges, tunnels, ferries, and other facilities | Amount Carrier paid to the toll authorities, plus any related fines, penalties, and fees |
| — | **Trip-completion additional expense and/or damages**, pursuant to § 12 of Agreement | Amount Carrier paid or otherwise incurred beyond the amount of Contractor's forgone compensation pursuant to § 12 of Agreement |
| TRA | **TRANSFLO Express® charges** if Contractor elects to use Carrier's account with TRANSFLO Express® to send correspondence to Carrier's offices or those of its affiliates on an expedited basis | $15 per month for unlimited dispatches, comprising both the amount Carrier paid to TRANSFLO Express® and a Carrier Markup. |
| MCB | **Truck washes** if Contractor uses Carrier's account | Amount Carrier paid outside vendor. |
| TRR | **Usage charge for Carrier's Trailer(s)**, pursuant to § 5(F) of Agreement | *See* Trailer Rental Addendum |

7. **CERTIFICATE OF INSURANCE.** Contractor hereby requests Carrier, through Carrier's insurer, to facilitate on Contractor's behalf (if they are available) the insurance coverages Contractor has selected by placing Contractor's initials in the right-hand column below:

| TYPE OF COVERAGE | INITIAL "YES" TO REQUEST COVERAGE |
|---|---|
| 1. **Non-Trucking (Bobtail) Liability Insurance:**<br><br>Name of Insurer: Great Plains Casualty, Inc.<br>Policy No: *See* Acord certificate<br>Effective Date(s): From the Effective Date (below) of this Agreement, subject to Contractor's payment of insurance cost and other policy terms and conditions<br>Amount of Coverage: $500,000 combined single limit<br>Cost to Contractor: **$30 per Unit of Equipment per month**<br>*Includes profit to Carrier's affiliated insurance company*<br>Deductible: $0 per occurrence<br><br>If Contractor domiciled in Michigan:<br><br>Name of Insurer: Lloyd's of London<br>Policy No: *See* Acord certificate<br>Effective Date(s): From the Effective Date (below) of this Agreement, subject to Contractor's payment of insurance cost and other policy terms and conditions<br>Amount of Coverage: $1,000,000 combined single limit<br>Cost to Contractor: **$35.33 per Unit of Equipment per month**<br>*Includes profit to Carrier's affiliated insurance company*<br>Deductible: $0 per occurrence | ____ YES Initial<br><br>____ NO |
| 2. **Workers' Compensation Insurance** ***(CONTRACTOR SHOULD INITIAL "YES" IN THE COLUMN TO THE RIGHT OF ONLY ONE OF THE FOLLOWING TWO OPTIONS -- A OR B):***<br><br>**A. By initialing "YES" in the column to the right, CONTRACTOR ELECTS TO PURCHASE WORKERS' COMPENSATION COVERAGE FOR HIMSELF/HERSELF AND CONTRACTOR'S WORKERS (IF ANY) FROM AN INDEPENDENT SOURCE NOT FACILITATED BY CARRIER. CONTRACTOR HAS PROVIDED CARRIER WITH A COPY OF THE INSURANCE POLICY DECLARATIONS PAGE EVIDENCING SUCH COVERAGE IN ACCORDANCE WITH SECTION 10(B)(2) OF THIS AGREEMENT.** | ____ YES |
| **B. By initialing "YES" in the column to the right, Contractor (if a sole proprietor, or Contractor's sole owner or member, if a business entity) attests that:**<br>**i. He/she has elected to personally perform services AND that Contractor has no other worker;**<br>**ii. He/she is NOT a resident of, and the work is NOT principally localized in, California, Illinois, Nevada, New Hampshire, New Jersey, or North Carolina;**<br>**iii. CONTRACTOR HAS ELECTED NOT TO OBTAIN WORKERS' COMPENSATION COVERAGE FOR HIMSELF/HERSELF AND, INSTEAD HAS DECIDED TO OBTAIN OCCUPATIONAL ACCIDENT INSURANCE. Contractor agrees to provide Carrier, upon Carrier's request, a copy of any state form or other verification confirming Contractor's proper opt-out of otherwise applicable state-required worker's compensation obligations (by way of example only, if applicable, a copy of a valid Workers' Compensation Coverage Waiver issued by the Industrial Accidents Division of the Utah Labor Commission (through the application online at https://webaccess.laborcommission.utah.gov/wccoveragewaivers)); AND**<br>**iv. If Contractor has elected not to obtain Carrier-facilitated occupational accident insurance, Contractor has provided Carrier with evidence of coverage in accordance with Section 10(C) of this Agreement.** | ____ YES |

| TYPE OF COVERAGE | | INITIAL "YES" TO REQUEST COVERAGE |
|---|---|---|
| **3. Occupational Accident Insurance** | | |
| **WHERE STATE LAW ALLOWS AND CARRIER APPROVES** | | ______ YES<br>______ NO |
| Name of Insurer: | Zurich | |
| Policy No: | *See* Acord certificate | |
| Effective Date(s): | From the Effective Date (below) of this Agreement, subject to Contractor's payment of insurance cost and other policy terms and conditions | |
| Amount of Coverage: | Up to $1,000,000 per occurrence based on schedule of benefits available to Contractor upon request (benefits are reduced for individuals over 70 years old) | |
| Cost to Contractor: | **$161.00** per covered individual per month (including an administrative fee to Carrier), deducted at **$37.15** per week for 52 weeks<br>*All costs include profit to Carrier's affiliated insurance company* | |
| Deductible: | $0 | |
| **4. Physical Damage Insurance:** | | ______ YES<br>______ NO |
| Name of Insurer: | Great Plains Casualty, Inc. | |
| Policy No: | *See* Acord certificate | |
| Effective Date(s): | From the Effective Date (below) of this Agreement, subject to Contractor's payment of insurance cost and other policy terms and conditions | |
| Amount of Coverage: | Contractor-specified value of Unit of power-unit Equipment of $______________ (any Tractor Equipment claims, however, shall be paid at no more than the actual cash value of insured Tractor Equipment at time of occurrence, in accordance with insurance policy) | |
| Cost to Contractor: | 4.5% of Contractor-specified value of Tractor Equipment, deducted weekly for 52 weeks<br>*Includes profit to Carrier's affiliated insurance company and administrative fee to Carrier* | |
| Deductible: | $1,000 per occurrence | |
| **5. Insurance for Cargo, Carrier's Trailer(s), and Related Expenses** | | ______ YES<br>______ NO |
| Name of Insurer: | Great Plains Casualty, Inc. | |
| Policy No: | *See* Acord certificate | |
| Effective Date(s): | From the Effective Date of this Agreement. | |
| Amount of Coverage: | $75,000 combined single limit per occurrence for damage to cargo, Carrier's Trailer(s), and related towing and clean-up costs. For more details regarding coverage, see insurance policy. | |
| Cost to Contractor: | $34.62 per week<br>*Includes profit to Carrier's affiliated insurance company* | |
| Deductible: | $1,000 per occurrence | |

**8. WORKERS' COMPENSATION CERTIFICATE OF INSURANCE (If Contractor Elects NOT To Have Work-Injury Coverage Facilitated By Carrier)**

Skip to page A-9

Only need to initial if you can provide proof of active occupation accident insurance that you have already

**If Contractor has elected NOT to have Carrier facilitate work-injury coverage,** Contractor hereby certifies that the statements below, to the left of which Contractor's undersigned authorized representative has inscribed Contractor's initials, are true and correct (**Contractor SHOULD INITIAL ONLY <u>ONE</u> BOX under Item 1 *and* <u>ONE</u> BOX under Item 2**):

| **Please Initial ONE Box under Item 1 *and* ONE BOX under Item 2, as true and applicable** | **STATEMENT** |
|---|---|
| **1. Work-Injury Coverage for Contractor (if a sole proprietor, or Contractor's sole owner or member, if a business entity):** | |
| ________ | 1(A). Contractor has elected to personally perform services **AND** Contractor IS domiciled in California, Illinois, Nevada, New Hampshire, New Jersey or North Carolina.<br><br>Accordingly, pursuant to Section 10(B)(2) of this Agreement, **Contractor has purchased workers' compensation insurance coverage for himself/herself.** Or, notwithstanding Contractor's state of domicile or home terminal, Contractor has elected to purchase workers' compensation insurance coverage for himself/herself.<br><br><u>Attached hereto is the certificate of insurance, and the declarations page from Contractor's workers' compensation insurance policy, showing principal coverage in Iowa and in the state(s) in which the work will be principally localized (as required by Sections 10(B)(2) and 10(C) of this Agreement)</u>. |
| ________ | 1(B). Contractor has elected to personally perform services **AND** Contractor is not required pursuant to this Agreement to provide proof of workers' compensation insurance coverage for himself/herself.<br><br>Accordingly, pursuant to Section 10(B)(2) of this Agreement, **Contractor has** elected not to purchase workers' compensation insurance and, instead, **elected to purchase occupational accident insurance for himself/herself.**<br><br>In addition, pursuant to Section 10(B)(2) of this Agreement, to the extent Contractor IS domiciled in a state with applicable special conditions (including, without limitation, Arizona, Arkansas, Colorado, Louisiana, Mississippi, Montana, New Mexico, Rhode Island, South Dakota, Tennessee, Texas, Utah, and/or West Virginia), **Contractor has provided with this Agreement, upon execution, a copy of any applicable state form or other verification** confirming Contractor's proper opt-out of otherwise applicable state-required workers' compensation obligations (by way of example only, if applicable, a copy of a valid Workers' Compensation Coverage Waiver issued by the Industrial Accidents Division of the Utah Labor Commission (through the application online at https://webaccess.laborcommission.utah.gov/wccoveragewaivers)).<br><br><u>Attached here is the certificate of insurance and declarations page from Contractor's insurance policy (as required by Section 10(C) of this Agreement), as well as verification of Contractor's election to opt out of workers' compensation law</u>. |
| **2. Work-Injury Coverage for Contractor's workers:** | |
| ________ | 2(A). NONE of Contractor's workers are domiciled in California, Illinois, Nevada, New Hampshire, New Jersey, or North Carolina.<br><br>Accordingly, pursuant to Section 10(B)(2) of this Agreement, **Contractor has** elected NOT to purchase workers' compensation insurance coverage and, instead, has **elected to purchase occupation accident insurance coverage for each of Contractor's workers pursuant to Section 10(B)(2) of this Agreement.**<br><br><u>Attached here is the certificate of insurance and declarations page from Contractor's insurance policy (as required by Section 10(C) of this Agreement)</u>. |

| Please Initial ONE Box under Item 1 *and* ONE BOX under Item 2, as true and applicable | STATEMENT |
|---|---|
| ______ | 2(B). Each of Contractor's workers IS domiciled in California, Illinois, Nevada, New Hampshire, New Jersey, or North Carolina.<br><br>Accordingly, pursuant to Section 10(B)(2) of this Agreement, **Contractor HAS purchased workers' compensation insurance coverage for each of Contractor's workers.**<br><br>Or, notwithstanding the state of domicile for each of Contractor's workers, Contractor has elected to purchase workers' compensation insurance coverage for each of Contractor's workers.<br><br>Attached hereto is the certificate of insurance, and the declarations page from Contractor's workers' compensation insurance policy showing principal coverage in Iowa and in the state(s) in which the work will be principally localized (as required by Sections 10(B)(2) and 10(C) of this Agreement). |
| ______ | 2(C). Some of Contractor's workers ARE domiciled in California, Illinois, Nevada, New Hampshire, New Jersey, or North Carolina, and the remaining workers are domiciled in other states (not listed here).<br><br>For each of Contractor's workers domiciled in California, Illinois, Nevada, New Hampshire, New Jersey, or North Carolina, in accordance with Section 10(B)(2) of this Agreement, **Contractor HAS purchased workers' compensation insurance coverage.**<br><br>For each of Contractor's workers NOT domiciled in California, Illinois, Nevada, New Hampshire, New Jersey, or North Carolina, in accordance with Section 10(B)(2) of this Agreement, **Contractor has** elected NOT to purchase workers' compensation insurance coverage and, instead, **elected to purchase occupation accident insurance coverage.**<br><br>Attached hereto is the certificate of insurance, and the declarations page from Contractor's workers' compensation insurance policy showing principal coverage in Iowa and in the state(s) in which the work will be principally localized, as well as the certificate of insurance and declarations page from Contractor's occupational accident insurance policy (as required by Sections 10(B)(2) and 10(C) of this Agreement). |
| ______ | 2(D). Contractor (if a sole proprietor, or Contractor's sole owner or member, if a business entity) has personally elected to perform services and has no other worker. |

9. **ROUTING AND FUEL OPTIMIZATION SERVICES.** To improve Contractor's efficiency and profitability, Contractor may choose to rely on either free or purchased routing and fuel optimization information, software, or other services. If Contractor elects to obtain such services from or through Carrier, Contractor should initial OPTION 2 or OPTION 3 below. Otherwise, Contractor should initial OPTION 1.

***CONTRACTOR SHOULD INITIAL ONLY ONE OF THESE OPTIONS:***

_____ **OPTION 1:** Contractor shall obtain routing and/or fuel optimization information, software, or other services, including such free online services as those found at www.mapquest.com, maps.yahoo.com, and maps.google.com, on Contractor's own or forgo such services altogether.

_____ **OPTION 2:** Carrier shall facilitate Contractor's purchase of routing and/or fuel optimization services from third-party vendor and Carrier shall deduct the amounts stated in the Deductions Table.

initial _____ **OPTION 3:** Carrier shall provide its own routing and/or fuel optimization services at no cost to Contractor.

10. **ESCROW FUNDS.**

10(A) General Escrow Fund. The Principal Amount in the General Escrow Fund shall be two thousand dollars ($2,000) per unit of Equipment, to be funded at seventy-five dollars ($75) per unit of Equipment per week. Carrier is authorized to deduct or otherwise recover this amount.

10(B) Maintenance and Other Reserve Fund.

10(B)(1). **[Reserved]**



next page, sign and date

10(B)(2). [Reserved]

THIS APPENDIX A, which completely replaces and supersedes any earlier appendix or addendum or other provisions of this Agreement relating to the same subjects, is agreed to by the undersigned parties and shall be effective at ___:___ __.m. Central Time on the _______ day of _______________, 20___.

Contractor: ______________________________

By: ______________________________
Signature

______________________________
Authorized Representative's Name (Typed or Printed)

______________ ______________
Title Driver's Name if Different

______________ ______________
Date Tractor No.

Carrier: CRST The Transportation Solution, Inc.

By: /s/ Ben Lizer
Ben Lizer
Director – Operations - IC
3930 16th Avenue
Cedar Rapids, IA 52406
Tel. 319-731-6332

What this states is you don't have any kind of reserve fund for misc. maintenance incurred (we will charge back)

We do not generally allow you to Sublease but if you wish to speak to someone concerning this, a meeting can be arranged with the appropriate person

## SUBLEASE OF EQUIPMENT LEASED TO CRST THE TRANSPORTATION SOLUTION, INC.

Through this agreement ("Sublease") and pursuant to 49 C.F.R. § 376.12(c)(2), the undersigned ______________________ ("Sublease Carrier") agrees to lease from **CRST The Transportation Solution, Inc.** ("Company"), and Company to lease to Sublease Carrier, the following commercial motor vehicle equipment ("Equipment"), currently under lease from ______________________ ("Contractor"):

| Equipment Type (*Specify* Tractor or Trailer) | Year | Make | Model | Serial (VIN) # | COMPANY Unit # |
|---|---|---|---|---|---|
| ______ | ______ | ______ | ______ | ______ | ______ |
| ______ | ______ | ______ | ______ | ______ | ______ |
| ______ | ______ | ______ | ______ | ______ | ______ |
| ______ | ______ | ______ | ______ | ______ | ______ |

1. **TERM.** This Sublease will commence and terminate on the dates and times set forth below.

Effective Date and Time: ________ A.M./P.M. Central Time on ______________, 20___.

Termination Date and Time: ________ A.M./P.M. Central Time on ______________, 20___.

This Sublease shall constitute the receipt required by 49 C.F.R. § 376.11(b).

2. **IDENTIFICATION OF EQUIPMENT.** Sublease Carrier shall ensure that for the duration of the Sublease, the identification of equipment requirements in 49 C.F.R. § 376.11(c) are complied with by removing or covering up all of Company's identification on the Equipment and displaying instead Sublease Carrier's identification.

3. **CONTROL AND RESPONSIBILITY.** Sublease Carrier shall have exclusive possession, control, and use of the Equipment, and shall assume complete responsibility for the operation of the Equipment, for the duration of the Sublease. The foregoing declarations are made in order to comply with FMCSA regulations (49 C.F.R. § 376.12(c)(1)) and shall not be used to classify Contractor or its driver as an employee of Sublease Carrier or Company. As 49 C.F.R. § 376.12(c)(4) provides, nothing in the provisions required by 49 C.F.R. § 376.12(c)(1) is intended to affect whether Contractor and Contractor's drivers are independent contractors or employees of Sublease Carrier or Company and "an independent contractor relationship may exist when a Company lessee complies with 49 U.S.C. § 14102 and attendant administrative requirements." Sublease Carrier shall ensure that no shipment documentation pertaining to Contractor's services for Sublease Carrier will identify Company as the motor carrier.

4. **INDEMNIFICATION. Sublease Carrier shall defend, indemnify, and hold harmless Company from any claim (including, without limitation, any for which Company is not indemnified by Company's insurance and any claim of loss of or damage to the Equipment or to Company's other property) of loss, damage, delay, fine, civil penalty, or expense, including reasonable attorney's fees and costs of litigation (together "Damages") that Company pays, incurs, or is threatened with, arising out of or in connection with (a) the Sublease Carrier's or Contractor's (including their respective agents', employees', or other workers') act or omission, and/or (b) the use or operation of the Equipment while subleased to Sublease Carrier hereunder.**

5. **INSURANCE.** Sublease Carrier agrees to, and warrants that Sublease Carrier does, maintain public liability insurance (bodily-injury/property-damage coverage and environmental restoration coverage) in at least the amounts required by Federal Motor Carrier Safety Administration regulations promulgated under 49 U.S.C. § 13906 and pursuant to applicable state laws, covering the Equipment for the duration of this Sublease, as well as cargo loss-and-damage coverage in at least the amounts necessary to cover the value of the goods being transported using the Equipment. These insurance coverages shall be primary, as between Sublease Carrier and Company, to any insurance coverages that Company may maintain. Sublease Carrier shall evidence the insurance coverages by furnishing to Company, along with this executed Sublease, a valid certificate of insurance.

6. **SUBLEASE CARRIER'S COMPENSATION OF CONTRACTOR.** Sublease Carrier acknowledges and agrees that, during the term of the Sublease, (i) Company shall have no obligation to pay compensation to Contractor or Sublease Carrier, (ii) Sublease Carrier shall have no obligation to pay compensation to Company, and (iii) Sublease Carrier shall be fully responsible for paying Contractor in accordance with the terms negotiated and agreed upon between Contractor and Sublease Carrier. Company shall have no obligation to negotiate or participate in any compensation discussions between Sublease Carrier and Contractor. Company shall have no obligation to make any deductions from



Sign ~~and date~~ page 3 that you understand our policy

**Disclosure and Acknowledgement of Prohibition of Harassment in the Workplace**

It is the policy of CRST Expedited, Inc. ("Company") that our workplace is for work and it is the Company's goal to provide a workplace free of tensions and considerations, which do not relate to Company business. Unwelcome sexual advances, requests for sexual favors or other offensive conduct of a sexual nature do not belong in the workplace. In addition, a hostile or offensive work environment caused by remarks or actions based on race, color, religion, national origin, citizenship, gender, age, marital status, veteran status, sexual orientation, any physical or mental disability or any other classification that is protected under applicable law, will not be condoned or permitted. Such conduct could constitute harassment, which is not only a violation of Company policy, but also violate the law.

It is important to remember that actions or comments you may consider to be innocent or harmless may be considered offensive physical or verbal harassment by another employee, driver, or contractor. In addition, under some circumstances, a violation of the Company's E-Mail, Internet, and QUALCOMM Policy may also constitute harassment.

If a driver believes he or she is being subjected to verbal or physical harassment, or there are other interpersonal issues which compromise the working environment or which create discord or distractions that interfere with your safety and productivity, the driver should immediately notify his or her Fleet Manager, who is the driver's supervisor, or contact the Human Resources Department, telephone number (866)934-4895, so that CRST may investigate the situation. If an employee believes he or she is being subjected to verbal or physical harassment during training, the employee should immediately contact his or her Fleet Manger to inform the Fleet Manager of the situation. An employee has the right to request a new lead driver without fear of retaliation. All complaints will be treated as confidentially as possible and will be investigated by the Company. No associate will suffer retaliation or intimidation as a result of the good faith, honest use of this internal complaint procedure.

When a violation of this policy is determined to have occurred, appropriate disciplinary action, up to and including termination of employment/contract, will be taken. This policy is not intended to create any type of contract between the Company and any associate, and this policy is subject to review and/or modification by the Company at any time.

Employee/Contractor acknowledges that (s) he has:

- ☑ Received a copy of the CRST Expedited, Driver's Over-the-Road Handbook - For access to a complete version of the CRST Driver's Handbook, visit the company intranet site at https://chip.crst.com/wfc/logon/
- ☑ Received a copy of the CRST Driver Employee Handbook
- ☑ Completed the CRST PWE training and watched the DVDs entitled "In This Together" and "Creating a Positive Work Environment"
- ☑ Received and read the CRST International, Inc positive work environment policy regarding unlawful discrimination and harassment in the work place. I understand that CRST does not tolerate any form of harassment or discrimination at work, including sexual harassment, and that any employee/contractor who is found to have violated this policy will be subject to disciplinary action up to and including termination of employment, lease or contract.
- ☑ I also understand that if I have any further questions regarding this policy, I should follow up with my manager or the Human Resources department.

I PLEDGE to conduct myself in accordance with CRST's positive environment policy, as well as state and federal laws prohibiting unlawful harassment as discrimination.

| | |
|---|---|
| Anthony Whisenton | 02-04-2020 |
| Driver's Name (Print) | Date |
| Anthony Whisenton | [redacted]2806 |
| Driver's Signature | Social Security Number |

THE TRANSPORTATION SOLUTION™

CRST®

INTERNATIONAL

**Violation Policy Acknowledgement**

I Anthony Whisenton have received information in regard to the CRST International Company Policy pertaining to violations that may include, but are not limited to making U-Turns, speeding, parking on the shoulder of a public road, rear-end accident, and loss of control of vehicle. **CRST International Inc. (CRST Dedicated Services, Inc., CRST Expedited, Inc., CRST Malone, Inc., CRST Specialized Transportation, Inc., Gardner Trucking, Inc., Pegasus Transportation, Inc., The BESL Transfer CO) drivers and contractors must understand that if involved in any of the violations listed below, they may be subject to safety review, DDC or other disciplinary action up to and including termination of employment, lease or contract.**

- All Driving for CRST must comply with Federal, State, and Local regulations/laws.
- Any Compliance, Safety, and Accountability (CSA) BASIC category violation.
- Operation of a CMV, which results in a citation, warning, or CSA violation.
- Any operation of a CMV in a dangerous or careless manner which results in a CSA Unsafe Driver Violation Severity Weight of 7 or more, including speeding in excess of 10 mph, speeding in construction zones, failing to use seat belt, failure to observe a traffic control device, reckless driving, texting, or cell phone use (See CRST Cell Phone Policy).
- Operating a CMV while ill, fatigued, or driving after being declared Out-of-Service under the Hours of Service regulations.
- Operating or having access to a CMV while possession of alcohol or illegal drugs, or impaired due to alcohol, illegal drugs, or misuse of prescription or over-the-counter medication. (See CRST Alcohol/Controlled Substance Policy).
- Operating a CMV declared and marked "Out of Service Vehicle" without all completed repairs required by the "Out of Service Notice".
- Any serious accident, including loss of control, rear-end, lane change, intersection, or run-under. This also applies to U-turns on a public roadway without a collision involved.
- Any roadside inspection with violations based on severity and time weight of an individual's Driver Safety Measurement System (DSMS) Total.

** Speeding is determined by report of moving violations (citation or warning), driver's Record of Duty Status, and /or from Engine Control Module (ECM) reports. The ECM is accessed during each maintenance service, The ECM printed report shows high speed, high RPM time and date.

I understand and will adhere to the CRST International, Inc. violation policy.

Anthony Whisenton

Print Name

[signature]

Applicant's Signature

02-02-2020

Date

THE TRANSPORTATION SOLUTION™

CRST®

INTERNATIONAL

## Employee Acknowledgments

I ACKNOWLEDGE that I have received a copy of the Driver Employee Handbook. I have had the opportunity to review the Handbook and ask questions regarding its content. I understand the contents of the Handbook, and I understand that it does not constitute a contract of employment.

I also understand that if I have any further questions regarding this handbook, I should follow up with my manager or the Human Resources department.

Employee Name: Anthony Whisenton

Employee Signature: [signature]

Date: 02-02-2020

THE TRANSPORTATION SOLUTION™

CRST

INTERNATIONAL

**POLICY REGARDING USE OF HAND HELD MOBILE TELEPHONES**

The use of cell phone without hands-free devices while operating a vehicle owned by or contracted to a CRST International, Inc. (CRST Dedicated Services, Inc., CRST Expedited, Inc., CRST Malone, Inc., CRST Specialized Transportation, Inc., Gardner Trucking, Inc., Pegasus Transportation, Inc., The BESL Transfer CO) operating company is prohibited (including text messages): The following information updates the Federal Motor Carrier Safety Regulations for use in roadside enforcement

Federal cell phone regulation: Effective January 2, 2012, the Federal Motor Carrier Safety Regulations prohibit the use of all hand-held mobile telephones by drivers operating commercial vehicles (CMV's). The rule specifically prohibits the following actions while driving a CMV:

*Using at least one hand to hold a mobile telephone to conduct a voice communication

*Dialing or answering a hand held mobile telephone by pressing more than a single button; or

*Reaching for a mobile telephone in a manner that requires a driver to maneuver so that he or she is no longer in a seated driving position, restrained by a seat belt that is installed in accordance with federal regulations that has been adjusted in accordance with the manufacturer's instructions.

**Note: This rule is in addition to the existing federal ban on texting while driving a CMV**

For purposes of the rule, "driving" means operating a CMV on a public road, including while temporarily stopped in traffic because of a traffic control device or other momentary delays. The rule is in addition to the existing federal ban on texting while driving a CMV.

Violations can result in a civil penalty against the driver of up to $2750, and against the carrier of up to $11,000. IN addition, drivers convicted of violating this rule twice in a three-year period are subject to disqualification by state or federal authorities from driving a CMV for 60 days. Three violations of this rule in any three- year period result in a disqualification for 120 days. Violations of state or local rules restricting or prohibiting the use of handheld mobile telephones while driving my also result in disqualification.

**CRST Cell Phone Policy:**

CRST International, Inc. (CRST Dedicated Services, Inc., CRST Expedited, Inc., CRST Malone, Inc., CRST Specialized Transportation, Inc., Gardner Trucking, Inc., Pegasus Transportation, Inc., The BESL Transfer CO) expects all drivers and contractors to operate safely, attentively, and to remain compliant with the ban on texting while driving. Convictions for violations of this rule may result in disciplinary action, up to and including termination of employment, lease or contract.

Please sign the acknowledgement of this notice.

ACKNOWLEDGEMENT: In order to ensure compliance with 49 CFR 390.3 (e) (2), drivers and contractors will sign and return this form. By signing you, acknowledge your receipt of this notice that you understand the prohibitions set forth herein, and that you agree to comply with any, and all applicable Federal, State and local laws, rules, regulations, and ordinances regarding use of mobile technology while operating a CMV. You further Understand and agree that failure to comply with such applicable prohibitions or limitations may result in disciplinary action including, but not limited, termination of employment, lease, or contract.

[signature] 02-02-2020

Applicant Signature Date