**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| **ANTHONY CERVANTES and MIKE CROSS, individually and behalf of all other similarly situated persons,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,**<br><br>**Defendants.** | **Case No.: 1:20-cv-75-CJW-KEM** |

**DECLARATION OF REBECCA KING**

I, Rebecca King, declare under penalty of perjury as follows:

1. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

2. I am an attorney with the firm of Getman, Sweeney & Dunn, PLLC ("GSD") in Kingston, New York, Plaintiffs' counsel herein.

3. I have been responsible for the prosecution of Plaintiffs' claims against Defendants.

4. Attached to Plaintiffs' Motion for Partial Summary Judgment is an Appendix in accordance with Local Rule 56(e), containing true and correct copies of the following documents:

| **Document** | **Appendix Starting Page No.** |
|---|---|
| Docket No. 155 Excerpts | 1 |
| Lincoln Sales 30(b)(6) Deposition, Michael Gannon Transcript Excerpts | 9 |
| CRST 30(b)(6) Deposition of Chad Brueck Transcript Excerpts | 27 |
| CRST002031 | 91 |
| CRST002042 | 92 |
| Excerpts from the Independent Contractor Operating Agreement (ICOA), entered as Exhibit 2 to CRST Expedited, Inc. 30(b)(6) Deposition, Chad Brueck | 93 |
| CRST Expedited's Supplemental Responses to Plaintiffs' Interrogatory No. 1 (Revised) | 141 |
| CRST's Response to Plaintiffs' Interrogatory No. 9 | 146 |
| CRST's Supplemental Response to Plaintiffs' Interrogatory No. 12 | 148 |
| CRST's Response to Plaintiffs' Request for Admission No. 1 | 149 |
| CRST's Responses to Plaintiffs' Fourth Set of Requests for Production Excerpt | 150 |
| CRST's Supplemental Responses to Plaintiffs' Third Set of Interrogatories Excerpts | 151 |
| CRST's Amended Responses to Plaintiffs' Second Set of Requests for Admission Excerpts | 152 |
| CRST's Response to Plaintiff's Third Set of Requests for Admission, Nos. 9, 10, 11 and 12 | 155 |
| Docket No. 157 Excerpts | 161 |
| Phil Klopp Deposition Transcript Excerpts | 162 |
| CRST Expedited, Inc. 30(b)(6) Abernathy Deposition Transcript Excerpts | 196 |
| Docket No. 113-5 Excerpts | 281 |
| Docket No. 113-8 Excerpts | 285 |
| Docket No. 113-9 Excerpts | 289 |
| CRST004240 | 296 |
| CRST004247 | 297 |
| CRST004254 | 298 |

| | |
|---|---|
| Lease Operator Delvin Cato Deposition Transcript Excerpts | 299 |
| CRST004242-3 | 313 |
| CRST004038-9 | 315 |
| Docket No. 257-2 Excerpt | 317 |
| Lease entered as Exhibit 3 to Lincoln Sales 30(b)(6) Deposition, Michael Gannon | 319 |
| CRST005033 | 342 |
| PLT-LM-000006- PLT-LM-000009 | 343 |
| CRST001983 | 347 |
| Lease Operator Michael Dosier Deposition Transcript Excerpts | 348 |
| Named Plaintiff Anthony Cervantes Deposition Transcript Excerpts | 352 |
| Lease Operator Linda Gravelle Deposition Transcript Excerpts | 356 |
| Lease Operator Jacob Fapohunda Deposition Transcript Excerpts | 364 |
| Lease Operator Alissa Powers Deposition Transcript Excerpts | 368 |
| Lease Operator Sheddrick Miller Deposition Transcript Excerpts | 371 |
| Lease Operator Tabitha Meeks Deposition Transcript Excerpts | 374 |
| Lease Operator Roderick Fisher Deposition Transcript Excerpts | 379 |
| Lease Operator James Edden Deposition Transcript Excerpts | 382 |
| Lease Operator Anthony Whisenton Deposition Transcript Excerpts | 386 |
| Lease Operator Gabriel Placide Deposition Transcript Excerpts | 391 |
| Ben Lizer Deposition Transcript Excerpts | 395 |
| CRST004384 | 437 |
| Lease Operator Barry Robinson Deposition Transcript Excerpts | 438 |
| Lease Operator Adam St. Amour Deposition Transcript Excerpts | 442 |
| CRST023209 | 445 |
| Lease Operator Justin Lomax Deposition Transcript Excerpts | 446 |
| Lease Operator Eugene Thompson Deposition Transcript Excerpts | 450 |
| Lease Operator Michael Noble Deposition Transcripts Excerpts | 454 |
| CRST001979 | 458 |
| CRST002038 | 459 |
| CRST003864-5 | 460 |
| CRST003918-9 | 462 |
| CRST003972-3 | 464 |
| Terry Pump Deposition Transcript Excerpts | 466 |

| | |
|---|---|
| CRST Expedited, Inc. ESI 30(b)(6) Jerry Kilgore Deposition Transcript Excerpts | 470 |
| Excerpts from Reply Expert Report of Brian Kriegler, Ph.D | 478 |
| Excerpts from Affirmative Expert Report of Steve Viscelli, Ph.D | 481 |
| Docket No. 296 Excerpt | 487 |
| Phil Reges Deposition Transcript Excerpts | 490 |
| Docket No. 276 Excerpt | 547 |
| CRST009790-1 | 548 |
| CRST009978 (pending motion for leave to file under seal) | 550 |
| CRST011260 (pending motion for leave to file under seal) | 551 |
| CRST011267 (pending motion for leave to file under seal) | 552 |
| CRST011275 (pending motion for leave to file under seal) | 553 |
| Excerpts from the Expert Rebuttal Report of Dr. Chen Song (pending motion for leave to file under seal) | 554 |
| Exhibit 90 to CRST Expedited, Inc. ESI 30(b)(6) Deposition of Michael Gannon, dated May 16, 2023 (pending motion for leave to file under seal) | 555 |
| Excerpts from CRST Expedited, Inc ESI 30(b)(6) Deposition of Michael Gannon, dated May 16, 2023 (pending motion for leave to file under seal) | 556 |

5. Defendants produced the documents with prefix "CRST" in the Bates Stamp.

6. Plaintiffs produced the document that is Bates Stamped "PLT-LM-00006-PLT-LM-00009."

7. Plaintiffs redacted the Opt-In Plaintiff's last name and email address for privacy concerns in the document that is Bates Stamped "PLT-LM-00006-PLT-LM-00009."

8. Plaintiffs redacted the Opt-In Plaintiff's last name, mailing address, and account number for privacy concerns in the document that is Bates Stamped CRST009790-1.

9. The documents beginning with "Docket No." have been filed with this Court in the above captioned matter.

Executed this 31st day of January, 2024
Kingston, New York.

*/s/ Rebecca King*
Rebecca King
Getman, Sweeney & Dunn, PLLC
260 Fair Street
Kingston, NY 12401
(845) 255-9370
rking@getmansweeney.com