IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

<table>
<tr>
<td>ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,<br><br>Defendants.</td>
<td>Case No. 1:20-cv-00075-CJW-KEM<br><br>Honorable Judge C.J. Williams</td>
</tr>
</table>

**DEFENDANTS' MOTION TO DECERTIFY
FLSA COLLECTIVE ACTION AND CLASS ACTION**

Defendants, CRST International, Inc. and CRST Expedited, Inc., pursuant to 29 U.S.C. § 216(b) and Rule 23(c)(1)(C) of the Federal Rules of Civil Procedure, requests decertification of Plaintiffs' minimum wage claims under the Fair Labor Standards Act (FLSA) and their Iowa minimum wage claims as set forth below and in the accompanying Brief in Support of Motion to Decertify FLSA Collective Action and Class Action filed contemporaneously with this motion. Defendants seek decertification on the grounds that no efficient, manageable way to try the independent contractor issue on a representative basis exists, and Plaintiffs fail to identify an FLSA-violating policy.

Under Local R. 7(k), Counsel for Defendants conferred with counsel for Plaintiffs regarding the parties' respective positions on this motion. Plaintiffs do not consent to this motion.

Dated: January 31, 2024

Respectfully submitted,

*/s/ James H. Hanson*
James H. Hanson (admitted *pro hac vice*)
James T. Spolyar (admitted *pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
jspolyar@scopelitis.com

Adam C. Smedstad (admitted *pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
5470 Shilshole Avenue NW, Suite 520
Seattle, WA 98107
P: 206-288-6192
F: 206-299-9375
asmedstad@scopelitis.com

*/s/ Kevin J. Visser*
Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

Attorneys for Defendants,
CRST International, Inc. and CRST Expedited, Inc.

4881-5438-2241, v. 2