IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,<br><br>Defendants. | Case No. 1:20-cv-00075-CJW-KEM<br><br>Honorable Judge C.J. Williams |

**DEFENDANTS' MOTION FOR EXCESS PAGES REGARDING MOTION TO DECERTIFY FLSA COLLECTIVE ACTION AND CLASS ACTION**

Defendants, CRST International, Inc. and CRST Expedited, Inc., request leave to file a brief in support of Defendants' Motion to Decertify FLSA Collective Action and Class Action that is longer than the length prescribed in Local Rule 7(h). Specifically, Defendants request 1 page in addition to the twenty (20) pages provided pursuant to L Civ. R 7(h), for a total of 21 pages. The reason for this request is that given the complex issues in this case, Defendants believe it is necessary to file an enlarged brief in support of its Motion to Decertify FLSA Collective Action and Class Action to completely and thoroughly present all the relevant facts, issues, and arguments to the Court. The proposed brief is attached to this Motion.

Defendants' counsel conferred in good faith with counsel for Plaintiffs concerning this Motion, and Plaintiff's consent to Defendants' request on the condition that Defendants do not object to a future request by Plaintiffs to file excess pages for their brief in opposition. Defendants consent to Plaintiffs' request.

Dated: January 31, 2024

Respectfully submitted,

*/s/ James H. Hanson*

James H. Hanson (admitted *pro hac vice*)
James T. Spolyar (admitted *pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
jspolyar@scopelitis.com

Adam C. Smedstad (admitted *pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
5470 Shilshole Avenue, NW, Suite 520
Seattle, WA 98107
P: 206-288-6192
F: 206-299-9375
asmedstad@scopelitis.com

*/s/ Kevin J. Visser*

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

Attorneys for Defendants,
CRST International, Inc. and CRST Expedited, Inc.