IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,<br><br>Defendants. | Case No. 1:20-cv-00075-CJW-KEM<br><br>Honorable Judge C.J. Williams |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' CRST International, Inc. and CRST Expedited, Inc.'s Motion for Excess Pages regarding Motion to Decertify FLSA Collective Action and Class Action. For good cause shown, the Court GRANTS the parties' request.

IT IS ORDERED that Defendants are permitted to file a 21-page brief in support of their Motion for Excess Pages for decertification, and Plaintiffs are permitted to file a 21-page brief in opposition of that motion.

Dated: ____________

________________________________
HONORABLE C.J. WILLIAMS
UNITED STATES DISTRICT JUDGE

4876-8409-5137, v. 1