IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,<br><br>Defendants. | Case No. 1:20-cv-00075-CJW-KEM<br><br>Honorable Judge C.J. Williams |

**DEFENDANTS' INDEX OF EXHIBITS**

| **EXHIBIT NUMBER** | **DESCRIPTION** |
|---|---|
| 1 | Index of Exhibits |
| 2 | Declaration of Chad Brueck (ECF No. 127-3) |
| 3 | Excerpt of Jennifer Abernathy Deposition |
| 4 | Excerpt of Chad Brueck Deposition |
| 6 | Excerpt of Anthony Cervantes Deposition |
| 7 | Excerpt of Derrick Daniel Deposition |
| 8 | Excerpt of Terry Evans Deposition |
| 9 | Excerpt of Christopher Fink Deposition |
| 10 | Excerpt of Michael Cross Deposition |
| 11 | Excerpt of Robert Corpening Deposition |
| 12 | Excerpt of James Edden Deposition |
| 13 | Excerpt of Roderick Fisher Deposition |
| 14 | Excerpt of Joseph Gess Deposition |
| 15 | Excerpt of Linda Gravelle, Volume II Deposition |
| 16 | Excerpt of Michael Johnson Deposition |
| 17 | Excerpt of Justin Lomax Deposition |
| 18 | Excerpt of Alissa Powers Deposition |
| 19 | Excerpt of Eugene Thompson Deposition |
| 20 | Excerpt of Jacob Fapohunda Deposition |
| 21 | Excerpt of Linda Gravelle, Volume I Deposition |
| 22 | Excerpt of Inseul-Dieu Mareus Deposition |

| | |
|---|---|
| 23 | Excerpt of Tabitha Meeks Deposition |
| 24 | Excerpt of Michael Noble Deposition |
| 25 | Excerpt of Barry Robinson Deposition |
| 26 | Excerpt of Glenn Williams Deposition |
| 27 | Excerpt of Gabriel Placide, Volume II Deposition |
| 28 | Excerpt of Darius Shines Deposition |
| 29 | Anthony Cervantes ICOA |
| 30 | Excerpt of Phil Reges Deposition |
| 31 | Excerpt of Michael Dosier Deposition |
| 32 | Excerpt of Adam St. Amour Deposition |
| 33 | Excerpt of Dennis Ridner Deposition |
| 34 | Excerpt of Anthony Whisenton Deposition |
| 35 | Addendum – Lead Driver Program |
| 36 | Excerpt of Delvin Cato Deposition |

4859-0939-8690, v. 1