IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ANTHONY CERVANTES, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) Case No. |
| | ) 1:20-cv-00075-CJW-KEM |
| | ) |
| CRST INTERNATIONAL, et al., | ) |
| | ) |
| Defendants. | ) |
| --------------------------------- | ) |

REMOTE DEPOSITION OF

JENNIFER ABERNATHY

Friday, October 28, 2022

8:57 a.m.

Reporter: Barbara J. Carey, RPR
Job No. 218557

Q. Okay. Can you give me a -- and let me clarify something. I'm going to ask -- use the word "you," like, "Do you do this, do you do that." Because you're testifying on behalf of CRST Expedited, when I say, "you," I mean CRST Expedited; okay? And if you're confused, you aren't sure whether I'm asking you personally or the knowledge of the company, just let me know and I'll clarify; okay?

A. Okay.

Q. So can you tell me how CRST goes about recruiting new -- experienced employee drivers and lease-operators? And just sort of run through an outline of the various steps, if you could.

MR. SMEDSTAD: Compound and partially beyond the scope of designation.

Go ahead and answer.

A. The general recruitment process for an experienced driver or an independent contractor would start with somehow getting them to contact us, whether that's been through placement of an ad or driver referral or they sought us out on our website, but they would -- they would indicate interest through applying or through a phone call. That would go to a recruiter. If it's a driver that's interested in being a company driver, that

would route to our Company Driving Team. If it's a driver that's indicated they'd like to either do a lease purchase or is already an owner-operator, that would route to our Independent Contractor Team.

Those teams would take them through pre-screening questions to validate, you know, their safety record, their employment history, and take them through the required application process started by the FMCSA.

From there, if they meet qualifications and, in general, you know, conversations and interview process, the recruiter could then line them up for on-boarding at their respective sites.

There may be information packets sent out to ensure that the driver wants to do the role that they've applied for or that they've discussed, and then, typically, we would run reports to validate their work history and/or driving record matches what they've described, and then they would be scheduled for on-boarding or orientation.

BY MR. TUDDENHAM:

Q. So you have separate -- when someone calls and makes their initial contact saying they're interested in working for CRST, they are immediately -- they're either

shuttled to a company recruiter or to an independent contractor recruiter?
MR. SMEDSTAD: Mischaracterizes testimony.
Go ahead and answer.
A. So the leads or phone calls will route to the correct team, and if they find themselves with the wrong team, the team will transfer them. So yes, depending on what the driver is interested in, that's the team they will speak to.
BY MR. TUDDENHAM:
Q. And what is done if the driver doesn't know what he wants to do?
MR. SMEDSTAD: Beyond the scope of designation, speculation.
Go ahead and answer.
A. So the recruiter would pursue the interests, so what -- there's very seldom that a driver wouldn't know what they're interested in doing. That's typically why they call us, is they -- they have an interest.
If they are on the fence or are unsure, if they want to be a company driver, they would certainly have a company recruiter walk them through what those job offers are, what we offer for home times, things like

CERTIFICATE

I, Barbara J. Carey, Registered Professional Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Jennifer Abernathy was duly remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Barbara J. Carey

BARBARA J. CAREY
Registered Professional Reporter
Certified Shorthand Reporter
Notary Public
Dated: November 9, 2022



ERRATA SHEET

Case Name:
Deposition Date:
Deponent:

| Pg. | No. | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 47 | 24 | propound | propose | typo/error |
| 94 | 24 | The day's | Todays | typo/error |
| 16 | 17 | John | Jon | Misspelled |

Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME
THIS 5 DAY OF December, 2022.

(Notary Public) MY COMMISSION EXPIRES: 6-24-2023

SHERYL M GATES
Commission Number 170063
My Commission Expires
June 24, 2023
NOTARIAL SEAL IOWA



J U R A T

I, Jenny Abernathy do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on ; that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

DATED this 5 day of December, 2022, at 5:11pm .

SIGNATURE OF WITNESS