IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

ANTHONY CERVANTES, et al., )
)
Plaintiffs )
)
vs. ) Case No.
) 120-cv-00075-CJW-KEM
)
CRST INTERNATIONAL, et al., )
)
Defendants. )
---------------------------------- )

DEPOSITION OF

CHAD BRUECK

Wednesday, November 2, 2022

9:46 a.m.

Reporter: Barbara J. Carey, RPR
Job Number: 218558

A. I would say I took notes in the deposition prep that I had with counsel.

Q. Now, I'm asking about these meetings with Mr. Hines, Ms. Abernathy, Mr. Lizer to gather information so you can answer the questions on behalf of Expedited today.

A. I don't remember taking notes in those meetings.

Q. CRST Expedited operates with employee drivers and what you referred to as independent contractor drivers; is that correct?

A. That's correct.

Q. Are there any other kind of drivers other than employees and what you call independent contractors?

A. No.

Q. And approximately, currently, what's the rough percentage breakdown between the number of employee drivers and the number of independent contractor drivers?

A. I would say we are 35 percent independent contractor, 65 percent company driver.

Q. Now, in giving me that approximation, are you including trainee drivers in those percentages, or is this just -- are you excluding the trainees?

MR. SMEDSTAD: Object to the form.

that they're partnering with.

Q. What would you call it that a fleet manager does if not manage? What word do you use?

MR. SMEDSTAD: Object to the form; asked and answered, argumentative.

Go ahead and answer.

A. "Partner with."

BY MR. TUDDENHAM:

Q. Is the work that a fleet manager does in partnering with a lease-operator different from the work that a driver manager does with respect to the employee drivers that he manages?

MR. SMEDSTAD: Object to the form.

Go ahead and answer.

A. I would say the commonality exists in terms of transmitting load opportunities out on both sides, but there certainly are quite a number of differences between tasks and responsibilities on the driver manager side versus the independent contractor fleet managers.

BY MR. TUDDENHAM:

Q. And what are those differences?

A. Some of the examples would be our company driver managers are expected to have conversations and manage fuel consumption, which independent contractor

fleet managers do not do. Independent contractor fleet managers are expected to continue to offer freight to independent contractors in the event of load refusals. Company drivers cannot refuse loads. I would say that route compliance is another component of company driver management that we don't have our independent contractor fleet managers do anything with. Those are a few examples.

Q. Are there others that you can think of?

A. I would say that company driver managers are held accountable to pay for layovers and breakdowns that independent contractors do not receive, so additional compensation versus settlement is another thing that company driver managers are responsible for.

Q. How many loads does a fleet manager offer to a lease-operator truck at a time?

MR. SMEDSTAD: Object to the form; beyond the scope of designation, foundation.

Go ahead and answer.

A. It could be one, it could be multiple.

BY MR. TUDDENHAM:

Q. In what circumstances would it be multiple?

MR. SMEDSTAD: Beyond the scope of designation.

C. Brueck

one card, but -- they can't overdraft it without getting permission?

MR. SMEDSTAD: Object to the form.
Go ahead and answer.

A. The cash advance would be processed through the computer system to the driver's card.

BY MR. TUDDENHAM:

Q. After asking permission?

MR. SMEDSTAD: Object to the form.
Go ahead and answer.

A. I don't know that I agree with the word "permission" but yes --

BY MR. TUDDENHAM:

Q. Approval?

A. -- they would have to contact their driver manager to process the transaction.

Q. Okay. Would it be fair to say that if a driver chooses the CRST option, says CRST manage the fuel taxes, he takes the Qualcomm device, he takes CRST's insurance, that essentially such a lease-operator could drive week to week to week without ever having to lay out any of his own cash. He could buy fuel with his advance card if there's sufficient money on it, he could buy his food with that.

Is there anything he couldn't do on CRST's credit, assuming of course that he pays it back at the next settlement?

MR. SMEDSTAD: Object to the form; compound.

Go ahead and answer.

A. I'm not aware that they can buy food with their card. We talked about lumpers earlier. That would be an outlay of cash, tolls, scales, those are all responsibilities of the contractor to pay for, any other expenses that they incur over the road related to their business.

They could -- if they go buy tools to do the job or equipment or things like that, that's their expense for their business. So I would say there are certainly expenses that they would have to lay out their own funds for.

BY MR. TUDDENHAM:

Q. Well, I'm confused.

How does the -- how does the advance card work? Does it have money on it?

A. No, not unless they ask us to issue them a cash advance against their own settlement funds.

Q. Okay. And if they ask for cash advance

CERTIFICATE

I, Barbara J. Carey, Registered Professional Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Chad Brueck was duly remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Barbara J. Carey

____________________________

BARBARA J. CAREY
Registered Professional Reporter
Certified Shorthand Reporter
Notary Public
Dated: November 14, 2022

# ERRATA SHEET

Case Name: Anthony Cervantes, et al., v. CRST International, et al.

Deposition Date: November 2, 2022

Deponent: Chad Brueck

| Pg. | No. | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| | | See attached | | |

Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME

THIS 19th DAY OF December, 2022.

Melissa Stumpff

MELISSA K STUMPFF
Commission Number 791778
My Commission Expires
08-31-24

(Notary Public) MY COMMISSION EXPIRES: 08-31-24

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 8 | 16 | president of general manager | president and general manager | Error |
| 27 | 18 | load master | LoadMaster | Error |
| 31 | 4 | driver contractor | driver or contractor | Error |
| 31 | 18 | first-serve scenarios, open delivery | first-serve scenarios or open delivery | Error |
| 36 | 20 | needing cover | needing covered | Error |
| 102 | 17 | drive wherever they have want | drive wherever they want | Error |
| 108 | 8 | ELB | ELD | Error |
| 108 | 16 | Or ELD | Our ELD | Error |
| 117 | 12 | freeform text fields | freeform text field | Error |
| 149 | 16 | revenue and home times less | revenue, and home time is less | Error |
| 149 | 17 | companies out with | companies out there with | Error |
| 150 | 24 | advanced card . . . their advanced card | advance card . . . their advance card | Error |
| 151 | 2 | advanced card | advance card | Error |
| 173 | 4 | purchase transportation | purchased transportation | Error |
| 173 | 8 | purchase transportation | purchased transportation | Error |
| 173 | 10-11 | other than compensation | other than purchased transportation | Error |
| 173 | 24 | budget variants | Budget Variance | Error |
| 175 | 18 | purchase | purchased | Error |
| 176 | 13 | purchase | purchased | Error |
| 227 | 1 | purchased | purchase | Error |

ACKNOWLEDGMENT OF DEPONENT

I, Chad Brueck, do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

[signature] December 19, 2022

CHAD BRUECK DATE

Subscribed and sworn to before me this

19th day of December, 2022.

My commission expires: 08-31-24

Melissa Stumpff

Notary Public

MELISSA K STUMPFF
Commission Number 791778
My Commission Expires
08-31-24