IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

ANTHONY CERVANTES and )
MIKE CROSS on behalf ) Case No. 1:20-cv-0075-CJW-KEM
of themselves and all )
others similarly )
situated, )
)
Plaintiffs, )
)
v. )
)
CRST INTERNATIONAL, )
INC., and CRST )
EXPEDITED, INC., )
)
Defendants. )
______________________)

The videoconference videotaped deposition of RODERICK FISHER, called by the Defendant for examination, pursuant to the Rules of Civil Procedure for United States District Courts pertaining to the taking of depositions, taken before A. Christine Hylton, a Notary Public, Registered Professional Reporter, at 10:06 a.m., January 17, 2022, taken remotely from Moline, Illinois.

that was -- again, we talked about the miles and pay, as well.

Q. Okay. Let's start with the loads. What, specifically, did you talk about regarding loads?

A. That CRST was a no forced dispatch, and he gave us an explanation what no forced dispatch meant.

CRST has a group of customers that they particularly deal with. He talked about regular loads, high-value loads and ultra-high-value loads, and the difference between the three.

Q. What was his explanation for what no forced dispatch meant?

A. Meaning that if we are sent out a load, we had an option to turn down the load or take the load.

Q. And did you, in fact, turn down loads when you were at CRST?

A. Yes, sir.

Q. And that was your decision?

A. Yes, sir.

Q. Okay. What did Mr. Lyser discuss related to miles?

A. Miles, he referred back to the chart that we saw the previous day, giving us a chart of how many miles -- basically, if we run the 3,000 to 6,000, he reiterated on the top-tier guys with CRST

so it's a package deal. You -- you don't have a choice to just be a lease operator, so you have to be a lease operator and a trainer.

Q. You couldn't hire your own employee to run the truck with you if you wanted to?

A. If you hired your own employer (sic), they would have to go through CRST's training, and you would have to pay CRST for that training.

Q. Okay. But you could have done that, correct?

A. Yes.

Q. Okay. You chose not to?

A. Yes.

Q. Okay. So what is the Lead Driver Program?

A. The Lead Driver Program is where we train CRST's new students that just graduated their training program.

Q. And what does that training involve?

A. Over the road driving, backing, knowledge of DOT rules on the road, mountain driving, extreme condition driving: Snow, rain, high winds, and knowledge of the Qualcomm.

Q. Okay. And my understanding of the program -- and just correct me if I'm wrong -- is that for a portion of that time you pick up a new

in that regard, correct?

A. Correct.

Q. Did CRST have any policies in place that controlled how you drove the truck or, you know, anything like that?

A. Only certain areas, west of Colorado we were forbidden to go because of rough mountain areas; but other than that, no.

Q. And what's trip planning?

A. Trip planning is when you would take out your key map, and you would pretty much pick out the shortest distance from point A to point B to get your load.

Generally CRST do tell you you want to stay on the main highways, and not the US highways, because some US highways will lead you somewhere where you shouldn't be.

Q. Did you always follow that advice?

A. Not all the time.

Q. Okay. So you were free to trip plan however you saw fit, correct?

A. Yes, sir.

Q. Okay. And we already talked about it: There was no forced dispatch, correct?

A. Correct.

Q. So you were free to turn down loads whenever you wanted, correct?
A. Correct.
Q. All right. How often did you turn down loads?
A. Like I said, it depends. It depends on what area you was going to, or if the load was profitable.
Q. Did you turn down more than one load a week?
A. I have, yes.
Q. Did you ever try to take a lesser paying load, and then try to tell your dispatcher, look, I'll take this one, but I need a higher-paying load the following time?
A. I've -- I've asked, but I've never been successful with that.
Q. We talked a little bit about being a lead driver.
Isn't it true that lease operators can be profitable by being a lead driver?
A. A -- Let me ask this, lead driver as far as lease operator or company?
Q. Lease op -- lease operator. So when I say "lead driver," I apologize about the terminology.

C E R T I F I C A T E

I, the undersigned, a Certified Shorthand Reporter, Registered Professional Reporter and Notary Public, do hereby certify that I acted as the Registered Professional Reporter in the foregoing matter at the time and place indicated herein; that I took in shorthand the proceedings had at said time and place; that said shorthand notes were reduced to typewriting under my supervision and direction, correct transcript of the shorthand notes so taken; that said deposition was submitted to the witness for signature as requested and that any changes, if any, requested by the witness are attached hereto.

I further certify that I am neither attorney nor counsel for, or related to or employed by any of the parties in the foregoing matter, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 19th day of January, 2022.



A. Christine Hylton
Registered Professional Reporter
and Notary Public

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 5026038
CASE NAME: Cervantes, Anthony & Cross, Mike, Et Al. v. CRST International, Inc. & CRST Expedited, Inc.
DATE OF DEPOSITION: 1/17/2022
WITNESS' NAME: Roderick Fisher

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have made no changes to the testimony as transcribed by the court reporter.

_______________          ________________________
Date                     Roderick Fisher

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.

I have affixed my name and official seal

this ______ day of_____________________, 20____.

___________________________________
Notary Public

___________________________________
Commission Expiration Date