IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

ANTHONY CERVANTES and MIKE CROSS,
on behalf of themselves and all
others similarly situated,
Plaintiffs,

vs. CASE NO.: 1:20-cv-00075-CJW-KEM

CRST INTERNATIONAL, INC. and CRST
EXPEDITED, INC.,

Defendants.

---

VIDEOTAPED (Appearance via Video Conference
DEPOSITION OF: JOSEPH GESS
DATE: April 20, 2022
TIME: 12:01 p.m.
LOCATION: Location of Joseph Gess
Gresham, South Carolina

TAKEN BY: Counsel for the Defendants

REPORTED BY: Mary K. Stepp, Court Reporter
(Appearance via Video Conference)

---

woman?

A. A man.

Q. Did you accept every load that was offered to you, when you were at CRST?

A. Yes, ma'am.

Q. Did you follow the routing that CRST suggested, when you were at CRST in 2019?

A. Yes, unless, in my experience, I had traveled them roads and know something that was shorter.

Q. Did you use the fuel routing that CRST offered you, when you were a lease operator the second time at CRST?

A. Yes. I used their fuel stops, but not the amounts.

Q. When you say not the amounts, what do you mean?

A. Their computer suggests buying 60 gallons and I was at a quarter of a tank and I was in a hurry to get my delivery, I would go ahead and put 100 gallons in.

Q. Is anything that CRST told you about becoming a lease operator the second time not true?

A. Yes.

Q. What?

CERTIFICATE OF REPORTER

I, MARY K. STEPP, Notary Public for the State of South Carolina at Large, do hereby certify that the foregoing transcript is a true, accurate, and complete record.

I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof.

Witness my hand, I have hereunto affixed my official seal this 27th day of April, 2022, at Campobello, Spartanburg County, South Carolina.




Mary K. Stepp, Notary Public
My Commission Expires:
March 1, 2028

ACKNOWLEDGEMENT OF DEPONENT

I, Joseph Gess, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ ________________

Joseph Gess Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

__________________________

NOTARY PUBLIC