IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF IOWA

CEDAR RAPIDS DIVISION

* * *

ANTHONY CERVANTES and
MIKE CROSS, on behalf of
themselves and all others
similarly situated,

Plaintiffs, VOLUME II

vs. CASE NO. 1:20-cv-00075-CJW-KEM

CRST INTERNATIONAL, INC.
and CRST EXPEDITED, INC.,

Defendants.

* * *

Continuation of remote deposition via Zoom of LINDA GRAVELLE, a Plaintiff herein, called by the Defendants for cross-examination pursuant to the Rules of Civil Procedure, taken before me, Vicky L. Marcon, a Notary Public within and for the State of Ohio, at the home of Linda Gravelle, 269 Water Street, Wadsworth, Ohio, on Tuesday, June 29, 2021, at 11:00 a.m. EST.

* * *



Veritext Legal Solutions
800-336-4000

I was close to a truck stop and wouldn't get any CSA points if I drove it to a truck stop to, whatever truck stop they told me to go to, or they would send someone out to fix it, their choice.

Q. How about the routes that you drove to make your pickups and deliveries, did you choose those routes?

A. I did.

Q. And did CRST place any restrictions on your ability to choose those routes?

A. Yes.

Q. What were those restrictions?

A. You're not allowed on I-70 east of Denver.

Q. Do you know the reason for that?

A. They say that it's too dangerous. And I have driven that route a lot with other companies.

Q. Do you agree that it's dangerous?

A. In the winter, yeah. In the summer, not really. Summer, spring, fall, not really.

Q. So, besides that restriction on

that stretch of I-70, you were free to elect the routes that you drove to make pickups and deliveries. Correct?

A. I was.

Q. Okay. And you used your judgment to make those decisions. Correct?

A. Yes.

Q. And did you generally choose the shortest route between your pickup and destination?

A. Not always.

Q. Explain that, please.

A. It depended on the time of year and the weather which route I would pick, and sometimes it's better to go 60 miles out of route than be shut down for two days because of weather.

Q. Understood. And those were decisions that you made. Correct?

A. Yes.

MR. SPOLYAR: Understood. Ms. Gravelle, that's all I have for you. Your attorney now has an opportunity to ask questions, if either of them choose. Ladies, go ahead.

MS. RAFFERTY: Yeah. Very briefly.

STATE OF OHIO )
COUNTY OF MONTGOMERY ) SS: CERTIFICATE

I, Vicky L. Marcon, a Notary Public within and for the State of Ohio, duly commissioned and qualified,

DO HEREBY CERTIFY that the above-named LINDA GRAVELLE, was by me first duly sworn to testify the truth, the whole truth and nothing but the truth.

Said testimony was reduced to writing by me stenographically in the presence of the witness and thereafter reduced to typewriting.

I FURTHER CERTIFY that I am not a relative or Attorney of either party, in any manner interested in the event of this action, nor am I, or the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

IN WITNESS WHEREOF, I have hereunto set my hand and seal of office at Dayton, Ohio, on this 14th day of July, 2021.

VICKY L. MARCON, RPR
NOTARY PUBLIC, STATE OF OHIO
My commission expires 3-17-2024

Ms. Meagan Rafferty, Esq.
mrafferty@getmansweeney.com

July 14, 2021

RE: Cervantes, Anthony Et Al. v. CRST International, Inc., 6/29/2021, Linda Gravelle , Volume II (#4686185)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at errata-tx@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

ACKNOWLEDGEMENT OF DEPONENT

I, Linda Gravelle , Volume II, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

Linda S. Gravelle          July 22, 2021

Linda Gravelle , Volume II          Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

______________________________

NOTARY PUBLIC