IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF IOWA

CEDAR RAPIDS DIVISION

* * *

ANTHONY CERVANTES and
MIKE CROSS, on behalf of
themselves and all others
similarly situated,

Plaintiffs, VOLUME I

vs. CASE NO. 1:20-cv-00075-CJW-KEM

CRST INTERNATIONAL, INC.
and CRST EXPEDITED, INC.,

Defendants.

* * *

Remote deposition via Zoom of LINDA GRAVELLE, a Plaintiff herein, called by the Defendants for cross-examination pursuant to the Rules of Civil Procedure, taken before me, Vicky L. Marcon, a Notary Public within and for the State of Ohio, at the home of Linda Gravelle, 269 Water Street, Wadsworth, Ohio, on Tuesday, June 22, 2021, at 11:00 a.m. EST.

* * *

Q. That's -- okay. So, you felt free to say no to a load that was offered to CRST. Is that right?
A. Most of the time.
Q. Most of the time. And when you say so, what does that mean? First of all, let me ask another question. Let me retract that question. Is there anybody else in the room with you?
A. No.
Q. Okay. You say most of the time you felt like you could refuse a load. Why the most? I mean, couldn't you, as an owner-operator, refuse any load you wanted to refuse?
A. Not really.
Q. Why?
A. Because on Friday afternoon, if you turn down a load, and they don't give you anything else, you're going to be sitting all weekend, and the payment is still due on Tuesday, regardless.
Q. Okay. Understood. I'm going to -- I'm going to publish an exhibit. So, have a look and let me know, and if you can't -- or



Veritext Legal Solutions
800-336-4000

think the factual basis is for the allegation that you were misclassified as an independent contractor?

A. I was misclassified as an independent contractor, because CRST controlled everything I did.

Q. Nothing else?

A. No.

Q. Earlier you testified that you could refuse loads. Right?

A. Right.

Q. Okay. So, besides actually doing the hauling, which you could refuse, and I think we agreed that you could refuse to haul whatever you wanted to refuse, besides that, what did CRST control?

A. They controlled what repairs I could make to the truck. They controlled where I could get the truck repaired. They could make me sit in Riverside, California for four days and wait for their shop to be able to do a PM, when I could have gone over to TA and got it done the same day.

Q. Yeah.

A. They controlled what I was allowed



Veritext Legal Solutions
800-336-4000

to do with the inside of the truck. I asked specifically if I could buy a TV mount from Freightliner, have Freightliner install it. They told me no. I asked specifically if I could have better headlights put on the truck at my expense. They said no, no alterations to the truck of any kind, even though I'm paying for the truck.

Q. Now, that's what I want to kind of get to. Who were you leasing that truck from?

A. It says on the document Lincoln Sales, but it's controlled by CRST.

Q. And when you say it's controlled by CRST, what -- I'll let you finish that drink. What do you want to -- I mean, how do you -- describe that for me. How is Lincoln Sales controlled by CRST?

A. I didn't --

Q. And if you know -- I'm sorry. I'm going to just stop you for a second. There are facts and then there are opinions.

A. All right.

Q. And you went -- you know, we've taken a couple of breaks, and is there anything in your testimony that you would change based

STATE OF OHIO )
COUNTY OF MONTGOMERY ) SS: CERTIFICATE

I, Vicky L. Marcon, a Notary Public within and for the State of Ohio, duly commissioned and qualified,

DO HEREBY CERTIFY that the above-named LINDA GRAVELLE, was by me first duly sworn to testify the truth, the whole truth and nothing but the truth.

Said testimony was reduced to writing by me stenographically in the presence of the witness and thereafter reduced to typewriting.

I FURTHER CERTIFY that I am not a relative or Attorney of either party, in any manner interested in the event of this action, nor am I, or the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

IN WITNESS WHEREOF, I have hereunto set my hand and seal of office at Dayton, Ohio, on this 13th day of July, 2021.

VICKY L. MARCON, RPR
NOTARY PUBLIC, STATE OF OHIO
My commission expires 3-17-2024

Ms. Meagan Rafferty, Esq.
mrafferty@getmansweeney.com

July 13, 2021

RE: Cervantes, Anthony Et Al. v. CRST International, Inc.
6/22/2021, Linda Gravelle , Volume I (#4632195)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at errata-tx@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

Cervantes, Anthony Et Al. v. CRST International, Inc., Et Al.

Linda Gravelle , Volume I (#4632195)

ERRATA SHEET

PAGE 6 LINE 9 CHANGE July to January.

REASON

PAGE 43 LINE 19 CHANGE tares not tears.

REASON typo

PAGE 46 LINE 1 CHANGE strapping NOT stepping

REASON

PAGE 49 LINE 11+15 CHANGE Who is talking? There is no Ms. Slagle.

REASON

PAGE 56 LINE 8 CHANGE $1,000. change to for 1000 miles for

REASON

PAGE 98 LINE 16 CHANGE for tire + truck to: me + the truck

REASON - does not make sence.

(*) Addition page aded with 2 more carrections.

Lynda S. Gravelle July 22, 2012

Linda Gravelle , Volume I Date

- Addition Corrections -

Volume 1. of Linda Gravelles deposition

page 107- line 7. Change ARPM to RPMS.
reason- typo.

page ~~22~~ 111 line 24. Change Miser to Lizar.
reason typo.

Cervantes, Anthony Et Al. v. CRST International, Inc., Et Al.
Linda Gravelle , Volume I (#4632195)

ACKNOWLEDGEMENT OF DEPONENT

I, Linda Gravelle , Volume I, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

Linda D. Gravelle ______________________ July 22, 2021.

Linda Gravelle , Volume I Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

______________________________

NOTARY PUBLIC