IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION
Case No. 1:20-cv-00075-CJW-KEM
------------------------------------x
ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,

Plaintiffs,

- against -

CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,

Defendants.

------------------------------------x

April 20, 2022
12:27 p.m.

Remote video-teleconference deposition via Zoom of INSEUL-DIEU MAREUS, pursuant to notice, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.



Veritext Legal Solutions
800-336-4000

it with CRST.

Q. Did you own a different truck at the time you signed this agreement with CRST Lincoln Sales?

A. No, just only one truck.

Q. Did you ever shop around to see if you could find a truck either for sale or for lease on better terms than what was offered to you by CRST Lincoln Sales?

A. No, at that moment that was not in my mind.

Q. You could have brought your own truck if you had owned one and driven it under your agreement with CRST Expedited, correct?

MS. KROLL: Object to form and foundation.

Go ahead.

A. Yes, you could do that, but at that time I did not have a truck and I did not even talk to them about that.

Q. And you did not shop around for the lease or sale of a truck from anyone else, correct?

A. Yes, that's correct, I did not go shopping.

Q. Was this the best deal to lease a truck that was available to you at the time?

MS. KROLL: Object to foundation.

Go ahead.

A. It looks like it was a better one, because if you have to go get another truck, it will cost you a lot.

So the company has a truck, it leases to you, you pay every week, so, yeah.

Q. And that was a business decision you made, correct?

MS. KROLL: Object to form.

Go ahead.

(Poor Internet connection.)

THE INTERPRETER: I'm sorry, the interpreter did not hear that correctly.

THE VIDEO TECHNICIAN: He is off the screen right now, I can either close

shall obtain" --

THE INTERPRETER: Counsel, can you make the screen bigger on your end, please.

MR. SPOLYAR: Yes, I can.

Q. Mr. Mareus, can you read the text next to option 1?

A. Yes, I see what it is.

Q. And can you see that it is you requesting that CRST Expedited obtain the base plates and permits for your truck?

A. Yes, because if I go do it, it's going to cost me too much, so they just do it and they charge us.

Q. So that was a decision that you made, to have the company obtain your base plate and permit, correct?

A. Yes, because the permit, no matter what, it has to go through the permit.

Q. I am now down on a page marked on the lower right CRST 024841, do you see that, Mr. Mareus?

A. Yes.

Is it accurate to say that you drove with CRST for approximately 16 days?

A. I cannot tell you if it was a month or days.

I cannot tell you that it lasted 16 days, but I was with them for an interval from a month to two months.

Q. That's fair enough.

During that time that you were driving with CRST, did you ever refuse any loads?

A. Yes, I refused loads.

Q. How did you determine whether you would refuse or accept a load?

A. So you have a Qualcom that the company gives you where you receive the messages, if you're sleeping it will wake you up, you look at the load, you look at the route they give you, you look at the mileage and you look at how much it pays.

If you don't like it, you down it; that means you refuse it, you don't take it.

Q. In the time that you were

driving with CRST, can you estimate how many times you refused loads?

A. Several times, a lot of times.

The first load that they gave me, I refused it because it was too long and there was not a lot of money in it.

Q. Mr. Mareus, I'm showing you -- let me try this again.

A. Okay.

(Pause.)

Q. Now I think I'm showing you what has been marked for identification as Exhibit 11.

(Mareus Exhibit 11, Opt-in Plaintiff Inseul-Dieu Mareus Response to Defendant CRST Interrogatories, was marked for identification, as of this date.)

Q. Do you see a document on your screen, sir?

A. Yes.

Q. I am going to scroll down on the document, to the page where at the top in the center it says Verification, do you see that page?



Veritext Legal Solutions
800-336-4000

C E R T I F I C A T I O N

I, Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and a Notary Public, do hereby certify that the foregoing witness, INSEUL-DIEU MAREUS, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

Jineen Pavesi, RPR, RMR

JINEEN PAVESI, RPR, RMR, CRR

ACKNOWLEDGEMENT OF DEPONENT

I, Inseul-Dieu Mareus, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ ________________

Inseul-Dieu Mareus Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

__________________________

NOTARY PUBLIC