IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION
Case No. 1:20-cv-00075-CJW-KEM
----------------------------------------X
ANTHONY CERVANTES and MIKE CROSS,
on behalf of themselves and all others
similarly situated,
Plaintiffs,
v.
CRST INTERNATIONAL, INC. And CRST
EXPEDITED, INC.,

Defendants.
- - - - - - - - - - - - - - - - - - - - -x

January 26, 2022
9:05 a.m. Central Time

DEPOSITION of TABITHA MEEKS, the Plaintiff in the above-entitled action, held at the above time and place, taken before Dawn Matera, a Certified Shorthand Reporter and Notary Public of the State of New York.

* * *

Q. Anyone else before you either put in your application or before you signed paperwork after orientation that you spoke with about the opportunity to become a lease purchase operator?

A. No.

Q. Okay. Anyone else from CRST that you recall speaking with before you became a lease purchase operator who provided you information about pay that you could expect?

A. Just other drivers. Nobody specifically.

Q. And when you say other drivers, was that back in the 2013, 2014 time period?

A. Yes.

Q. Did anyone at CRST ever guarantee you a specific number of loads?

A. No.

Q. Or a specific number of miles?

A. No.

Q. Was it your understanding that you as a lease purchase owner operator had the ability to accept or reject any

loads that came across on, that were offered to you?

A. Yes.

Q. And loads are offered to owner operators through that electronic communication device that also operates as the electronic logging device; is that right?

A. Yes.

Q. And what do you call that device?

A. It was a Qualcomm.

Q. So the Qualcomm unit would have had the ability to communicate with dispatchers at CRST?

A. Yes.

Q. And the loads would, I don't know if you want to call it, pop up, but they would show up on your Qualcomm and you would be able to accept or reject them?

A. They didn't have it where you could -- you would have to message them and tell them that you rejected it. Like here I hit accept or reject. But there,

earlier, I know he's doing multiple leases, so I assume at some point they started it back.

Q. Did you understand that you could have hired someone else to drive your truck, instead of you?

A. Yes.

Q. Did you ever consider that an option for yourself personally?

A. I considered it. I just never -- I asked a few people and it was always like, you know, CRST, it was always a no-go.

Q. It was hard for you to find anyone who was interested in operating your truck for you; is that right?

A. Yes.

Q. But no one at CRST prevented you from hiring someone to operate your truck?

A. They did prevent me from hiring my brother, my twin brother.

Q. Okay. Tell me about that.

A. He was wanting to come team with me and he had a, they denied him

ACKNOWLEDGMENT OF DEPONENT

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

________________________

TABITHA MEEKS

SUBSCRIBED AND SWORN before
and to me this ____ day
of ___________, 20__.

______________________

NOTARY PUBLIC

My Commission Expires:

CERTIFICATION

I, DAWN MATERA, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of January, 2022.

DAWN MATERA

*     *     *