IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

* * *

ANTHONY CERVANTES and
MIKE CROSS, on behalf of
themselves and all others
similarly situated,
Plaintiffs,

vs. CASE NO. 1:20-cv-00075-CJW-KEM

CRST INTERNATIONAL, INC.
and CRST EXPEDITED, INC.,
Defendants.

* * *

Remote videotaped deposition via Zoom of GABRIEL PLACIDE, a Plaintiff herein, called by the Defendants for cross-examination pursuant to the Rules of Civil Procedure, taken before me, Vicky L. Marcon, a Notary Public within and for the State of Ohio, at the home of Gabriel Placide, 35 Old Orchard Lane, Monroe, Ohio, on Monday, May 23, 2022, at 12:00 p.m. Eastern Standard Time.

* * *


Veritext Legal Solutions
800-336-4000

A. Yes.
Q. Have you ever heard the term owner-operator?
A. Yes.
Q. Do you know what it means?
A. Yes.
Q. Do you have an understanding what the difference is between being a company driver and being an owner-operator?
A. Yes.
Q. And what are the differences?
A. The difference is when you're a company driver, you're an employee; when you're an owner-operator, you're an independent contractor.
Q. Any other differences?
A. Tax differences and individual -- when you're an owner-operator, you can do what you want to do. You don't have to follow company policies, besides on the specific loads you book for whatever company you booked it with. You have, like, a lot more freedom.
Q. When you're an owner-operator you can do what you want to do, is that what you said?

A. Not exactly what you want to do, but you don't have to abide by employee rules and restrictions. You've got to follow DOT laws, but you don't have to necessarily go by what the employees do.
Q. But you still have to abide by the Department of Transportation rules. Correct?
A. Correct.
Q. So, that means hours of service. Correct?
A. Correct.
Q. Drug and alcohol policies?
A. Correct.
Q. And I think you said you don't have to follow company policies other than completing the load that you agreed to haul. Correct?
A. I mean, it's more details than that, but, you know, it's like -- yeah, but that's correct.
Q. Okay. What do you mean by there's more details than that?
A. I don't know all the laws, trucking laws and all the rules. I wouldn't know every single detail.

Q. But once you agree to haul a load as an owner-operator, you're responsible for completing that assignment. Correct?

A. Yes.

Q. When did you first learn about the differences between being a company driver and an owner-operator?

A. The further I got into trucking. You know, you start to hear stuff and talk to people, and you get to doing your own research.

Q. When you first learned of the differences between being a company driver and an owner-operator, did you have an understanding of which was more attractive to you?

A. Yes.

Q. And which one was more attractive?

A. Being an owner-operator.

Q. And why?

A. Because you could increase your salary tremendously.

Q. And how is it that you could increase your salary tremendously?

A. Because, if you're owner-operator and you could book your own loads, you know,



Veritext Legal Solutions
800-336-4000

you're getting paid more a mile. You can go from making 50,000 a year to 300,000.

Q. When you say you could book your own loads, what do you mean?

A. I mean, like -- like, you can go on a loading board, which is like an app, and you could find loads, you can find the rates, and you could be a foreman. You know, it pays a lot -- it pays a lot more on the loading board, but if you go through a private broker, and I had a private broker in the family that, you know, it made it seem like it was the right decision to do.

Q. What was the first professional truck driving job that you had?

MS. KING: Objection, foundation.

Q. Have you ever worked as a professional truck driver, sir?

A. Yes.

Q. What was the first time, first company that you worked for as a professional truck driver?

A. Werner.

Q. And what year was that?

A. It could have been '06, I'm pretty

A. So, are you stating, like, if you're an owner-operator -- all right. What's the question about there? What's the question first?

Q. When you are a company driver, who owns the truck that you're driving?

A. The company.

Q. And when an owner-operator provides services to a trucking company, who owns the truck that he drives?

A. The one making the payments, the driver.

Q. Did you know that prior to becoming an owner-operator?

A. Yes.

Q. And did you understand, prior to becoming an owner-operator, that you would be responsible for paying the expenses associated with operating the truck you drove?

A. Correct.

Q. And did you understand, prior to becoming an owner-operator, that your net revenue would be the total amount of compensation that you received from the trucking company less the expenses that you had

to pay associated with operating the truck?
A. Yes.
Q. And prior to becoming an owner-operator, did you run the numbers on -- to figure out whether you would earn more money in net revenue as an owner-operator versus being a company driver?
A. Yes.
Q. And what process did you go through in order to determine whether you would make more money?
A. Talking to recruiters, looking at the ads, and, like, the websites, the company websites promote that you would make more as an owner-operator.
Q. And did you pencil out the numbers?
A. Yes, I did.
Q. And you told me that you first provided services as an owner-operator to Roadrunner in 2019. Correct?
A. Correct.
Q. What trucking company were you working for just prior to going to Roadrunner?
A. U.S. Xpress.

STATE OF OHIO )
COUNTY OF MONTGOMERY ) SS: CERTIFICATE

I, Vicky L. Marcon, a Notary Public within and for the State of Ohio, duly commissioned and qualified,

DO HEREBY CERTIFY that the above-named GABRIEL PLACIDE, was by me first duly sworn to testify the truth, the whole truth and nothing but the truth.

Said testimony was reduced to writing by me stenographically in the presence of the witness and thereafter reduced to typewriting.

I FURTHER CERTIFY that I am not a relative or Attorney of either party, in any manner interested in the event of this action, nor am I, or the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

IN WITNESS WHEREOF, I have hereunto set my hand and seal of office at Dayton, Ohio, on this 31st day of May, 2022.

VICKY L. MARCON, RPR
NOTARY PUBLIC, STATE OF OHIO
My commission expires 3-17-2024

ACKNOWLEDGEMENT OF DEPONENT

I, Gabriel Placide, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ ________________

Gabriel Placide Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

__________________________

NOTARY PUBLIC