PHIL REGES

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

ANTHONY CERVANTES and
MIKE CROSS, on behalf
of themselves and all others
similarly situated
Plaintiffs, Case No.
vs. 1:20-cv-00075-CJW-KEM
CRST INTERNATIONAL, INC.,
and CRST EXPEDITED, INC.,
Defendants.
_____________________________/

REMOTE ORAL DEPOSITION OF PHIL REGES
IOWA CITY, IOWA
THURSDAY, NOVEMBER 10TH, 2022

REPORTED BY:
DEBORAH HABIAN, RMR, CRR, CLR
JOB NO. 219400

PHIL REGES

Q. Okay. So CRST gives them a Comdata card and he's able to charge fuel on that card, and then whatever he charges in fuel is taken out as a deduction from his pay? Is that the correct way of stating it?

A. Correct.

Q. And there's two deductions here and they're both for fuel; is that right?

A. It appears that way, yes.

Q. Take a look at the second page down here (indicating). Now, there's also another section for deductions.

Do you see that?

A. Yes.

Q. Okay. And these are deductions that CRST -- well, strike that.

These are amounts that CRST pays on behalf of Mr. Cross and then Mr. Cross reimburses for; is that correct?

A. Not all of them, no.

Q. Okay. Can you show me which ones are not?

A. I don't believe that CRST pays health insurance for contractors at all.

Q. Okay. Anything else?
A. (Reviewing document.)
Not that I'm aware of, no.
Q. Okay. So for the rest of them, CRST fronts the money and Mr. Cross, when he earns revenue, CRST takes those deductions out of the revenue; is that right?
A. The deductions are a set monthly deduction typically for the ones that are set. Some of those are -- appear to be on a mileage basis, though.
Q. Okay. But those expenses are taken out of his pay each pay period if they're incurred; is that right?
A. I don't know if all of them are every pay period. Some of them are monthly charges. Some of them might be weekly charges.
Q. And the deductions in here for insurance, there's a number of them, physical damage deduction, occupational insurance.
Do you see those?
A. I do.
Q. And is that insurance that CRST provides to Mr. Cross?

REPORTER CERTIFICATE

I, Deborah Habian, a Certified Shorthand Reporter within and for the State of Illinois, do hereby certify:

That previous to the commencement of the examination of the witness, the witness was remotely duly sworn to testify the whole truth concerning the matters herein;

That the foregoing deposition was reported stenographically by me, was thereafter reduced to printed transcript by me, and constitutes a true record of the testimony given and the proceedings had;

That the said deposition was taken remotely before me at the time and place specified;

That the reading and signing by the witness of the deposition transcript was requested at page 257 within this transcript;

That I am not a relative or employee of attorney or counsel, nor a relative or employee of such attorney or counsel for any of the parties hereto, nor interested directly or indirectly in the outcome of this action.

IN WITNESS WHEREOF, I do hereunto set my hand this 22nd day of November, 2022.

Deborah Habian

DEBORAH HABIAN, CSR, RMR, CRR, CLR
IL CSR NO. 084-02432
MO CCR NO. 1409

# ERRATA SHEET

Case Name: Cervantes, et al. v. CRST International, Inc., et al.

Deposition Date: November 10, 2022

Deponent: Phil Reges

| Pg. | No. | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 2 | 12 | Iowa City | Cedar Rapids | I was in Cedar Rapids |
| 37 | 14 | Ed Chadbrick | Chad Brueck | Error |
| 37 | 21 | Ann Halston Hermson | Austin Hermsen | Error |
| 56 | 23 | THE WITNESS | BY MR. SWEENEY | Error |
| 60 | 8-9 | "term drivers" | term "drivers" | Typo/Error |
| 114 | 23 | co-leaders | coordinators | Error |
| 167 | 7 | 7 percent | 70 Percent | Typo/Error |
| 170 | 21 | cartage | cargo | Error |
| 240 | 21 | NADT | NADTA | Error |
| 240 | 25 | NADT | NADTA | Error |
| 251 | 12 | chief financial officer | Chief Financial Officer | Error |

[signature]
Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME

THIS 9th DAY OF December, 2022.

[signature]
(Notary Public) MY COMMISSION EXPIRES: 1/31/2023

NOTARIAL SEAL IOWA
ASHLEY BAKER
Commission Number 801499
My Commission Expires
1/31/2023