IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| ANTHONY CERVANTES and MIKE CROSS, On Behalf of Themselves and All Others Similarly Situated, Plaintiffs, | ) | |
| -vs- | ) | No. 1:20-cv-00075 |
| CRST INTERNATIONAL, INCORPORATED, and CRST EXPEDITED, INCORPORATED, Defendants. | ) | |

Zoom videotaped deposition of MICHAEL DOSIER, taken before KAREN KOSTAS, CSR, RMR, CRR, RDR and Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, at 3214 West McGraw Street, Suite 300, in the City of Seattle, Washington, at 10:00 a.m. on the 4th day of November, 2022.



Veritext Legal Solutions
800-336-4000

A Correct.
Q And they told you they would not reimburse you for the student's hotel room?
A Correct.
Q And who told you that?
A The driving manager at the time.
Q Do you remember their name?
A I had two or three driving managers. One was Erin. One was Corey. And I don't remember their last names.
Q Was Erin a male or female?
A Female.
Q Okay. So probably E-r-i-n then?
A Yeah. And honestly, she might have been my one when I was with the company side.
And then I had -- I had two when I was a lease purchase, one was Corey, and I don't remember the other gentleman's name.
Q Why did you decide to become a lease purchase operator with Expedited?
A Well, like I said before, I come from an entrepreneurial background and that was my goal from the get-go is to -- to own my own truck and run my own company. So I was

using CRST as a steppingstone.

Q Did you read any literature about the opportunity to become a lease purchase operator at CRST before you signed the contract?

A No, not really. There wasn't a whole lot on the Web site. I mean it was pretty much generic stuff that every company says. So I didn't really find out a whole lot about it until I became a company driver with them. And most of what I found out was talking to other lease purchase drivers.

Q And what kinds of things did they tell you?

A Just kind of about what they pay for the truck and -- and how the settlements work. And that was really about it. I mean, honestly, that was my main focus at the time, is concerned about the money and how I would get paid and how much the truck cost and stuff like that.

Q Did they tell you how much you could expect to earn, they, the other drivers?

A Yeah. But you always took that with

where they tell me to go.

Q Did you ever try to get your own freight while you were with --

A Yes.

Q -- Expedited as a lease purchase driver?

A Yes, I did. They do have a couple load boards that you can go to, one of them which is the Coyote load board, and I tried to get a load off of there one time.

I call the driver manager, and I'm like, okay, you guys said there's nothing in my area, I got on the load board and I found this load. What's the process?

And they were like, okay, you write down all the information, you give it to us, we'll -- we'll figure out if it's a load that we'll allow you to do, we'll book it, we'll send it to you, and then we'll take our cut out of it and there you go.

But the problem with that is that's such a long process that by the time you find something and you send it to them, it's already gone off the load board. So it was

Q Okay.
A But that was -- But that was off the clock, not in my truck, and that was more like an hourly thing that they had me do.
Q And they paid you hourly for that?
A Yeah. I believe it was like 20 or $25 an hour that they paid for those activities. And I think I only did that once or twice.
Q Okay. Besides that was there any other work that you did that you logged as -- where you would have been logged as off duty?
A No.
Q Okay. And while you were a lease purchase operator for Expedited, were you always also a lead driver?
A There might have been a couple weeks at the end where I wasn't. Because I had a strange situation where I went to -- I befriended one of my students and he was wanting to follow my route and become an owner-operator at a certain point. And I talked to him about me hiring him as my permanent co-driver. And then once he got the



Veritext Legal Solutions
800-336-4000

six-month experience, CRST said that I could purchase a second truck and have him in.

He worked with me on like one load and then he quit. And then CRST held me liable for his contract of $6,500, which I had to pay CRST back.

And then at that point I might have had one more student driver after that, but then I stopped doing student drivers. And then within like a month or so I -- I went over to Malone.

Q Okay. Did you actually pay the $6,500?

A Yes, I did. It came out at 300 and something dollars every -- every week they took out of my -- my settlement checks until it was paid back.

Q Did anyone at CRST ever tell you that you couldn't spend your off-duty time as you pleased?

A Yeah. They stated that if we were caught -- If we were off and we went to the bar and had a drink or something, they said that was like automatic termination or

STATE OF ILLINOIS )
) ss:
COUNTY OF COOK )

The within and foregoing deposition of the aforementioned witness was taken before KAREN KOSTAS, CSR, RMR, CRR, RDR and Notary Public, at the place date and time aforementioned.

There were present during the taking of the deposition the previously named counsel.

The said witness was first duly sworn and was then examined upon oral interrogatories; the questions and answers were taken down in shorthand by the undersigned, acting as stenographer and Notary Public; and the within and foregoing is a true, accurate and complete record of all of the questions asked of and answers made by the aforementioned witness, at the time and place hereinabove referred to.

Before completion of the deposition, review of transcript (x) was ( ) was not requested. If requested, any changes made by the deponent and provided to the reporter during the period allowed are appended hereto.

The undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

Witness my official signature and seal as Notary Public in and for Cook County, Illinois, on this 17th day of November, 2022.



KAREN KOSTAS, CSR, RMR, CRR, RDR
CSR No. 084-001400
One North Franklin Street
Suite 3000
Chicago, Illinois 60606
312-442-9087

Cervantes, Anthony, Et Al. v. CRST International, Inc., Et Al.
Michael Dosier 5519468

ACKNOWLEDGEMENT OF DEPONENT

I, Michael Dosier, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ ________________

Michael Dosier Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

__________________________

NOTARY PUBLIC