IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

\- - - - - - - - - - - - - - - - x

ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,

Plaintiffs,

Case No. 1:20-cv-00075-CJW-KEM

-against-

CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,

Defendants.

\- - - - - - - - - - - - - - - - x

DATE: Tuesday, July 19th, 2022
TIME: 1:00 p.m.

Videotaped deposition of DENNIS RIDNER, taken by Defendant, in the above-entitled action, held via Zoom, Veritext Virtual, pursuant to notice, taken before Elizabeth Willeski, a Stenographic reporter and Notary Public within and for the State of New York.

application, were those answers that you typed in or selected from a drop-down yourself?

A Yes.

Q So you were interested in participating in the lease purchase program at CRST?

A Yes.

Q Why did you become interested in the lease purchase program?

A Freedom.

Q Tell me what that means to you.

A Being able to choose my own loads. Being able to take off when I wanted to without having somebody to tell me that I have to do things.

Q Did you find that to be the case when you entered the lease purchase program, that you were free to choose the loads and free to decline the loads and turn them down?

A Not at all.

Q Explain that to me.

A When I would -- there was a couple of times that I had refused a load because I didn't want to go to certain areas, such as

Q And over on to the top of the next page, it says Option 1: Contractor shall obtain the IFTA permit and perform all fuel tax reporting services with respect to the equipment at contractor's expense. Do you see that Option 1?

A Yes.

Q And Option 2, are those your initials next to Option 2?

A Yes.

Q And it says: Carrier shall obtain IFTA permit and perform all fuel tax reporting services with respect to the equipment. Do you see that?

A Yes.

Q So you made the choice to have CRST obtain your IFTA permit and perform the fuel tax reporting for your tractor, correct?

A Yes.

Q Down on the same page, Paragraph 3, it says, communication system/EOBR. It provides two options. The first one: The contractor shall furnish and install contractor's own compatible communication

system/EOBR, the equipment or Option 2: Carrier shall arrange at its expense to have communication system/EOBR installed in the equipment. Do you see that option?

A Yes.

Q And did you elect to have CRST at its expense install equipment, communication equipment, in your truck?

A Yes.

Q And now, at the top of the page that's marked CRST030159, and it is a table, and in the top center of the table, it says type of coverage. And over to the right of that, it says initial yes to request coverage. And Paragraph No. 1 says: Non-trucking or Bobtail liability insurance. Do you see that?

A Yes.

Q And did you select to have CRST facilitate Bobtail insurance?

A I did.

Q And scrolling down now to the next page, CRST030160, occupational accident insurance. Did you elect to have CRST facilitate that insurance for you?

A I did.

Q And just below that in No. 4, physical damage insurance, the same thing, right, you elected for CRST to obtain that for you?

A Correct.

Q And then you would pay back those, the amounts due for these insurance, the premiums based on settlement deductions; is that correct?

A Correct.

Q And the last one is insurance for cargo, carriers, trailers, and related expenses. You elected to have CRST facilitate that insurance coverage through Great Plains Casualty; is that right?

A Correct.

Q Okay. Those elections that we just talked about where you placed your initials choosing to have CRST either obtain the base plate or facilitate insurance, why did you elect to have the company do that instead of doing it on your own?

A It was more convenient.

C E R T I F I C A T E

STATE OF NEW YORK )

) ss.

COUNTY OF NEW YORK)

I, ELIZABETH WILLESKI, a Stenographer and Notary Public within and for the State of New York, do hereby certify:

That DENNIS RIDNER, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand th Elizabeth A. Willeski

ELIZABETH A. WILLESKI, STENOGRAPHER

My Commission Expires: May 31, 2024

Job No. TX5328324

# E R R A T A  S H E E T

Case Name: Anthony Cervantes vs. CRST International, Inc.

Depo Date: Tuesday, July 19, 2022

Deponent: DENNIS RIDNER

| Page/Line | Now Reads | Should Read | Reason |
|---|---|---|---|
| 50/12 | because I was checking out the website in 2008 | because I was checking out the website in 2019 | Mistake |

8/5/2022

__________________ ____________________

Date Signature

Job No. TX5328324