Name,___________
Driver ID_________
Unit#___________

CRST Expedited, Inc. Independent Contractor Operating Agreement

ADDENDUM- LEAD DRIVER PROGRAM

Whereas CRST Expedited, Inc. ("Carrier") transports freight in interstate commerce and is continually in need of truck drivers and, as a result, instituted a truck driver training program ("DTP"). As a part of the Carrier DTP, certain new driver-candidate employees who are holders of a valid Commercial Driver's License f'Student Drivers") are required to drivewith an experienced driver for Carrier ("Lead Driver") for a required period of time;

Whereas Carrier has a need for Lead Drivers to participate in its DTP;

Whereas the undersigned Contractor is currently an independent contractor for Carrier, transporting freight in interstate commerce pursuant to the CRST Expedited, Inc. Independent Contractor Operating Agreement ("Agreement") they entered into;

Whereas Carrier and Contractor, in Contractor's sole discretion, desire Carrier to engage Contractor to perform, as an independent contractor, and not as an employee of Carrier, the Lead Driver function of Carrier's DTP, which is the function related to training individuals to be employee truck drivers for Carrier; and

Whereas it is to the mutual economic advantage of both parties to enter into this Addendum;

NOW, THEREFORE, in consideration of the mutual conditions and agreements contained herein, Carrier and Contractor enter into the Addendum and agree that:

1. SERVICES TO BE PERFORMED.

1(A). Contractor warrants that he/she has the training and experience to perform, and will fully perform, the requirements of Carrier's Lead Driver program, using his/her best efforts, proper equipment, materials, and supplies, and good, safe, and efficient procedures.

1(8). Contractor shall perform the Lead Driver function of Carrier's DTP, as set forth in the DTP materials furnished to Contractor by Carrier ("Lead Driver Services').

1(C). "Lead Driver Services" shall include Contractor's monitoring and guiding the Student Driver's performance of driving and other standard transportation services to assist Contractor in fulfilling Contractor's obligations under the Agreement. In each instance, before permitting the Student Driver to operate the Equipment or perform other tasks, Contractor shall first determine that•. in Contractor's reasonable professional judgment, the Student Driver is sufficiently trained and qualified to perform the task safely and well. In addition to the safety requirements set forth elsewhere in the Agreement, Contractor shall take special care to ensure that the Student Driver complies with all federal, state, and local traffic (including speed), hours-of-service, and other highway safety laws and regulations.

1(D). Contractor shall furnish, at his/her expense, all labor, materials, Equipment, non-vehicular equipment, services, permits, licenses, fees, supervision, transportation, repairs, supplies, taxes, insurance, and everything else of any nature whatsoever necessary to perform the Lead Driver Services. The Student Driver, however, shall at all times remain Carrier's employee and shall be supervised and directly paid by Carrier and covered under Carrier's worker's compensation, health care, and other insurance coverages that he/she may be qualified for and request.

2. COMPENSATION AND DEDUCTIONS FROM COMPENSATION.

Exhibit
0006
4/19/2021
Cervantes

2(A). For the full and proper performance of the Lead Driver Services, Contractor shall be paid at the same rate of compensation as provided in the Agreement, with the expectation that actual compensation payments to Contractor will reflect a higher number of loads transported with the assistance of the Student Driver's services.

2(8). To help cover Carrier's wage and related costs for the Student Driver, Contractor hereby authorizes Carrier to deduct, from Contractor's settlement compensation, twelve cents ($0.12) per mile for every loaded mile operated by the Equipment (whether driven by Contractor or the Student Driver) under Carrier dispatch (as specifically directed or authorized by Carrier), based on Carrier's most recent (at the start of Contractor's trip) version of the Rand McNally MileMaker® HHG Mileage Guide 18 (Shortest Miles), which Carrier shall make available for viewing and printing of particular Contractor-requested point-to-point mileage calculations at any Carrier terminal during normal business hours.

3. INDEMNIFICATION.

3(A). Included in Contractor's indemnification of Carrier under Section 7(A) of the Agreement shall be all Damages that Carrier incurs arising out of Contractor's (including Contractor's agents' or employees') negligence, gross negligence, or willful misconduct in training, monitoring, or guiding the Student Driver.

3(8). Carrier agrees to defend, indemnify, and hold Contractor harmless from any claim (including any for which Contractor is not indemnified by Contractor's insurance) of direct, indirect, or consequential loss, damage, delay, fine, civil penalty, or expense, including reasonable attorneys' fees and costs of litigation (together "Losses") that Contractor incurs arising out of or in connection with the Student Driver's acts or omissions while undergoing training with Contractor to the extent that such Losses result from any cause other than Contractor's (including Contractor's agents' or employees') negligence, gross negligence, or willful misconduct in training, monitoring, or guiding the Student Driver.

3(C). Carrier's indemnification obligation under Section 3(8) of this Addendum shall not include any fines, civil penalties, or other Losses (regardless of whether an inspection or enforcement citation names the Student Driver in addition to or instead of Contractor) arising out of or in connection with either (1) the condition, maintenance, or inspection of the Equipment or (2) except as set forth in Section 5(F)(3) of the Agreement, overweight or over-dimension loads.

4. INSURANCE.

4(A). Contractor's and Carrier's respective insurance obligations under Section 10 of the Agreement, as well as Contractor's physical damage and other optional insurance coverages, shall remain in full force and effect, including Contractor's obligation to maintain worker's compensation insurance on Contractor's employees (or, if Contractor so elects and where both state law allows and Carrier approves, occupational accident insurance);

4(8). Contractor shall ensure that Contractor's non-trucking liability and physical damage insurance coverages under the Agreement include endorsements or provisions covering any Student Driver under Contractor's instruction or supervision, in addition to Contractor. In the event of any claim, loss, or expense arising out of the Student Driver's acts or omissions while driving or otherwise under Contractor's instruction or supervision, Contractor's insurance coverages shall be primary to any other insurance that may be available from Carrier. If the Student Driver has an accident while driving Contractor's Equipment, Carrier shall pay half of any insurance deductible or indemnification amount that Contractor owes relating to the accident.

5. <u>INDEPENDENT CONTRACTOR.</u> Contractor and Carrier agree that Contractor shall remain an independent contractor while performing services under this Addendum. Contractor is solely responsible for the manner in which work is performed under this Addendum, and Carrier has no right to control or direct the details and manner in which Contractor's Lead Driver Services are to be accomplished. Contractor shall be responsible for the payment of all wages, salaries, taxes, and other costs or assessments associated with the providing of services under the Addendum, except as provided in the preceding sections.

6. <u>DURATION AND TERMINATION.</u> This Addendum shall begin when signed by both parties. Either party may terminate this Addendum at any time for any reason upon giving the other party thirty (30) days' written notice. If either party materially breaches this AddeMdum, the other party may terminate it immediately by oral notice, memorialized later in writing. If a party is found in material breach of this Addendum in any arbitration or court proceeding, that party shall pay the other party's reasonable attorneys' fees and other costs incident to the breach.

7. ENTIRE UNDERSTANDING. This Addendum contains the entire understanding of the parties as to its subject matter and fully replaces and supersedes all prior and contemporaneous agreements on the same subject. Any amendment to it must be in a writing signed by both parties.

8. LIMITED SCOPE AND COPIES. Except as expressly amended by this Addendum – or by other addendums or amendments, if any, not inconsistent with this Addendum – the Agreement shall remain in full force and effect in accordance with its tenns. Carrier shall keep the original of this Addendum and furnish a copy, signed by both parties, to Contractor. Both parties shall then attach this Addendum to their copy of the Agreement..

This ADDENDUM, which completely replaces and supersedes any earlier addendum, attachment, or other provisions of the Agreement relating to the same subjects, is agreed to by the undersigned parties, effective at _12:01___a.m. Central Time on the _9th_ day of_March 2015_.

| | |
|---|---|
| CONTRACTOR:______________________ | CARRIER: ~~CRST~~ EXPEDITED, INC. |
| By:______________________ | By: [signature] |
| ______________________ | BRIAN WEISS |
| Authorized Rep.'s Name (Typed or Printed) | Authorized Rep.'s Name (Typed or Printed) |
| ______________________ | DIRECTOR OF OPS - IC |
| Title | Title |
| ______________________ | 07/02/2018 |
| Date | Date |