IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

- - - - - - - - - - - - - - - x

ANTHONY CERVANTES and MIKE CROSS, on behalf of themselves and all others similarly situated,

Plaintiffs,

Case No. 1:20-cv-00075-CJW-KEM

-against-

CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,

Defendants.

- - - - - - - - - - - - - - - - x

DATE: Thursday, March 10, 2022
TIME: 10:00 a.m.

Videotaped deposition of DELVIN CATO, taken by Defendant, in the above-entitled action, held via Zoom, Veritext Virtual, pursuant to notice, taken before Elizabeth Willeski, a Stenographic reporter and Notary Public within and for the State of New York.

A Yes, I believe so.

Q Okay. I'm going to scroll back up. The signature is on a section of the agreement that is called Appendix A. Do you see that?

A Yes.

Q Okay. Do you recall earlier when you were describing a review of the deductions that you'd agreed to?

A Yes.

Q Do you recall if the portion of the agreement you were looking at was this Appendix A that provides different options and deductions that you authorized be made from your settlements?

A That could be it. I'm not sure, but that could be it.

Q Okay. We're going to review this, kind of scroll through here and talk about it, so after we do that, I'm going to re-ask that question just so that if you do recall it after we looked at it in a little more detail that you've had an opportunity to review it, okay. So Paragraph 2, this Appendix A describes base plates and permits. Do you see

that?

A Base plates and permits, yes.

Q All right. I'm going to zoom in a little bit because I understand it may be a little hard for you to see this on your end. Is that a little better?

A Yes.

Q Okay. So this Paragraph 2 describes two options. The first one is for your registration and plate for your truck to be obtained by CRST and then charged to you on your settlement deductions. Do you see that?

A That's Option 1 or Option 2?

Q Option 1.

A Okay. Yes. Yes.

Q Okay. And then Option 2 under base plates is for you as the contractor to obtain your own base plate for the tractor. Do you see that?

A Yes.

Q All right. And you selected Option 1. Do you recall why you selected that option?

A I didn't have the money. I didn't

have the money to do it myself.
Q All right. Had you ever obtained your base plate before?
A Yeah, earlier when I first got my truck -- I mean when I first got my own truck back in 2010.
Q Okay. And so it's an investment up-front that you would have to make in order to obtain your own base plate?
A Yes.
Q Okay. And I know you described it that you were in a somewhat desperate financial situation that just wasn't an option for you to be able to pay for your own base plate at this point in time?
A Correct.
Q All right. Now, the section that follows base plates talks about permits. Do you know what an IFTA permit is?
A Yes.
Q Okay. It's I-F-T-A. Do you know what that stands for?
A International fuel tax, not sure about the A.

Q It's agreement. And I don't mean to be quizzing you on it. It is here in the document. So it's this fuel tax that you have to pay as a driver across the United States; is that right?

A Yes.

Q Okay. And as part of that fuel tax, you have to maintain the number of miles that you drive in each state in order to pay the taxes appropriately; is that right?

A As far as I remember.

Q Okay. And so when you're a commercial driver and you're operating a truck, part of what you have to do is report your taxes under this IFTA scheme payment to the federal government; is that right?

A Yes.

Q And then they apportion it between the states?

A Yes. Yes.

Q All right. So when you were operating your truck in 2010, were you handling your IFTA fuel tax documents?

A Yes.

Q Okay. And so the option that you chose on the CRST agreement is Option 2, where CRST would be obtaining the IFTA permit and performing those fuel tax reporting services; is that right?
A Yes.
Q Okay. Why is it that you chose that option?
A Again, because I know you still have to pay for the IFTA stickers, and I didn't have the money to do any of that.
Q Okay. So there's an up-front cost of obtaining your permit and the licensing that goes along with that?
A Yes.
Q Okay. So it was better for you financially for CRST to charge back those amounts on your settlements in a way that you could afford it?
A Yes.
Q All right. Next section we're going to talk about is Paragraph 3. It says, communication system, EOBR. That is the electronic communication system in your truck;

is that right?

A As far as I remember.

Q Okay. I think for CRST you were using a Qualcomm. Does that ring a bell?

A That sounds correct.

Q Okay. So here you chose the option where CRST would obtain and install that Qualcomm unit in your truck rather than you providing one and installing it, right?

A Yes.

Q Do you recall why you chose that option?

A Still with the finances, relating to my finances.

Q Okay. And the next section, Section 4, this is the section that describes deductions. Do you recall if this is where you looked to to determine what deductions you had authorized be made on your settlements?

A I'm not sure.

Q Okay. I'm going to scroll down. The next page we're going to look at is CRST19294. At the top of this page it says type of coverage. Do you see that?

A Yes.

Q All right. And it has several sections here for the selection of insurance coverage, and the first one is non-trucking Bobtail liability insurance. Do you know what that is?

A Oh, yes, pretty much. Pretty much.

Q Okay. Does this cover your truck when you're not hauling goods?

A Yes. It covers the tractor when you're not hooked to the trailer.

Q Okay. So maybe you've dropped a load and you're just operating your truck, it still provides coverage for your truck?

A Yes, like maybe you drop your load and you use your tractor as a personal vehicle maybe to go to Walmart to get groceries, just to go pick something up from a restaurant or something, so that covers your tractor while you're Bobtailing.

Q And so here you checked the box that has your initials next to the word yes. Is it your understanding that you were selecting an option where CRST would

facilitate coverage through Hudson Insurance Company for your Bobtail insurance?

A Yes.

Q All right. And then that deduction would be taken from your settlement?

A Yes.

Q All right. I assume on this, just like the other items that we've discussed, that financially it was better for you to be paying a small amount for this coverage than it would have been for you to obtain it on your own?

A Yes.

Q Okay. Did you try to price or obtain insurance coverage before you entered into this agreement?

A No. I didn't have the finances to even think to.

Q And after you signed the agreement, did you check the pricing you were paying to see if you might be able to get a better deal somewhere else?

A No.

Q Okay. So there's a section here

C E R T I F I C A T E

STATE OF NEW YORK )
) ss.
COUNTY OF NEW YORK)

I, ELIZABETH WILLESKI, a stenographic reporter and Notary Public within and for the State of New York, do hereby certify:

That DELVIN CATO, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of March 2022.

ELIZABETH A. WILLESKI, STENOGRAPHER
My Commission Expires: May 31, 2024

A C K N O W L E D G E M E N T O F D E P O N E N T

STATE OF NEW YORK)
:ss
COUNTY OF NEW YORK)

I, DELVIN CATO, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of March 10, 2022; that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

______________________

DELVIN CATO

SUBSCRIBED AND SWORN BEFORE ME
THIS___DAY OF_____________, 2022.

_______________________________
Notary Public
My Commission Expires:___________