**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| ANTHONY CERVANTES and MIKE CROSS, *individually and on behalf of all other similarly situated persons*, | No. 20-CV-75-CJW-KEM |
| Plaintiffs, | **ORDER** |
| vs. | |
| CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC., | |
| Defendants. | |

_____

A bench trial was had in this case ending November 14, 2024. The court reporter filed the transcript January 24, 2025. The Court files this order to set the post-trial submission deadlines.

Any post-trial submissions from both parties are to be filed by close of business (5:00 PM) Tuesday, February 18, 2025. Responses to these submissions are to be filed by close of business two weeks later, Tuesday, March 4, 2025.

**IT IS SO ORDERED** this 27th day of January, 2025.

_____
C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa